QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Susan R. Estrich (Bar No. 124009)
  susanestrich@quinnemanuel.com
  Michael E. Williams (Bar No. 181299)
  michaelwilliams@quinnemanuel.com
  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

FRASER WATSON & CROUTCH LLP
  Stephen C. Fraser (Bar No. 152746)
  sfraser@fwcllp.com
  Alexander M. Watson (Bar No. 156828)
  awatson@fwcllp.com
100 W Broadway # 650
Glendale, CA 91210
Telephone:   (818) 543-1380
Facsimile:   (818) 543-1389

*Attorneys for Defendants University of Southern California and Board of Trustees of the University of Southern  California*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE SUTEDJA, MEHRNAZ MOHAMMADI, JANE DOE M.G., JANE DOE R.B., JANE DOE K.Y., and JANE DOE M.D., individually and on behalf of others similarly situated,,<br><br>       Plaintiffs,<br>   vs.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, BOARD OF TRUSTEES OF THE UNIVERSITY OF SOUTHERN CALIFORNIA, and GEORGE TYNDALL, M.D.,<br><br>       Defendants. | No. 2:18-cv-4258-SVW-GJS<br><br>**DECLARATION OF SHON MORGAN IN SUPPORT OF STIPULATION TO EXTEND TIME TO RESPOND TO THE INITIAL COMPLAINT**<br><br>Complaint Served: June 1, 2018<br>Current Response Date: June 22, 2018<br>New Response Date: August 6, 2018 |

02261-00009/10203402.1

DECLARATION OF SHON MORGAN

I, Shon Morgan, declare as follows:

1.      I am a member of the bar of the State of California and of this Court and a partner at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Defendants University of Southern California and Board of Trustees of the University of Southern California ("USC Defendants") in this action.  I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2.      On June 1, 2018, USC Defendants were served with Plaintiffs' First Amended Complaint ("FAC") for the instant action.

3.      The following week, June 4, 2018, Plaintiffs' Counsel, Hagens Berman Sobol and Shapiro, filed a second class action against USC Defendants asserting similar claims as the instant action and based on similar allegations as the instant action, *Jane Doe A.T., et. al. v. University of Southern California*, 2:18-cv-04940-FMO-JPR.

4.      Since filing the Complaint in *Jane Doe A.T., et. al. v. University of Southern California*, 2:18-cv-04940-FMO-JPR, Plaintiffs' Counsel has filed a Notice of Related Cases Pursuant to Local Rule 83-1.3, Dkt. 29, which seeks a related case transfer of *Jane Doe A.T.*, as well as two other recently filed actions against USC Defendants, to the Honorable Stephen V. Wilson on the grounds that all four actions arise from the same or closely related transactions, happenings, or events.

5.      On June 5, 2018, pursuant to Federal Rules of Civil Procedure Rule 4(d), Plaintiffs' counsel requested that USC Defendants waive service of the summons in *Jane Doe A.T..*  On behalf of USC Defendants, I agreed to waive and accept service.

6.      After waiving service in *Jane Doe A.T.,* I met and conferred with Plaintiffs' counsel regarding the deadline for USC Defendants to respond to the Complaint in the instant case.  We agreed, in the interest of efficiency and judicial economy, to stipulate that the deadline for USC Defendants' response to the Complaint

in the instant case be moved to August 6, 2018, the deadline for USC Defendants' response to the Complaint in *Jane Doe A.T.*

7.      There is good cause to grant the parties agreement to move the deadline to respond to the Complaint to August 6, 2018.  As of June 18, 2018, 23 lawsuits have been filed in the United States District Court for the Central District of California and California Superior Court, Los Angeles County against USC Defendants arising from similar allegations and asserting similar claims as the instant case.  USC Defendants are actively and diligently investigating the factual allegations and legal issues identified in these lawsuits.  The extension sought by both parties will provide USC Defendants with more adequate time to prepare an effective response.  USC Defendants will be prejudiced by the current schedule, as the compressed timeline will limit USC Defendants' ability to conduct an adequate legal and factual investigation.

8.      Neither the Court nor Plaintiffs' will be prejudiced by the stipulated extension, and both will benefit from the streamlined schedule.  Since the parties have agreed to set a single deadline to respond to the instant case and *Jane Doe A.T.*, the parties can coordinate schedules for both cases going forward, which will aid case management and allow for a more efficient resolution of the actions.

I declare under the laws of the United States that the foregoing is true and correct.

Executed on Executed on June 18, 2018, at Los Angeles, CA.

_____

Shon Morgan

Case No. 2:18-cv-4258

DECLARATION OF SHON MORGAN

## CERTIFICATE OF SERVICE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of Los Angeles, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 865 South Figueroa Street, 10th Floor, Los Angeles CA 90017.

2. That on June 18, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States Court for the Central District of California by using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered as counsel of record in this action.

3. That on June 18, 2018, I served by U.S. Mail true and correct copies of the foregoing to the following parties by placing said documents in envelopes addressed as shown below:

N. Denise Taylor, Esq.
**TAYLOR DEMARCO LLP**
1000 Wilshire Blvd. Ste. 600
Los Angeles, CA 90017-2463
Counsel for George Tyndall, M.D.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 18th day of June 2018 in Los Angeles, California

/s/ *Alex Bergjans*
Alex Bergjans

-4-

02261-00009/10203402.

Case No. 2:18-cv-4258
DECLARATION OF SHON MORGAN