1  Steve W. Berman (*pro hac vice*)
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  1301 Second Avenue, Suite 2000
3  Seattle, WA 98101
   Tel.: 206.623.7292
4  Fax: 206.623.0594
   Email: steve@hbsslaw.com
5
6  Christopher R. Pitoun (SBN 290235)
   301 N. Lake Ave., Suite 920
7  Pasadena, CA 91101
   Tel.: 213-330-7150
8  Fax: 213-330-7512
   Email: christopherp@hbsslaw.com
9
10 *Attorneys for Plaintiffs*
11 [Additional Counsel Listed on Signature Page]

12              UNITED STATES DISTRICT COURT
13              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE USC STUDENT HEALTH CENTER LITIGATION* | No. 2:18-cv-04258-SVW-GJS |
| | [consolidated with 2:18-cv-04940-SVW-GJS, 2:18-cv-05010-SVW-GJS, 2:18-cv-05125-SVW-GJS, and 2:18-cv-06115-SVW-GJS] |
| JOYCE SUTEDJA, MEHRNAZ MOHAMMADI, JANE DOE M.G., JANE DOE R.B., JANE DOE K.Y., and JANE DOE M.D., individually and on behalf of all others similarly situated, | |
| Plaintiffs, | NOTICE OF RULE 41 DISMISAL WITHOUT PREJUDICE OF INDIVIDUAL CLAIMS OF PLAINTIFF JANE DOE T.Y. ONLY |
| v. | |
| UNIVERSITY OF SOUTHERN CALIFORNIA, BOARD OF TRUSTEES OF THE UNIVERSITY OF SOUTHERN CALIFORNIA, and GEORGE TYNDALL, M.D., | |
| Defendants. | |

NOTICE OF RULE 41 DISMISAL WITHOUT PREJUDICE
OF INDIVIDUAL CLAIMS OF PLAINTIFF JANE DOE T.Y. ONLY
003211-11 1081051 V1

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Jane Doe T.Y. voluntarily dismisses her individual claims (Class Action Complaint, No. 2:18-cv-4940, ECF 1; Consolidated Class Action Complaint, No. 2:18-cv-4258, ECF 47) without prejudice. Voluntary dismissal of her individual claims is appropriate given that the opposing parties have not served either an answer or motion for summary judgment. This notice does not affect the claims of the remaining Plaintiffs in the Consolidated Class Action Complaint filed August 28, 2018 or the corresponding allegations on behalf of the putative class.

Dated:  November 29, 2018            Respectfully submitted,

                                     HAGENS BERMAN SOBOL SHAPIRO LLP

                                     By:   */s/ Steve W. Berman*
                                     Steve W. Berman (*pro hac vice*)
                                     Shelby R. Smith (*pro hac vice*)
                                     1301 Second Avenue, Suite 2000
                                     Seattle, WA 98101
                                     Tel.: 206.623.7292
                                     Fax: 206.623.0594
                                     Email: steve@hbsslaw.com
                                     Email: shelby@hbsslaw.com

                                     Christopher R. Pitoun (SBN 290235)
                                     HAGENS BERMAN SOBOL SHAPIRO LLP
                                     301 N. Lake Ave., Suite 920
                                     Pasadena, CA 91101
                                     Tel.: 213-330-7150
                                     Fax: 213-330-7152
                                     Email: christopherp@hbsslaw.com

NOT. OF RULE 41 DISMISAL WITHOUT
PREJUDICE OF INDIVIDUAL CLAIMS OF         - 2 -
PLAINTIFF JANE DOE T.Y. ONLY
003211-11 1081051 V1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOT. OF RULE 41 DISMISAL WITHOUT
PREJUDICE OF INDIVIDUAL CLAIMS OF
PLAINTIFF JANE DOE T.Y. ONLY

- 3 -

003211-11 1081051 V1

| | |
|---|---|
| 1 | Elizabeth A. Fegan (*pro hac vice*) |
| 2 | Emily Brown (*pro hac vice*) |
|   | HAGENS BERMAN SOBOL |
| 3 | SHAPIRO LLP |
| 4 | 455 N. Cityfront Plaza Dr., Suite 2410 |
|   | Chicago, IL 60611 |
| 5 | Tel.: (708) 628-4949 |
| 6 | Fax: (708) 628-4950 |
|   | Email: beth@hbsslaw.com |
| 7 | Email: emilyb@hbsslaw.com |
| 8 | |
| 9 | Annika K. Martin |
|   | Jonathan D. Selbin |
| 10 | Laura B. Heiman |
| 11 | LIEFF CABRASER HEIMANN & |
|    | BERNSTEIN, LLP |
| 12 | 275 Battery Street, 29th Floor |
| 13 | San Francisco, CA 94111-3339 |
|    | Tel.: (415) 956-1000 |
| 14 | Fax: (415) 956-1008 |
| 15 | Email: akmartin@lchb.com |
|    | Email: lheiman@lchb.com |
| 16 | |
| 17 | Daniel C. Girard |
|    | Elizabeth A. Kramer |
| 18 | Jordan Elias |
| 19 | GIRARD GIBBS LLP |
|    | 601 California Street, Suite 1400 |
| 20 | San Francisco, California 94108 |
| 21 | Tel.: (415) 981-4800 |
|    | Fax: (415) 981-4846 |
| 22 | Email: dcg@girardgibbs.com |
| 23 | Email: je@girardgibbs.com |
|    | Email: eak@girardgibbs.com |
| 24 | |
| 25 | Joseph G. Sauder |
|    | Matthew D. Schelkopf |
| 26 | Lori G. Kier |
| 27 | SAUDER SCHELKOPF LLC |
|    | 555 Lancaster Avenue |
| 28 | |

NOT. OF RULE 41 DISMISAL WITHOUT
PREJUDICE OF INDIVIDUAL CLAIMS OF
PLAINTIFF JANE DOE T.Y. ONLY

- 4 -

003211-11 1081051 V1

| | |
|---|---|
| 1 | Berwyn, Pennsylvania 19312 |
| 2 | Tel: (610) 200-0580 |
|   | Fax: (610)727-4360 |
| 3 | Email: jgs@sstriallawyers.com |
| 4 | Email: mds@sstriallawyers.com |
|   | Email: lgk@sstriallawyers.com |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOT. OF RULE 41 DISMISAL WITHOUT
PREJUDICE OF INDIVIDUAL CLAIMS OF
PLAINTIFF JANE DOE T.Y. ONLY

- 5 -

003211-11 1081051 V1