Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
(206) 623-7292
steve@hbsslaw.com

Annika K. Martin (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
(212) 355-9500
akmartin@lchb.com

Daniel C. Girard (SBN 114826)
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, California 94108
(415) 981-4800
dgirard@girardsharp.com

*Interim Class Counsel and Plaintiffs' Executive Committee*
*[Additional Counsel Listed on Signature Page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **IN RE USC STUDENT HEALTH CENTER LITIGATION** | No. 2:18-cv-04258-SVW<br><br>[consolidated with No. 2:18-cv-04940-SVW-GJS, No. 2:18-cv-05010-SVW-GJS, No. 2:18-cv-05125-SVW-GJS, and No. 2:18-cv-06115-SVW-GJS]<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF SPECIAL MASTER**<br><br>Date: April 1, 2019<br>Time: 1:30 p.m.<br>Ctrm: 10A<br>Hon. Stephen V. Wilson |

1679792.7

# NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF SPECIAL MASTER

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that on April 1, 2019 at 1:30 p.m. or as soon thereafter as counsel may be heard, before the Honorable Stephen V. Wilson, in Courtroom 10A of the United States Courthouse, located at 350 W. 1st Street, 10th Floor, Los Angeles, California, Plaintiffs will and hereby do move the Court to appoint a special master pursuant to Federal Rule of Civil Procedure 53 to oversee the claim administration process in the proposed class action settlement agreement, including reviewing and evaluating claim submissions.

This motion is made following the conference of counsel pursuant to L.R. 7-3. This motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum, Declarations, and exhibits thereto, the pleadings and papers on file, and upon such other matters as may be presented to the Court at the time of any hearing.

DATED: February 12, 2019.

Respectfully submitted,
HAGENS BERMAN SOBOL SHAPIRO LLP

By   */s/ Steve W. Berman*
     Steve W. Berman
Shelby R. Smith
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel.: 206-623-7292
Fax: 206-623-0594
Email: steve@hbsslaw.com
Email: shelby@hbsslaw.com

Elizabeth A. Fegan
Emily Brown
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611

1679792.7

Telephone: 708-628-4949
Facsimile: 708-628-4950
Email: beth@hbsslaw.com
Email: emilyb@hbsslaw.com

Jonathan D. Selbin
Annika K. Martin
Evan J. Ballan
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel.: (415) 956-1000
Fax: (415) 956-1008
Email: jselbin@lchb.com
Email: akmartin@lchb.com
Email: eballan@lchb.com

Daniel C. Girard
Elizabeth A. Kramer
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, California 94108
Tel.: (415) 981-4800
Fax: (415) 981-4846
Email: dgirard@girardsharp.com
Email: ekramer@girardsharp.com

*Plaintiffs' Executive Committee and
Interim Class Counsel*

Joseph G. Sauder
SAUDER SCHELKOPF LLC
555 Lancaster Avenue
Berwyn, Pennsylvania 19312
Tel: (610) 200-0580
Fax: (610)727-4360
Email: jgs@sstriallawyers.com

Jonathan Shub
KOHN SWIFT & GRAF, P.C.
1600 Market Street

1           Suite 2500
2           Philadelphia, PA 19103-7225
          P: 215-238-1700
3           F: 215-238-1968
          E: jshub@kohnswift.com
4

5           *Proposed Additional Class Counsel*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# MEMORANDUM IN SUPPORT OF MOTION FOR APPOINTMENT OF SPECIAL MASTER

## I. INTRODUCTION

Plaintiffs submit this memorandum in support of their motion for appointment of a special master. The Parties have entered into a proposed class action settlement agreement (the "Settlement"), and seek the Court's preliminary approval by motion filed contemporaneously with this one. The Settlement provides for the Court to appoint an independent special master to oversee the claim administration process, including reviewing and evaluating claim submissions. Settlement Agreement ("Agmt.") § 7.1.

Plaintiffs hereby respectfully request that the Court appoint a special master pursuant to Federal Rule of Civil Procedure 53 for the purposes set forth in the Settlement.

