Mike Arias (CSB #115385)
    mike@aswtlawyers.com
Alfredo Torrijos (CSB #222458)
    alfredo@aswtlawyers.com
**ARIAS SANGUINETTI WANG & TORRIJOS, LLP**
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Tel: (310) 844-9696
Fax: (310) 861-0168

*Attorneys for Proposed Intervenors*
*Jane Doe 1 (LASC Case No. BC707655) and*
*Jane Doe 1 (LASC Case No. BC707879*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: USC STUDENT HEALTH CENTER LITIGATION | **CASE NO. 2:18-cv-04258-SVW**<br><br>[Consolidated with Case Nos. 2:18-cv-04940-SVW-GJS, 2:18-cv-05010-SVW-GJS, 2:18-cv-05125-SVW-GJS, and 2:18-cv-06115-SVW-GJS]<br><br>**DECLARATION OF MIKE ARIAS IN SUPPORT OF MOTION TO INTERVENE FOR LIMITED PURPOSE OF OPPOSING PRELIMINARY APPROVAL**<br><br>Hearing<br>Date:   April 15, 2019<br>Time:  1:30 p.m.<br>Courtroom:  10a<br>Judge:  Stephen V. Wilson |

# DECLARATION OF MIKE ARIAS

I, Mike Arias, declare:

1. I am admitted and licensed to practice before all courts of the State of California, the States of New York, New Jersey and the District of Columbia. I am the managing partner of the firm of Arias Sanguinetti Wang & Torrijos, LLP, counsel of record for proposed intervenors Jane Doe 1, the plaintiff in Los Angeles Superior Court Case No. BC707655, and Jane Doe 1, the plaintiff in Los Angeles Superior Court Case No. BC707879 (collectively, the "Proposed Intervenors").

2. I submit this declaration in support of Proposed Intervenors Motion to Intervene for Limited Purpose of Opposing Preliminary Approval filed concurrently herewith. I have personal knowledge of the matters described below and I am competent to testify thereto.

3. On or about Monday, March 11, 2019 at about 2:23 p.m., my partner, Alfredo Torrijos, sent an email to counsel for Defendants and Interim Class Counsel in *In re USC Student Health Center Litigation* (Case No. 18-cv-04258). That email stated, in relevant part: "Pursuant to Central District Local Rule 7-3, we write in an effort to meet and confer regarding our clients' forthcoming motion to intervene in *In re USC Student Health Center Litigation* (Case No. 18-cv-04258). Our request for intervention will be made pursuant to Rule 24 of the Federal Rules of Civil Procedure and will be solely for the purpose of objecting to Plaintiff's Motion for Preliminary Approval of Class Action Settlement and to Direct Class Notice, which is currently set for hearing on April 1, 2019. With our motion to intervene we will also be filing an ex parte application seeking an order permitting our motion to be heard on shortened notice so that it may be heard on April 1, 2019 or, alternatively, seeking an order continuing the hearing on Plaintiff's Motion for Preliminary Approval to April 15, 2019 so that our motion to intervene can be briefed and heard concurrently with Plaintiff's Motion for Preliminary Approval." The email additionally informed counsel that the meet and confer request was made on behalf of the clients of my firm as well as the clients of delineated law firms who represent clients in state court against defendants University of Southern California and Dr. George Tyndall, who were contemplating possibly filing motions to intervene, and who had given me

1. and my firm their proxy to meet and confer on their behalf.

4. Following the exchange of emails between counsel regarding scheduling of the meet and confer, a conference call with counsel for Defendants and Interim Class Counsel was scheduled for Wednesday, March 13, 2019 at 3:30 p.m. The meet an confer conference call with Interim Class Counsel and counsel for Defendants took place on or about Wednesday, March 13, 2019 at 3:30 p.m. as scheduled. During that call we discussed, *inter alia*, the contemplated motions to intervene and well as our anticipated ex parte application seeking an order to have the motions to intervene heard on shortened notice so that they may be heard on April 1, 2019 or, alternatively, seeking an order continuing the hearing on Plaintiff's Motion for Preliminary Approval to April 15, 2019 so that the motions to intervene could be briefed and heard concurrently with Plaintiff's Motion for Preliminary Approval. Interim Class Counsel and counsel for Defendants agreed, subject to the Court's approval, to opposing the motions to intervene by March 25, 2019, with the understanding that intervenors would waive their right to file replies in support of their motions, so that our motions to intervene may be heard on April 1, 2019.

5. During the call on March 13, 2019, we advised counsel for Defendants and Interim Class Counsel that in addition to the counsel listed in the March 11, 2019 email we had also been provided with authority to meet and confer on behalf of additional counsel who were contemplating filing motions to intervene on behalf of their clients. On or about March 13, 2019 at 5:58 p.m. my partner, Alfredo Torrijos, sent an email to counsel for Defendants and Interim Class Counsel identifying Manly, Stewart & Finaldi (counsel for plaintiffs in Los Angeles Superior Court Case Nos. BC706844, BC705677, BC707880, BC707898, BC709671, BC713379, BC715160,BC717310, 18STCV01090, 18STCV03156, and 18STCV05165) as one of the firms that had given me and my firm their proxy to meet and confer on their behalf.

6. The March 11, 2019 and March 13, 2019 emails referenced herein were sent to the following counsel for Plaintiffs in *In re USC Student Health Center Litigation* (Case No. 18-cv-04258): Steve W. Berman (steve@hbsslaw.com); Shelby R. Smith (shelby@hbsslaw.com); Elizabeth A. Fegan (beth@hbsslaw.com); Emily Brown (emilyb@hbsslaw.com); Jonathan D.

Selbin (jselbin@lchb.com); Annika K. Martin (akmartin@lchb.com); Evan J. Ballan (eballan@lchb.com); Daniel C. Girard (dgirard@girardsharp.com); Elizabeth A Kramer (ekramer@girardsharp.com); Joseph G. Sauder (jgs@sstriallawyers.com); Matthew D. Schelkopf (mds@sstriallawyers.com); Lori G. Kier (lgk@sstriallawyers.com); and Jonathan Shub (jshub@kohnswift.com).

7. The March 11, 2019 and March 13, 2019 emails referenced herein were sent to the following counsel for Defendants in *In re USC Student Health Center Litigation* (Case No. 18-cv-04258): Michael E. Williams (michaelwilliams@quinnemanuel.com); Stephen C. Fraser (sfraser@fwcllp.com); and N Denise Taylor (dtaylor@taylordemarco.com).

8. Jane Doe 1, the plaintiff in Los Angeles Superior Court Case No. BC707655, is a "Class Member" as that term is defined in the Settlement Agreement. [Doc. #67, at § 2.10.] Jane Doe 1 in Case No. BC707655 has authorized and directed my firm to file a Motion to Intervene for the limited purpose of opposing Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and to Direct Class Notice (the "Motion for Preliminary Approval").

9. Jane Doe 1, the plaintiff in Los Angeles Superior Court Case No. BC707879, is a "Class Member" as that term is defined in the Settlement Agreement. [Doc. #67, at § 2.10.] Jane Doe 1 in Case No. BC707879 has authorized and directed my firm to file a Motion to Intervene for the limited purpose of opposing Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and to Direct Class Notice (the "Motion for Preliminary Approval").

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct, executed on March 18, 2019 in Los Angeles, California.

_____
Mike Arias

– 3 –

**DECLARATION OF MIKE ARIAS IN SUPPORT MOTION TO INTERVENE FOR LIMITED PURPOSE OF OPPOSING PRELIMINARY APPROVAL (CASE NO. 2:18-CV-04258-SVW)**