FILED
CLERK, U.S. DISTRICT COURT

MAR 19 2019

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HERKENRATH and TINA WILSON, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>MOVE, INC., a Delaware Corporation; MOVE SALES, INC., a Delaware Corporation; and DOES 1 through 50; inclusive,<br><br>　　　　　Defendants. | Case No. 2:18-cv-04258-SVW<br><br>[Consolidated with Case Nos. 2:18-cv-04940-SVW-GJS, 2:18-cv-05010-SVW-GJS, 2:18-cv-05125-SVW-GJS, and 2:18-cv-06115-SVW-GJS]<br><br>HONORABLE STEPHEN V. WILSON<br><br>[PROPOSED] ORDER SHORTENING TIME ON MOTIONS TO INTERVENE |

1

Pursuant to the ex parte application of Jane Doe 1, the plaintiff in Los Angeles Superior Court Case No. BC707655, and Jane Doe 1, the plaintiff in Los Angeles Superior Court Case No. BC707879 (collectively, the "Proposed Intervenors"), and good cause appearing, it is hereby Ordered:

1. That the hearings on the Motion to Intervene by Jane Doe 18 [Doc. #84] and the Motion to Intervene for the Limited Purpose of Opposing Preliminary Approval by Proposed Intervenors [Doc. #87] are vacated and reset to April 1, 2019 at 10:00 a.m.;

2. That Plaintiffs' and Defendants' opposing papers, if any, to the Motion to Intervene by Jane Doe 18 [Doc. #84] and the Motion to Intervene for the Limited Purpose of Opposing Preliminary Approval by Proposed Intervenors [Doc. #87] shall be filed and served by no later than March 25, 2019; and

3. That no replies will be filed in support of the Motion to Intervene by Jane Doe 18 [Doc. #84] or the Motion to Intervene for the Limited Purpose of Opposing Preliminary Approval by Proposed Intervenors [Doc. #87].

**IT IS SO ORDERED.**

Dated: March 19, 2019

Hon. Stephen V. Wilson
United States District Judge