N. DENISE TAYLOR – State Bar No. 101434
CHERIE L. LIEURANCE – State Bar No. 119979
TAYLOR DEMARCO LLP
1000 Wilshire Boulevard, Suite 600
Los Angeles, CA 90017-2463
Telephone: (213) 687-1600
Facsimile: (213) 687-1620
dtaylor@taylordemarco.com
clieurance@taylordemarco.com

Attorneys for Defendant GEORGE TYNDALL, M.D.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE USC STUDENT HEALTH CENTER LITIGATION | No. 2:18-cv-04258-SVW-GJS <br><br> [consolidated with 2:18-cv-04940-SVW-GJS, 2:18-cv-05010-SVWGJS, 2:18-cv-05125-SVW-GJS, and 2:18-cv-06115-SVW-GJS] <br><br> **DEFENDANT GEORGE TYNDALL, M.D.'S JOINDER TO CO-DEFENDANTS USC AND THE USC BOARD OF TRUSTEES, AND PLAINTIFFS' OPPOSITION TO MOTIONS TO INTERVENE** <br><br> Date: April 1, 2019 <br> Time: 1:30 p.m. <br> Courtroom: 10A <br> Hon. Stephen V. Wilson |

TO THE ABOVE ENTITLED COURT AND TO ALL PARTIES, THROUGH THEIR ATTORNEYS OF RECORD:

Defendant George Tyndall, M.D. ("Dr. Tyndall") opposes the motions to intervene and joins plaintiffs' opposition to motions to intervene (Dkt. 95-3, 96) and defendants University of Southern California and the Board of Trustees of the University of Southern California joinder in plaintiffs' opposition to the motions to intervene (Dkt. 99).

-1-
**DEFENDANT GEORGE TYNDALL, M.D.'S JOINDER TO CO-DEFENDANTS USC AND THE USC BOARD OF TRUSTEES, AND PLAINTIFFS' OPPOSITION TO MOTIONS TO INTERVENE**

As stated in the USC defendants' joinder to the plaintiffs' oppositions to motions to intervene, defendant Dr. Tyndall supports plaintiffs' opposition, but consistent with the negotiated resolution, Dr. Tyndall does not concede liability or wrongdoing, nor does he agree with the plaintiffs' characterization of the underlying events. However, those issues have no bearing on the multiple reasons intervention should be denied and to that end, Dr. Tyndall joins in the arguments opposing the plaintiffs' motions to intervene set forth more fully by plaintiffs and the USC defendants, which arguments are incorporated by this reference, and upon which this joinder is based.

RESPECTFULLY SUBMITTED.

March 25, 2019                           TAYLOR DEMARCO LLP

                                         By _____
                                         N. Denise Taylor
                                         Cherie L. Lieurance
                                         *Attorneys for Defendant,*
                                         *George Tyndall, M.D.*

# CERTIFICATE OF SERVICE

I, Christine Chung, hereby certify that on this 26th day of March 2019, I electronically filed the following documents:

**DEFENDANT GEORGE TYNDALL, M.D.'S JOINDER TO CO-DEFENDANTS USC AND THE USC BOARD OF TRUSTEES, AND PLAINTIFFS' OPPOSITION TO MOTIONS TO INTERVENE**

with the Clerk of the United States District Court for the Central District of California using the CM/ECF system which shall send electronic notification to all counsel of record. See attached Notice of Electronic Service for all parties served.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Los Angeles, California on March 26, 2019.

Christine Chung

# SERVICE LIST
Re:  USC Student Health Center Litigation
Case No: 2:18-CV-04258-SVW-GJS

| | |
|---|---|
| Steve W. Berman, Esq.<br>Shelby R. Smith, Esq.<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101 | Attorneys for Plaintiffs<br><br>Tel: (206) 623-7292<br>Fax: (206) 623-0594<br>steve@hbsslaw.com<br>shelby@hbsslaw.com |
| Christopher R. Pitoun, Esq.<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>301 North Lake Avenue, Suite 920<br>Pasadena, CA 91101 | Attorneys for Plaintiffs<br><br>Tel: (213) 330-7150<br>Fax: (213) 330-7512<br>christopherp@hbsslaw.com |
| Elizabeth A. Fegan, Esq.<br>Emily Brown, Esq.<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>455 North Cityfront Plaza Drive, Suite 2410<br>Chicago, IL 60611 | Attorneys for Plaintiffs<br><br>Tel: (708) 628-4949<br>Fax: (708) 628-4950<br>beth@hbsslaw.com<br>emilyb@hbsslaw.com |
| Annika K. Martin, Esq.<br>Jonathan D. Selbin, Esq.<br>Laura B. Heiman, Esq.<br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>250 Hudson Street, 8th Floor<br>New York, NY 10013 | Attorneys for Plaintiffs,<br><br>Tel: (212) 355-9500<br>Fax: (212) 355-9592<br>akmartin@lchb.com<br>jselbin@lchb.com<br>lheiman@lchb.com |
| Daniel C. Girard, Esq.<br>Elizabeth A. Kramer, Esq.<br>Jordan S. Elias, Esq.<br>GIRARD SHARP LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108 | Attorneys for Plaintiffs,<br><br>Tel: (415) 981-4800<br>Fax: (415) 981-4846<br>dgirard@girardsharp.com<br>ekramer@girardsharp.com<br>jelias@girardsharp.com |

| | | |
|---|---|---|
| 1 | Joseph G. Sauder, Esq. | Attorneys for Plaintiffs, |
| 2 | Matthew D. Schelkopf, Esq. | Tel: (610) 200-0580 |
| 3 | Lori G. Kier, Esq.<br>SAUDER SCHELKOPF LLC | Fax: (610) 727-4360 |
| 4 | 555 Lancaster Avenue | jgs@sstriallawyers.com<br>mds@sstriallawyers.com |
| 5 | Berwyn, PA 19312 | lgk@sstriallawyers.com |
| 6 | Jonathan Shub, Esq. | Proposed Additional Counsel for Plaintiffs, |
| 7 | KOHN SWIFT & GRAF, P.C.<br>1600 Market Street, Suite 2500 | Tel: (215) 238-1700 |
| 8 | Philadelphia, PA 19103-7225 | Fax: (215) 238-1968 |
| 9 | | ishub@kohnswift.com |
| 10 | Stephen Fraser, Esq. | Attorneys for Defendant,<br>UNIVERSITY OF SOUTHERN |
| 11 | Alexander Watson, Esq.<br>FRASER, WATSON & CROUCH, LLP | CALIFORNIA |
| 12 | 100 West Broadway, Suite 650 | Tel: (818) 543-1380 |
| 13 | Glendale, CA 91210 | Fax: (818) 543-1389 |
| 14 | Michael Williams, Esq. | Attorneys for Defendant,<br>UNIVERSITY OF SOUTHERN |
| 15 | Shon Morgan, Esq.<br>QUINN EMANUEL URQUHART & | CALIFORNIA |
| 16 | SULLIVAN | |
| 17 | 865 South Figueroa Street<br>Los Angeles, CA 90017 | Tel: (213) 443-3000<br>Fax: (213) 443-3100 |

2
**CERTIFICATE OF SERVICE**