Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Tel.: (206) 623-7292
Email: steve@hbsslaw.com

Annika K. Martin (*pro hac vice*)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Tel.: (212) 355-9500
Email: akmartin@lchb.com

Daniel C. Girard (SBN 114826)
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, California 94108
Tel.: (415) 981-4800
Email: ekramer@girardsharp.com

*Interim Class Counsel and Plaintiffs'
Executive Committee*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| **IN RE:  USC STUDENT HEALTH CENTER LITIGATION** | No. 2:18-cv-04258-SVW<br><br>[Consolidated with<br>No. 2:18-cv-04940- SVW-GJS,<br>No. 2:18-cv-05010-SVW-GJS,<br>No. 2:18-cv-05125-SVW-GJS, and<br>No. 2:18-cv-06115-SVW-GJS]<br><br>**JOINT APPLICATION FOR *IN CAMERA* REVIEW** |

1    Pursuant to Local Civil Rule 79-6, the Parties in these consolidated actions
2    submit this Joint Application for *in camera* review of the opt-out threshold in the
3    Supplemental Agreement to the Settlement Agreement.

4    On February 12, 2019, Plaintiffs filed their Motion for Preliminary Approval
5    of Class Action Settlement.  Dkt. No. 67.  Pursuant to section 2.47 of the Settlement
6    Agreement, a Supplemental Agreement between the Parties provides that
7    Defendants may terminate the Settlement "if an agreed upon number of Class
8    Members who exclude themselves from the Class is exceeded, which number shall
9    be submitted to the Court *in camera* or under seal, and kept confidential by the
10   Parties unless the Court orders otherwise."

11   Courts frequently conduct an *in camera* review of relevant settlement
12   documents when evaluating a proposed settlement.  *See, e.g.*, *In re Zynga Inc. Sec.*
13   *Litig.*, No. 12-CV-04007-JSC, 2015 WL 6471171, at *4 (N.D. Cal. Oct. 27, 2015)
14   (granting preliminary approval after reviewing *in camera* "[t]he threshold number"
15   for the defendant to "terminate the agreement").  Moreover, the Ninth Circuit has
16   recognized that an opt-out threshold may be kept confidential "for practical
17   reasons."  *In re Online DVD-Rental Antitrust Litig.*, 779 F.3d 934, 948 (9th Cir.
18   2015); *see In re Health South Corp. Securities Litig.*, 334 Fed. App'x. 248, 250 n.4
19   (11th Cir. 2009) ("The threshold number of opt outs required to trigger the
20   [termination] provision is typically not disclosed and is kept confidential to
21   encourage settlement and discourage third parties from soliciting class members to
22   opt out.").

23   Therefore courts have found it appropriate to maintain the confidentiality of
24   the opt-out threshold.  *See, e.g.*, *Spann v. J.C. Penney Corp.*, 314 F.R.D. 312, 329
25   (C.D. Cal. 2016) (holding that the confidential opt-out threshold need not be
26   disclosed, and noting that the threshold was irrelevant to class members' decision
27   whether to opt out); *Thomas v. Magnachip Semiconductor Corp.*, No. 14-CV-

28

- 2 -

01160-JST, 2016 WL 3879193, at *7 (N.D. Cal. July 18, 2016) (finding "compelling reasons" to keep the opt-out threshold confidential); *Hefler v. Wells Fargo & Co.*, No. 16-CV-05479-JST, 2018 WL 4207245, at *11 (N.D. Cal. Sept. 4, 2018) (granting motion to seal opt-out threshold "in order to prevent third parties from utilizing it for the improper purpose of obstructing the settlement . . . .").

Here, keeping the opt-out threshold confidential guards against third parties' use of the threshold number in connection with an opt-out campaign and thereby "supports the parties in their efforts to ensure that settlement proceeds are directed to class members." *Spann*, 314 F.R.D. at 330. The Parties submit that there is good cause for granting the Application and respectfully request that the Court review the opt-out threshold in the Supplemental Agreement *in camera*.

Dated: March 27, 2019

**HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/ Steve W. Berman*
Steve W. Berman
Shelby R. Smith
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: shelby@hbsslaw.com

Elizabeth A. Fegan
**HAGENS BERMAN SOBOL SHAPIRO LLP**
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Telephone: 708-628-4949
Facsimile: 708-628-4950
Email: beth@hbsslaw.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Christopher Pitoun
**HAGENS BERMAN SOBOL SHAPIRO LLP**
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: 213-330-7150
Facsimile: 213-330-7152
Email: chrisp@hbsslaw.com

Daniel C. Girard
Elizabeth A. Kramer
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Email: dgirard@girardsharp.com
Email: ekramer@girardsharp.com

Jonathan D. Selbin
Annika K. Martin
Evan J. Ballan
**LIEFF CABRASER HEIMANN AND BERNSTEIN LLP**
275 Battery Street, 29th Floor
San Francisco, California 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: jselbin@lchb.com
Email: akmartin@lchb.com
Email: eballan@lchb.com

*Plaintiffs' Executive Committee and Interim Class Counsel*

Joseph G. Sauder
**SAUDER SCHELKOPF LLC**
555 Lancaster Avenue
Berwyn, Pennsylvania 19312
Tel: (610) 200-0580

- 4 -

Fax: (610)727-4360
Email: jgs@sstriallawyers.com

Jonathan Shub
**KOHN, SWIFT & GRAF, P.C.**
1600 Market Street, 25th Floor
Philadelphia, Pennsylvania 19103
Tel: (215) 238-1700
Email: jshub@kohnswift.com

*Proposed Additional Class Counsel*

Dated: March 27, 2019

**QUINN EMANUEL URQUHART & SULLIVAN LLP**

*/s/ Shon Morgan*
Shon Morgan
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Email:
shonmorgan@quinnemanuel.com

*Attorneys for the University of Southern California, and the Board of Trustees of the University of Southern California*

Dated:  March 27, 2019

**TAYLOR DeMARCO LLP**

*/s/ N. Denise Taylor*
N. Denise Taylor
Cherie L. Lieurance
1000 Wilshire Boulevard, Suite 600
Los Angeles, California 90017
Telephone: (213) 687-1600
Email: DTaylor@taylordemarco.com

- 5 -

1

*Attorney for George Tyndall*

2

**Attestation**

3     Pursuant to Local Rule 5-4.3.4(a)(2)(i), the ECF filer hereby attests that the

4 other signatories listed above concur in this filing's content and have authorized

5 this filing.

6

7            /s/ *Steve W. Berman*
             Steve W. Berman

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 6 -