1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| **IN RE USC STUDENT HEALTH CENTER LITIGATION** | No. 2:18-cv-04258-SVW<br><br>[consolidated with No. 2:18-cv-04940-SVW-GJS, No. 2:18-cv-05010-SVW-GJS, No. 2:18-cv-05125-SVW-GJS, and No. 2:18-cv-06115-SVW-GJS]<br><br>**[PROPOSED] ORDER GRANTING JOINT APPLICATION FOR *IN CAMERA* REVIEW** |
|---|---|

Having reviewed and considered the Parties' Joint Application for *In Camera Review*, and finding good cause therefore, the Court **GRANTS** the relief sought therein. Plaintiffs shall promptly submit the Settlement opt-out threshold number to the Court for *in camera* review.

**IT IS SO ORDERED.**

DATED: _____     _____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE