FILED
CLERK, U.S. DISTRICT COURT

MAR 28 2019

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE USC STUDENT HEALTH CENTER LITIGATION | No. 2:18-cv-04258-SVW<br><br>[consolidated with No. 2:18-cv-04940-SVW-GJS, No. 2:18-cv-05010-SVW-GJS, No. 2:18-cv-05125-SVW-GJS, and No. 2:18-cv-06115-SVW-GJS]<br><br>[PROPOSED] ORDER GRANTING JOINT APPLICATION FOR *IN CAMERA* REVIEW |

  Having reviewed and considered the Parties' Joint Application for *In Camera Review*, and finding good cause therefore, the Court **GRANTS** the relief sought therein. Plaintiffs shall promptly submit the Settlement opt-out threshold number to the Court for *in camera* review.

**IT IS SO ORDERED.**

DATED: 3/28/19

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE