QUINN EMANUEL URQUHART & SULLIVAN, LLP
  John B. Quinn (Bar No. 090378)
  johnquinn@quinnemanuel.com
  Michael E. Williams (Bar No. 181299)
  michaelwilliams@quinnemanuel.com
  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
  Tara Lee (Bar No. 204211)
  taralee@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

FRASER WATSON & CROUTCH LLP
  Stephen C. Fraser (Bar No. 152746)
  sfraser@fwcllp.com
  Alexander M. Watson (Bar No. 156828)
  awatson@fwcllp.com
100 W Broadway # 650
Glendale, CA 91210
Telephone:   (818) 543-1380
Facsimile:   (818) 543-1389

*Attorneys for Defendants University of Southern California, Board of Trustees of the University of Southern California*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE USC STUDENT HEALTH CENTER LITIGATION* | No. 2:18-cv-04258-SVW-GJS<br><br>[consolidated with 2:18-cv-04940-SVW-GJS, 2:18-cv-05010-SVWGJS, 2:18-cv-05125-SVW-GJS, and 2:18-cv-06115-SVW-GJS]<br><br>**NOTICE OF LODGING OF DOCUMENTS**<br><br>Judge:  Honorable Stephen V. Wilson<br>Dept.:   Courtroom 10A |

This Court's May 21, 2019 Order (Dkt. No. 136) required that defendants University of Southern California and Board of Trustees of the University of Southern California ("USC") show cause why the materials submitted *in camera* on April 25, 2019 (Dkt. 127) should not be publicly disclosed.  USC agrees with the Court that this information "provides class members and the Court with a better assessment of the fairness of any proposed settlement agreement between the parties." Dkt. 136 at 9 fn. 3.  USC thus lodges these materials on the public docket.[1]

In addition, since USC's *in camera* submission of materials to the Court on April 25, it has identified a small number of additional documents that were responsive to the Court's order.  These are included in USC's current lodging of documents.

Filed with this Notice are the following documents:

- As **Exhibit 1**, the cover letter USC submitted to the Court with the documents for *in camera* inspection on April 25, 2019;
- As **Exhibits 2-15**, the documents USC submitted to the Court for *in camera* inspection on April 25, 2019;
- As **Exhibit 16**, the additional documents identified by USC after April 25, 2019 as responsive to the Court's order.

---

[1] Redactions were made to remove any information protected pursuant to HIPAA, personal identifying information of any patients of Dr. Tyndall, personal contact information for individuals (*e.g.*, address and phone numbers) as well as the names of any individuals contained in the documents that involve employment or personnel issues wholly unrelated to Dr. Tyndall.  Critical email header information has also been redacted for security reasons.

| | |
|---|---|
| 1 | DATED: May 23, 2019 |

 By:  */s/ Shon Morgan*
 QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
 John B. Quinn
 Michael E. Williams
 Shon Morgan
 Tara Lee

 FRASER WATSON & CROUTCH, LLP
 Stephen C. Fraser
 Alexander M. Watson
 Daniel K. Dik

 *Attorneys for Defendant,*
 *The University of Southern California, Board of Trustees of the University of Southern California*