## II. LEGAL STANDARD

Fed. R. Civ. P. 53(a)(1)(A) permits a court to appoint a special master to "perform duties consented to by the parties." Additionally, a court can appoint a special master to "address pretrial and posttrial matters that cannot be effectively and timely addressed" by the court. Fed. R. Civ. P. 53(a)(1)(C). "It is within a district court's discretion to appoint a special master, and to decide the extent of the duties of a special master." *In re Hanford Nuclear Reservation Litig.*, 292 F.3d 1124, 1138 (9th Cir. 2002).

Courts have a "long tradition, with its roots in equity, of using special masters in post-judgment proceedings." *Cordoza v. Pac. States Steel Corp.*, 320 F.3d 989, 995 (9th Cir. 2003) (collecting cases). Courts frequently use special masters to oversee, administer, and allocate class action settlement claims. *E.g.*, *Friedman v. Guthy-Renker, LLC*, No 2:14-cv-06009-ODW, 2017 WL 6527295 (C.D. Cal. Aug. 21, 2017) (using special master to "analyze and value" class member claims in two-tiered settlement); *In re Am. Honda Motor Co., Inc.*, MDL

1 | No. 06-1737-CAS, 2009 WL 1204495 (C.D. Cal. Apr. 17, 2009) (using special master to oversee settlement fund and review and evaluate claim forms).

Given the sensitive nature of allocating compensation equitably amongst class members in settlements involving sexual abuse, courts have found the use of special masters particularly appropriate in this context. *See, e.g.*, *Anderson v. Chesley*, No. 2:10-116-DCR, 2010 WL 4736833, at *2 (E.D. Ky. Nov. 16, 2010) (describing use of special masters to administer settlement claims in sex abuse class action in state court); *Jane Doe No. 1 v. Johns Hopkins Hosp.*, Case No. 24-C-13-001041, 2014 WL 5040602 (Md. Cir. Ct. Sept. 19, 2014) (using Hon. Irma Raker as court-appointed adjudicator to in class settlement of claims of surreptitious photographing and inappropriate touching brought by former patients against gynecologist Dr. Nikita Levy and Johns Hopkins University); *Jane Doe 30's Mother v. Bradley*, 64 A.3d 379, 388–89 (Del. Super. Ct. 2012) (using court-appointed adjudicator to administer claims in sex abuse class settlement); *Jane Doe 2 v. The Georgetown Synagogue-Kesher Israel Congregation*, No. 2014 CA 007644 B (D.C. Super. 2018)[1] (same); *Doe v. Potter*, 225 S.W.3d 395 (Ky. Ct. App. 2006) (same).

### III. DISCUSSION

As detailed in the contemporaneously filed papers in support of the Motion for Preliminary Approval, the proposed Settlement compensates Class members based on a three-tiered system. Every Class member will receive a guaranteed minimum payment just by virtue of being a Class member (Tier 1)—but every Class member is also eligible to make a claim and receive an award of up to $250,000 (Tiers 2 and 3). Claims for higher-tier awards will be evaluated based on information submitted by Class members. Claimants who apply for the highest-level (Tier 3) award will also participate in interviews about their experiences with

---

[1] Opinion attached to Mot. for Preliminary Approval as Ex. 2.

2

Dr. Tyndall.

The Settlement provides for the Court to appoint an independent Special Master to oversee this process and allocate the claim awards. Appointing a special master is essential here to ensure equitably allocation of the claim awards among those claimants who submit Tier 2 or Tier 3 claims, while also being sensitive to the needs of trauma victims. As described below, the parties have identified and interviewed two candidates for the Court's consideration.

### A. The Special Master's Role.

The Settlement defines "Special Master" as "an independent, mutually agreeable individual with knowledge of and experience with claims of sexual abuse." Agmt. § 7.1.

Among other designated responsibilities, the Special Master will assess and adjudicate the Claims Awards for various Tier 2 and Tier 3 Claims. *Id.* In doing so, the Special Master will draw on the assistance and guidance of a team of experts in gynecology, psychology, psychiatry, PTSD, and the unique needs of sexual trauma survivors, and trained specialists who will assist in reviewing claim forms and conducting interviews under the Special Master's supervision. *Id.* § 2.40. In consultation with the parties and her team of experts, the Special Master shall develop the protocols for interviews, claim forms, and other oral or written direct contact with Class members relating to Tier 2 and Tier 3 claims. *Id.*

The Special Master will determine whether claimants' claim form or interview is credible; whether the conduct or statement(s) described fall outside the scope of accepted medical standards of care applicable during the relevant time, or the conduct or statements were otherwise actionable; and, based on an assessment of the emotional distress and/or bodily injury to the claimant, the Special Master will recommend a claim award amount. *Id.* §6.4.

The Special Master will also personally hear and evaluate the appeals of any claimants who wish to challenge their claim award. The Special Master's decision

on appeals will be final. *Id.* §6.6.

While she will be assisted by her team of experts and specialists, part of the Special Master's role will entail direct contact with victims in the form of interviews with claimants. She may also be asked to speak to victims about the Settlement Claims Process, in order to provide a trustworthy "face of the settlement" to reassure victims that they will be treated with compassion and understanding of how difficult it can be for them to talk about their traumatic experiences.

The combination of an experienced special master and her team of experts ensures the review and allocation of higher tier claims will be sensitive to the needs of victims of sexual assault and cognizant of the ways in which past trauma affects the ways victims communicate about their traumatic experiences and the impact of those experiences on them, and take those factors into account when performing the analysis necessary to determine damages and allocate consistently and fairly amongst claimants. In other words, these are not your typical claimants, this is not your typical claims program—and the typical claims administration model does not fit.

The proposed approach here—the use of an experienced special master assisted by a team of experts—was successfully employed in the *Johns Hopkins* class settlement, using the Hon. Irma Raker as special master.[2] A similar approach has been used successfully in other sex abuse class settlement claims programs as well. *See, e.g., Bradley*, 64 A.3d at 388–89 (claims reviewed by adjudicator in consultation with pediatrician and child and adolescent psychiatrist); *Georgetown Synagogue*, Mot. for Preliminary Approval Ex. 2 (use of physician as "Independent Claims Expert" to administer settlement claims); *Doe v. Potter*, 225 S.W.3d 395 (use of "Settlement Master" to evaluate and adjudicate claims).

---

[2] *Johns Hopkins*, 2014 WL 5040602.

**B.   The Candidates**

Plaintiffs present the following candidates to the Court:

### 1.   Hon. Irma S. Raker

Most recently and most relevantly, Judge Raker served as the Special Master and Claims Adjudicator overseeing and administering the claims process in the $190 million class settlement of claims of surreptitious photographing and inappropriate touching brought by former patients against gynecologist Dr. Nikita Levy and Johns Hopkins University.[3] Of the 14,000 former patients who received notice of the settlement, 9,000 made claims in the settlement.

Judge Raker served as an Associate Judge of the District Court of Maryland, Montgomery County from 1980 to 1982, as Associate Judge of the Montgomery County Circuit Court from 1982 to 1993, and on the Maryland Court of Appeals (the state's highest court) from 1994 until her retirement in 2008. Judge Raker now periodically sits on the Court of Special Appeals and the Court of Appeals as a senior judge, and serves as a private arbitrator and mediator.[4]

Judge Raker served on the Montgomery County, Maryland, Sexual Offenses Committee, where she was instrumental in developing the "rape kit" and other innovations that the Police Department implemented to better address sexual offenses. In 1977, she served on a statewide task force to rewrite sexual offense laws in Maryland, and contributed heavily to the revised laws, which modernized the laws related to sexual offenses.

As a private mediator, Judge Raker successfully mediated to settlement a claim alleging unlawful, surreptitious videotaping of women in a private gym by the security guard. As a prosecutor in the 1970's, Judge Raker screened and evaluated all the sexual child abuse cases in the County and prosecuted many rape

---

[3] *Jane Doe No. 1, et al. v. Johns Hopkins Hospital, et al.*, Case No. 24-C-13-001041 (Md. Cir. Ct. 2014).

[4] *See* CV of Judge Irma S. Raker, attached as Ex. 1.

5

cases and gang rape cases.

In her role as Special Master, Judge Raker oversaw a team of trained specialists who interviewed each of the 9,000 claimants telephonically for 30 to 60 minutes each. Judge Raker worked with class counsel and a team of psychology experts to design the interview protocols and claim assessment factors. After all claims were assessed, Judge Raker alone made the allocation decision for each and recommendation to the Court of settlement payments for each claimant, which the Court approved.

Judge Raker also created and implemented the appeal process. She personally heard appeals by conducting in-person meetings with claimants who wished reconsideration of their award. This was manageable because fewer than 3% of the 9,000 claimants appealed.

In addition to speaking directly with victims during the initial allocation process and appeals, Judge Raker also spoke to victims in videos explaining the claims process posted on the settlement web page[5] and in media appearances to educate and explain the terms of the settlement and the process.

Plaintiffs' class counsel from the *Johns Hopkins* case spoke very highly of Judge Raker's work as special master in that case, and strongly recommended her as exceptionally well qualified to serve as Special Master for the USC Settlement, with the experience, skills, and sensitivity to do the job well.

Judge Raker's work on the *Johns Hopkins* case is now complete, and she is available and very interested in serving as Special Master here. Judge Raker has no grounds for disqualification under 28 U.S.C. § 455.[6]

### 2. Hon. Irma E. Gonzalez (Ret.)

Judge Gonzalez was appointed to the United States District Court for the Southern District of California in 1992, serving as Chief Judge from 2005 to 2012.

---

[5] *See* https://www.drlevyclassaction.com/caseinformation.html.
[6] *See* Raker Decl.

Prior to her appointment to the federal bench, Judge Gonzalez also worked as an Assistant U.S. Attorney in the District of Arizona and the Central District of California, as well as an attorney in private practice. She later served as a U.S. Magistrate judge and a San Diego County Superior Court judge. Following her nearly three-decade judicial career, Judge Gonzalez joined JAMS.

Judge Gonzalez's JAMS profile[7] describes her as follows: "Highly regarded among counsel for her fairness and deep knowledge of legal issues, Judge Gonzalez brings an experienced approach to resolving even the most complex and contentious disputes. Her background makes her an ideal arbitrator, mediator, and special master for cases involving a wide range of issues, including business, class action, employment, intellectual property, and securities matters, among others. Judge Gonzalez is also fluent in Spanish."

Interim Class Counsel spoke with Judge Gonzalez about the Special Master role in this Settlement, and about her experiences. As an initial matter, Judge Gonzalez indicated she knows and has great respect for the Court. Judge Gonzalez approved many settlement classes during her time on the bench, but she has not overseen a class settlement claims process. As a mediator, Judge Gonzalez has handled claims of sexual harassment and discrimination in the employment context, and in that role interacted with victims of severe emotional distress. Judge Gonzalez said she would be comfortable with the public-facing aspect of being the "face of the settlement" and encouraging Class members to trust the process. Judge Gonzalez is willing and enthusiastic about the opportunity to serve as Special Master, and has no grounds for disqualification under 28 U.S.C. § 455.[8]

---

[7] Available at https://www.jamsadr.com/gonzalez/.
[8] *See* Gonzalez Decl.

## IV. CONCLUSION

For these reasons, Plaintiffs respectfully request that the Court issue an order pursuant to Federal Rule of Civil Procedure 53 appointing the Hon. Irma S. Raker or the Hon. Irma E. Gonzalez as Special Master to oversee and adjudicate the Settlement Claims Process in conformance with Sections 6 and 7 of the Settlement.

Dated: February 12, 2019         Respectfully submitted,

By: */s/ Steve W. Berman*

Steve W. Berman
Shelby R. Smith
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel.: 206-623-7292
Fax: 206-623-0594
Email: steve@hbsslaw.com
Email: shelby@hbsslaw.com

Elizabeth A. Fegan
Emily Brown
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Telephone: 708-628-4949
Facsimile: 708-628-4950
Email: beth@hbsslaw.com
Email: emilyb@hbsslaw.com

Jonathan D. Selbin
Annika K. Martin
Evan J. Ballan
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York 10010
Tel.: (212) 355-9500
Fax: (212) 355-9592
Email: jselbin@lchb.com
Email: akmartin@lchb.com
Email: eballan@lchb.com

Daniel C. Girard
Elizabeth A. Kramer
Jordan Elias
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, California 94108
Tel.: (415) 981-4800
Fax: (415) 981-4846
Email: dgirard@girardsharp.com
Email: ekramer@girardsharp.com

*Plaintiffs' Executive Committee and Interim Class Counsel*

Joseph G. Sauder
Matthew D. Schelkopf
Lori G. Kier
SAUDER SCHELKOPF LLC
555 Lancaster Avenue
Berwyn, Pennsylvania 19312
Tel: (610) 200-0580
Fax: (610)727-4360
Email: jgs@sstriallawyers.com
Email: mds@sstriallawyers.com
Email: lgk@sstriallawyers.com

Jonathan Shub
KOHN SWIFT & GRAF, P.C.
1600 Market Street
Suite 2500
Philadelphia, PA 19103-7225
P: 215-238-1700
F: 215-238-1968
E: jshub@kohnswift.com

*Proposed Additional Class Counsel*

9

# EXHIBIT 1

**IRMA S. RAKER**
**191 EAST JEFFERSON STREET**
**ROCKVILLE, MARYLAND 20850**
**(240) 777-9330**

**JUDICIAL EXPERIENCE:**

Court of Appeals of Maryland, Judge, 1994-2008; Senior Judge, 2008-Present
Circuit Court for Montgomery County, Associate Judge, 1982-1994
District Court of Maryland, Associate Judge, 1980-1982

**LEGAL EXPERIENCE:**

Certified Mediator and Arbitrator, 2008-Present
American Arbitration Association, Arbitrator and Mediator, 2015-Present
Sachs, Greenebaum and Tayler, Partner, 1979-1980
State's Attorney's Office for Montgomery County, Assistant State's Attorney, 1973-1979

**EDUCATION:**

**Certified Mediator:**
American Bar Association, 2007
Appellate Mediation, Maryland Court of Special Appeals, December 2009-Present

**Law School:**
Washington College of Law of The American University, Juris Doctor, December 1972

**Post-Graduate Studies**:
The Hague Academy of International Law, The Hague, Holland, July 1959

**Undergraduate Studies:**
Syracuse University, Bachelor of Arts, June 1959

**BAR MEMBERSHIPS:**

Court of Appeals of Maryland, 1973
Court of Appeals of the District of Columbia, 1974
United States District Court for the District of Maryland, 1977
United States Court of Appeals for the Fourth Circuit, 1977

**TEACHING ACTIVITIES**:

**National:**
Washington College of Law of The American University, Adjunct Professor, Trial Practice, 1980-Present
Maryland Judicial Institute, faculty member, 1984-2008

**International:**
The Court of Bosnia and Herzegovina, Sarajevo, Lecturer, April 2005
Taiwan High Court, Taiwan, Lecturer, May 2001
Consultant at Conference for Newly Independent States, Leiden, The Netherlands, November 1995

**PROFESSIONAL ACTIVITIES:**

Senior Judges Committee, Maryland Judicial Conference, 2015-Present
Maryland Access to Justice Commission, Chair, 2008-2014
Maryland Judicial Conference, Judicial Compensation Committee, Chair, 1997-2008
Attorney General's and Lt. Governor's Family Violence Council, 1995
Maryland Special Committee to Revise Article 27, Crimes and Punishment, Annotated Code of Maryland
Maryland Judicial Conference, Executive Committee, elected to represent Sixth Judicial Circuit, Legislative Committee, 1985-1989
Commission to Study Bail Bond and Surety Industry in Maryland, appointed by Chief Judge Murphy to represent Maryland Judicial Conference, 1981
District Court Committee on Criminal Law and Motor Vehicle Matters, Chairperson, appointed by Chief Judge Sweeney, 1981-1982
Attorney Grievance Commission of Maryland, Inquiry Committee, 1978-1981

**Maryland State Bar Association:**
Maryland Bar Foundation, Fellow, 1989-Present
Board of Governors, elected 1981, 1982, 1985, 1986, 1990
Standing Committee to Draft Pattern Jury Instructions in Civil and Criminal Cases, Chair; Sub-Committee to Draft Pattern Instructions in Criminal Cases, Chair, 1980-2012; Member, 1980-Present
Criminal Law and Practice Section Council, Chair, 1983-1984; Member, 1973-Present; Section Council Member, 2008, 2011-2013
Montgomery-Prince George's Continuing Legal Education Institute, Inc., Board of Trustees, 1997
Special Committee on Law Related Education, 1983-2012
Judicial Administration Section Council, Member, 1994
Special Committee on the Centennial of the Maryland State Bar Association, Member, 1994
Judicial Administration Section Council, 1994-1998
Special Committee on Judicial Selection and Tenure, 1979
Special Committee on Environmental Law, 1978-1979
Special Committee on Trial by Jury, 1988-1993
Special Committee on Law Practice Quality, 1989-1992

**American Bar Association:**
American Bar Association Fellow
Criminal Justice Standards Committee Task Force on Diversion and Special Courts, Chair, 2006-2010
Criminal Justice Standards Committee, Chair, 2002-2004, Chair, 1995-1996, Member, 1994-1996

13

    Criminal Justice Standards Pretrial Release and Speedy Trial Task Force, 1999-2001
    ABA Bar Foundation Fellow, 1994-Present
    Criminal Justice Section Council, elected 3-year term, 1997
    Criminal Justice Standards Committee Task Force on Trial by Jury and Discovery, 1991-1993
    Committee on Rights of Victims in the Criminal Justice System, 1992
    Ad Hoc Committee on the Indigent Defense Crisis, 1992-1993
    Judicial Division International Courts Committee, 2006

    **Montgomery County Bar Association:**
    Bar Leaders, Montgomery County Bar Foundation
    Executive Committee, elected 1979-1980
    Criminal Law Section, Chairperson, 1978-1979
    Ethics Committee, 1977-1978
    Nominating Committee, 1977-1978
    Circuit Court Committee
    Correctional Reform Committee
    Committee on Administration of Justice

    **American Law Institute**, elected 1997, Member

    **American Inns of Court:**
    Fahy Inn, Executive Committee & Charter Member, 1983-1985
    J. Dudley Digges Inn, 1985-2000
    Alan J. Goldstein Inn, President, 1995-1996

**PUBLICATIONS:**

    Article, *Fourth Amendment and Independent State Grounds*, 77 MISS. L.J. 401 (2007)
    Note, *The New "No-Knock" Provisions and its Effect on the Authority of the Police to Break and Enter.* 20 Am. U. L. Rev. 467 (1970-71)

**HONORS:**

    Simon E. Sobeloff Law Society Sobeloff Award, 2016
    Public Justice Center - Access to Justice, 2014
    Maryland Bar Foundation, H. Vernon Eney Award, June 2009
    Maryland State's Attorney's Association Leadership Award, 2008
    American Bar Association, Margaret Brent Women Lawyers of Achievement Award, August, 2007
    Lady Justice Award, National Association of Women Judges, District 4, 2007
    *The Daily Record's* Leadership in Law Award, 2001
    National Association of Social Workers' Public Citizen of the Year Award, 2001
    Certificate of Appreciation presented by Montgomery County Bar Association for contribution to the Mentor-Mentee Program, 2000
    Outstanding Jurist Award presented by Montgomery County Bar Association, 2000
    Recognized by *The Daily Record* as one of "Maryland's Top 100 Women," 1998, 1999, 2001 and 2003
    *The Daily Record's* Circle of Excellence, 2001

    Midwood High School Alumni Association, Lifetime Achievement Award, 1999
    Girl Scouts of Central Maryland, Distinguished Women Award, 1999
    Montgomery County Bar Association Century of Service Award, 1999
    The American University, Washington College of Law Distinguished Alumna Award, 1999
    Included in *Women of Achievement in Maryland History,* a historical reference book on extraordinary achievements of women in Maryland American Red Cross, Maryland Chapter, Elizabeth Dole Woman of Achievement Award, 1998
    *Who's Who in America, Who's Who in American Law, Who's Who of American Women, Who's Who in the East*
    Syracuse University Alumni Club of Greater Baltimore, Outstanding Alumnus, Spokesperson & Jurist, 1996
    Margaret Brent Trailblazers Award presented by The American Bar Association Commission on Women in the Profession and The Women's Bar Association of Maryland, 1995
    New York Bar Foundation, Award of Appreciation, 1995
    Outstanding Syracuse University Alumna Award in Commemoration of 125th Anniversary of the founding of Syracuse University, 1995
    Rita C. Davidson Award, Recipient of Annual Award, Women's Bar Association of Maryland, 1995
    Ninth Annual Dorothy Beatty Memorial Award for Significant Contribution to Women's Rights, Women's Law Center, 1994
    Robert C. Heeney Award, Recipient of Annual Award, Maryland State Bar Criminal Law Section, 1993
    Women Legislators of Maryland, The General Assembly, Citation, in recognition of outstanding contributions to the advancement and welfare of women in Maryland, 1989
    Congregant of Excellence, awarded by Adas Israel Men's Club, 1988
    "Celebration of Women" Award, Pioneer Women Na'amat Outstanding Service on Behalf of Victims of Family Violence, 1985
    Montgomery County Government Certificate of Appreciation and Recognition for contribution to a more responsive approach to the problems of domestic violence, 1983
    Montgomery County Government Award for Outstanding Contribution to the Task Force on Battered Spouses,1982
    Montgomery County Government Certificate of Appreciation and recognition for two years of outstanding work to promote the safety and dignity of women as a member of the Montgomery County Sexual Offenses Committee, 1977
    Lawyer's Cooperative Publishing Company and Bancroft Whitney awards for highest grade in Torts, Criminal Procedure and Modern Land Transactions, 1971-1973
    American University Law Review, Associate Editor, 1972
    Lura E. Turley Prize, American University, 1972
    Merit Scholarship to Attend Hague Academy of International Law, 1959
    Pi Sigma Alpha, National Political Science Honorary, 1958
    Deans List, Syracuse University, 1957-1959

**PROFESSIONAL ASSOCIATIONS:**

    American Bar Association, 1974-2013
    Maryland State Bar Association, 1973-Present
    Montgomery County Bar Association, 1973-Present
    Women's Bar Association of Maryland, 1974-Present
    Women's Bar Association of the District of Columbia, 1978-Present
    National Association of Women Judges, 1980-Present, Maryland Chapter, elected Treasurer, 1991; elected President, Maryland Chapter, 1994
    The International Academy of Trial Judges, 1989-Present
    National District Attorney's Association, 1973-1980
    Network 2000, 1996-2011
    The Women's Forum of Washington, DC, 2004-2012
    Cosmos Club, Member, 2008-Present

**CIVIC ACTIVITIES:**

    Washington College of Law, Dean's Advisory Council, Member, 1998-2009
    Syracuse University's Maxwell School of Citizenship and Public Affairs Advisory Board, Member, 1996-2004
    Bethesda-Chevy Chase YMCA Committee of Management, 1995-2004
    Montgomery County Task Force on Battered Spouses, 1981
    Montgomery County Advisory Committee on Environmental Protection, 1980
    Montgomery County Crisis Center, Citizens Advisory Board, 1979, 1980
    Montgomery County Advisory Committee to County Executive on Child Abuse, 1976-1977; Battered Spouses, 1977-1978
    Montgomery County Sexual Offenses Committee, 1976, 1977
    West Bradley Citizens Association, Treasurer, Vice-President, 1964-1968