# EXHIBIT 3

# Tab 21

| | |
|---|---|
| **From:** | Larry Neinstein |
| **To:** | ████████████ |
| **Sent:** | |
| **Subject:** | Re: Sorry wrong info |

<html>
First, <br>
I am concerned that you would write a letter to me regarding a journalism article and not identify who you are and why you are writing.<br><br>
Second, I would have been happy to discuss OCPs with you but have not received such a request but I have two patients waiting and so could not possibly do that before 4 PM.<br><br>
However, it is not the standard of practice at the health center to prescribe OCPs to all women however, many, many women may benefit from ocps for other reasons that contraception including acne among other reasons.<br><br>
Thanks for you email and input and I am sorry you did not contact me earlier.<br><br>
I would have thought you would have discussed this issue with either myself as director or Dr. Leavitt our lead physician or dr. price our gynecology consultant before doing such an aritcle.<br><br>
<br>
thanks,<br>
Dr. Neinstein<br><br>
<br>
At 04:37 PM 12/13/01 -0500, you wrote:<br><br>
<blockquote type=cite class=cite cite>Hi my name is ████████████and I am a student journalist here at USC.  <br>
For my investigative journalism class my final is to investigate an on campus <br>
issue.  I have chosen to investigate the Health Center's policy of <br>
prescribing birth-control pills.  <br>
I have interviewed dozens of young women who have gone to the health center <br>
and been told they should go on birth control regardless of whether or not <br>
they are sexually active.  Most of them were told by Dr. Tyndall who also <br>
says that it is beneficial to skip your period for months at a time.  Many <br>
young women are concerned because they are going in for sinus infections and <br>
headaches and are leaving with a prescription for birth control.  I need to <br>
get someone from the Health Center's reactions on this.  I have been calling <br>
for about 2 weeks and have got no response from Dr. Tyndall or anyone else.  <br>
My deadline is today at 4, do you have any recommendations of who I can talk <br>
to.  <br>
I have spoken with Sharon Winer, a gynecologist in Beverly Hills and a <br>
professor here but that is it.<br>
Please e-mail me back or call me at ████  ████
Again my name is ████████████

# Tab 22

| From: | Linda M. Byrd |
| To: | Tammie Akiyoshi |
| Sent: | 4/22/2002 5:01:00 PM |
| Subject: | |

<x-flowed>
Good morning, Tammie.

I'm writing concerning assisting Dr.Tyndall, last month I was called in to asst. him . I went

behind the curtain to asst. but, was told to stand outside of the curtain. There was no value

even going in Dr. Tyndall office. What was the purpose of me going in if I couldn't see what was

behind that curtain. I could have taken care of another pt.

</x-flowed>

# Tab 23

**UNIVERSITY PARK HEALTH CENTER**
**PATIENT CONCERN/COMPLAINT/SUGGESTION/COMPLIMENT**
**2002 LOG**

| Date Received | Patient Name | SS#/ID# or Telephone # | Description of (1) Concern (2) Complaint (3) Suggestion (4) Compliment | # | Review & Action Plan |
|---|---|---|---|---|---|
| | | | | | |

| 4/30/02 | Anonymous | | The doctors I have seen don't take the time to really examine you.  The GYN asked one what my symptoms were but didn't bother to take a look another example – nurse listening to my breathing and heartbeat through two sweaters. | 1 | |

# Tab 24

| | |
|---|---|
| **From:** | Larry Neinstein |
| **To:** | George Tyndall |
| **CC:** | wleavitt@usc.edu |
| **Sent:** | 6/6/2002 8:18:46 PM |
| **Subject:** | Re: student |

```
<x-flowed>
Bill needs to review a chart with you.
You saw a student in March with a positive chlamydia test and signed off on
the test and your initial note.
However, you did not have the student treated. They were treated by
another clinician two months later by chance when student wanted to check
up on a problem.
it is critical to followup on positive tests and with STDs - treat and
document that student is treated.
thanks,
larry
Lawrence Neinstein M.D.
Executive Director
USC University Park Health Center
Professor of Pediatrics and Medicine
USC Keck School of Medicine
Associate Dean of Student Affairs

</x-flowed>
```

**From:**        george tyndall
**To:**          Larry Neinstein
**Sent:**        7/11/2002 1:50:07 AM
**Subject:**     Re: student


I am anxious to have the opportunity to review the subject chart with
either you or Bill. Although I receive literally dozens of lab slips each
and every day, I don't see how I could have missed something so
important.

----- Original Message -----
From: Larry Neinstein <neinstei@usc.edu>
Date: Thursday, June 6, 2002 1:18 pm
Subject: Re: student

> Bill needs to review a chart with you.
> You saw a student in March with a positive chlamydia test and
> signed off on
> the test and your initial note.
> However, you did not have the student treated. They were
treated
> by
> another clinician two months later by chance when student wanted
> to check
> up on a problem.
> it is critical to followup on positive tests and with STDs - treat
> and
> document that student is treated.
> thanks,
> larry
> Lawrence Neinstein M.D.
> Executive Director
> USC University Park Health Center
> Professor of Pediatrics and Medicine
> USC Keck School of Medicine
> Associate Dean of Student Affairs
>

# Tab 25

| 7/18/02 | Anonymous | | In two different occasions, transactions were posted twice and I had to prove I had paid them by bringing all documentation.  This should not have to happen.  Dr. Tyndall on cell on occasions I had | 2 | |

| | | | a GYN appt with him.  He had been late 20 mins. This is not fair for the patients who have to come to the SHC 15 mins. Before appt. | | |

The Student Health Center is interested in providing you with the best possible medical care during your years at USC. The following questionnaire will help us identify what you think we are doing well and where we need to improve your care.

1. **Overall, how satisfied were you with your visit at the Student Health Center?**
( ) Very Satisfied   (X) Satisfied   ( ) Dissatisfied

2. **How satisfied were you with the appointment system?**
(X) Very Satisfied   ( ) Satisfied   ( ) Dissatisfied

3. **How satisfied were you with the sign-in process?**
( ) Very Satisfied   (X) Satisfied   ( ) Dissatisfied

4. **How satisfied were you with your encounter with the medical assistants in room 100 or 215?**
( ) Very Satisfied   (X) Satisfied   ( ) Dissatisfied

5. **How satisfied were you with your encounter with the nurses?**
( ) Very Satisfied   (X) Satisfied   ( ) Dissatisfied

6. **How satisfied were you with your encounter with the Laboratory?**
( ) Very Satisfied   (X) Satisfied   ( ) Dissatisfied

7. **How satisfied were you with your encounter with the Pharmacy?**
( ) Very Satisfied   (X) Satisfied   ( ) Dissatisfied

8. **How satisfied were you with your encounter with the X-Ray Department?**
( ) Very Satisfied   ( ) Satisfied   ( ) Dissatisfied

9. **How satisfied were you with your encounter with Physical Therapy?**
( ) Very Satisfied   ( ) Satisfied   ( ) Dissatisfied

10. **How satisfied were you with your encounter with the Cashier?**
( ) Very Satisfied   ( ) Satisfied   (X) Dissatisfied

07-18-02

11. **How satisfied were you with your encounter with the medical practitioner?**
( ) Very Satisfied   ( ) Satisfied   (X) Dissatisfied

12. **Did the practitioner:**

| | YES | NO |
|---|---|---|
| Pay attention to your concerns and worries? | YES | NO |
| Inform you about your problem or disease? | YES | NO |
| Explain procedures and treatment? | YES | NO |
| Instruct you about your continuing care? | YES | NO |
| Introduce him or herself? | YES | NO |

Thank you for taking the time to evaluate our performance. If you would like to further describe your experiences with us, would you please do so below. If you have special concerns you would like to discuss, please leave your name, telephone number, date and time of your visit, and the best time to contact you.

—Two comments.

—CASHIER: For two different occasions, transactions were posted twice, and I had to prove I had paid them by bringing all documentations. this should not have to happen.

—DR TYNDALL: on all occasions I have had a gynecological appointment

(Optional)
Name: _____

Tele.#: _____ Time to call: _____

Once completed, please fold and drop into the suggestion box located on the wall, next to the reception desk, in the main lobby of the Student Health Center.

with Dr. tyndall, he has been late about 20 min. this is a long time for the patient, who has to come m........ ct. 15 min. before

# Tab 26

**To:**      wleavitt@usc.edu[wleavitt@usc.edu]
**From:**    Larry Neinstein
**Sent:**    Fri 10/11/2002 10:55:57 PM
**Subject:** gt room, do not forward

<x-flowed>
i was very very concerned along with tammie, bernadette among others of the condition of GT room when he left and his compliance.
this email is for you and not george, however, it is your responsibility to monitor this issue as his supervisor before accreditation.

1) he did not complete health forms after several requests
2) he left room with books, papers, misc items all over floor, surrounding his exam table, all over the overhead bins.
the room was unacceptable for an office exam room in this health center and will not reoccur,
we have to hire temporary help and a moving company to move this at considerable expense to the health center.

I would strongly consider a written message from you about these issues to gt

you need to review with him that these items will only be returned slowly and I would ask you to monitor that everything is off the floors and in neat location if and when they return.

larry


</x-flowed>

# Tab 27

The University Park Health Center (UPHC) is interested in providing you with the best possible medical care during your years at USC. The following questionnaire will help us identify what you think we are doing well and where we need to improve your care.

1.  Overall, how satisfied were you with your visit at the University Park Health Center?
    ( ) Very Satisfied        ( ) Satisfied        ( ) Dissatisfied

2.  How satisfied were you with the appointment system?
    ( ) Very Satisfied        ( ) Satisfied        ( ) Dissatisfied

3.  How satisfied were you with the sign-in process?
    ( ) Very Satisfied        ( ) Satisfied        ( ) Dissatisfied

4.  How satisfied were you with your encounter with the medical assistants?
    ( ) Very Satisfied        ( ) Satisfied        ( ) Dissatisfied

5.  How satisfied were you with your encounter with the nurses RN's, LVN's
    ( ) Very Satisfied        ( ) Satisfied        ( ) Dissatisfied

6.  How satisfied were you with your encounter with the Laboratory?
    ( ) Very Satisfied        ( ) Satisfied        ( ) Dissatisfied

7.  How satisfied were you with encounter with the X-Ray Department?
    ( ) Very Satisfied        ( ) Satisfied        ( ) Dissatisfied

8.  How satisfied were you with your encounter with Physical Therapy?
    ( ) Very Satisfied        ( ) Satisfied        ( ) Dissatisfied

9.  How satisfied were you with your encounter with the Cashier?
    ( ) Very Satisfied        ( ) Satisfied        ( ) Dissatisfied

10. How satisfied were you with your encounter with the medical practitioner M.D., PAC
    ( ) Very Satisfied        ( ) Satisfied        ( ) Dissatisfied

11. Did the practitioner:

    Pay attention to your concerns and worries?        ( ) Yes        ( ) No
    Inform you about your problem or disease?          ( ) Yes        ( ) No
    Explain procedures and treatment?                  ( ) Yes        ( ) No
    Instruct you about your continuing care?           ( ) Yes        ( ) No
    Introduce him or herself?                          ( ) Yes        ( ) No

Thank you for taking the time to evaluate our performance. If you would like to further describe your experiences with us, would you please do so below. If you have special concerns you would like to discuss, please leave your name, telephone number, date and time of your visit and the best time to contact you.

*I made a follow up appt. w/ Dr. Miss Kumai regarding birth control. I had a problem to w/ this time & so cancelled the next day, but still within a reasonable time frame before the appt was to take place. I then asked to reschedule assuming it would again be w/ Kumai, the Dr. I had originally requested. I was instead given Dr. Tyndall, a nice doctor, but a man who I felt very uncomfortable talking with. My major issue is that I was never asked about this change. I merely arrived this morning to find the diff. doctor was assigned to me. I am very upset & dissatisfied w/ the health center performance.*

*chd Cathy to review w/ front Desk*

Name (optional): [redacted]        [redacted]        [M.I.]
                 Last              First

Telephone Number: [redacted]        Time to call: Fri 10-12
                  11-01-02 A09:13 IN

E-mail address: _____

Date & Time of Your Visit: 9    (am/pm)    10/31

Once completed, please fold and drop into the suggestion box located on the wall, next to the reception desk, in the main lobby of the University Park Health Center.

**UNIVERSITY PARK HEALTH CENTER**
**PATIENT CONCERNS/COMPLAINTS/SUGGESTION/COMPLIMENT LOG**
**2002 (October, November, & December)**



| 10/13/02 | (213) | UPHC questionnaire returned | n/a | 10/18/02 Telephone call. Left message on voice mail to call (213) |
|---|---|---|---|---|

| 11/1/02 | | | | I made a follow-up appt. with Ms. Kumai regarding birth control. I had a problem with this time and so cancelled the next day, but still within a reasonable time frame before the appt. was to take place. I then asked to reschedule assuming it would again be with Kumai, the Dr. I had originally requested. I was instead given to Dr. Tyndall, a nice doctor, but a man who I felt very uncomfortable talking with. My major issue is that I was never asked or told about this change. I merely arrived this morning to find the different doctor was assigned to me. I am very upset and dissatisfied with the health center's performance. | 2 | Referred to department director and reviewed with front desk. Referred to CQI. |

# Tab 28

File date
7/8/13

**Memo:**

George this is summary of the meeting you had with Dr. Leavitt and me on 6.27.2013.I indicated that Bill and I needed to review some issues that have come up from comments of students and nursing staff. I explained that these are in context of the prior concern listed here as well.

IN 2003 we spoke about you not allowing medical assistants to be on the examining side of the curtain during an exam as well as a couple of other concerns from students. I explained that we deal with a highly vulnerable population, adolescents and young adults, and that women's health can be a particularly sensitive area.

In April 2010 we had discussed a student who was concerned about you examining them with ungloved finger. You indicated then and now that this did not occur.

In Apri, 2013 who filed a formal complaint and she was particularly concerned about her feeling that you discussed your "beautiful wife" who is "Filapina" and that you find "women so attractive". The student felt very uncomfortable with these comments. I know that you felt you did not say any of these comments.

I then explained that our nursing director and I met individually with nursing staff about our women's health program in general and any feedback about things that made them comfortable or uncomfortable and we requested feedback on what things made the students comfortable or uncomfortable. I indicated to you that almost all of the concerns were about things you did during the women's health visits.

I reviewed the following concerns regarding areas needing improvement:

**1) Support:** Whereas other women's health providers here and elsewhere want the MA to hold students hand and support the student through their anxiety, their understanding is that you do not want them to talk do the student during the exam or help them with their discomfort unless asked to.

**2) Door locking:** Nursing staff and students expressed discomfort about being locked in your office. I indicated that this is not good practice and should be stopped immediately. It is fine to lock your door when you leave the room on break or lunch etc.

**3) Too personal:** I mentioned that several students don't want to see you back as they felt you are too personal and they were uncomfortable with you.

**4) Racially sensitive Comment:** I mentioned that of great concern was the comment below stated by a nursing staff that you said on three occasions.

"Latinos are taking over and its going to be a recognista (take over)
Once to group of Mas one who said: isn't that racist"
Once with MA and student: student said she was stunned and felt uncomfortable In exam room:

You indicated this was in context of a student statement about race and I mentioned, we cannot be saying racial statements like this in the workplace PERIOD.

5) Other statement: I reviewed the comment by a couple of students who were uncomfortable about being asked "how would you feel if I asked you today if you looked nice" would you think that is sexual harassment? One said: not offended, one said yes a slippery slope and thought this was very odd. I indicated that this was potentially crossing a sensitivity line and is inappropriate. He should always avoid discussing a student looking nice especially in the context of a women's health visit or other medical appointment.

**6) Survey passed out:**

Nurses felt you passed out surveys. You denied this and I mentioned that any surveys passed out need approval of Executive Committee.

**7) Patient handouts:**

Nurses felt you passed out and zeroxed extensive handouts. You showed an example which was an extensive long page handout with consent signatures for OCPs. I indicated that we don't require consent but all forms like this need approval of our form committee and the same is true of patient education material

**8) Late policy:** Nurses were concerned that you would not see a patient in person if they were within the 20 minutes of their appointment. You indicated you always talked with them. I indicated that making a phone call from across the hallway was not acceptable and you should be meeting with them one on one.

I explained to you that we would review these items again at the end of the summer. I suggested that getting some coaching in these areas from Center for Work and Family Life would be a good thing. You were willing to do this. I indicated for a couple of these comments, I had to let Equity and Diversity be aware and they proceed with their normal procedure.

In summary: I hope that you understand that these concerns arose from both students and staff. We value your contributions and hope that you can avoid these perceptions from students and staff as well as a few other changes we recommended above. We will follow-up at the end of summer. If you decide to get coaching to help avoid misinterpretation of your comments from staff or students, you can call the Center for Work and Family Life and ask to talk with for John Gaspari. Note that any coaching is voluntary and the goals are set by you and any communication to me is up to you and not mandatory. Please be aware that failure to make changes in job performance in these areas in our patient care environment  could result in disciplinary action. I am confident that you can improve your performance in these areas.

# Tab 29

**Nursing Satisfaction Survey Comments**
**January 13-29, 2003**

- When nurses or Phys. Assistants take the patients from the waiting room to take blood pressure, talk about symptoms, they should do it in a PRIVATE ROOM, not in front of other patients!  It is an invasion of privacy!  Also, one doctor (gyn) told me a fact that was very untrue and could have confused many other patients!

# Tab 30

| | |
|---|---|
| **From:** | george tyndall |
| **To:** | Larry Neinstein |
| **Sent:** | 1/29/2003 11:54:28 PM |
| **Subject:** | Re: Patient displeasure with GYN care health science campus |

The referral was in fact done by Debbie and the reason was persistent left adnexal pain and tenderness over a number of days that had become so increasingly severe as to prevent the patient from ambulating. It seemed to me that laparoscopy was indicated in this case. Agree that OCs are a are a treatment for presumptive endometriosis but have not heard of diagnosing treating a gynecologic patient without, at a minimum, doing a pelvic exam. The patient states that no diagnosis was offered. The patient states that all that Dr. Shoupe did was read over the referral then send her on her way with a pack of OCs. Please see the patient record for the details.

----- Original Message -----
From: Larry Neinstein <neinstei@usc.edu>
Date: Wednesday, January 29, 2003 8:21 am
Subject: Re: Patient displeasure with GYN care health science campus

> guess a few questions.
> since this was a gyn referral from a gynecologist, I am assuming
> you were
> thinking a gyn problem and perhaps more surgical if it was beyond
> what you
> could do here, i.e. ?laproscopy?
> not sure of your differential or what the consultant question was.
> The
> more direct the question to a consultant the better the result
> usually is.
> was the question one of pelvic thrombosis?
> in chronic pelvic pain either with cysts/endometriosis not
> uncommon to use
> trial of either OCPs or non steroidals or both for several months
> before
> any other intervention. However, it is unusual for a consultant
> not to do
> any exam but I have not seen the referral, eval here or her
> evaluation. Dr. Shoup's real special expertise is in
> contraceptive
> technology and sounds like a different referral through Debie
> Hansen might
> be better.
> Larry
>
>
> At 05:10 PM 1/28/2003 -0800, you wrote:
> ▆▆▆▆▆▆▆▆▆▆▆▆    ▆▆▆▆▆▆▆▆▆▆▆▆▆
> >
> ▆▆▆▆▆  was referred to Gyn for persistent left lower quadrant pain
> and
> >tenderness with radiation down the left leg, after wu here was
> negative.>
> >Patient states that at her appointment with Dr. Shoupe she was
> told to
> >take a pack of oral contraeptives and to make an appointment for
> a later
> >date. The patient adds that Dr. Shoupe did not examine her in any
> way. The
> >patient also states that, as she had been advised, she tried
> numerous
> >times to make a follow-up appointment but was repeatedly told
> that Dr.
> >Shoupe had no appointments available. She is very unhappy with
> her care at
> >that facility.

# Tab 31

# STUDENT AFFAIRS DIVISION
## Performance Appraisal I

NAME: Tyndall, George                              DATE: March 4, 2003

DEPARTMENT: UPHC Medicine

TITLE: Staff Physician                             GRADE: 95

☐ Probation Period Evaluation                      ☒ Annual Performance Evaluation
    ☐ Continue employment                   ☐ Other: _____
    ☐ Terminate employment
    ☐ Extend probation to _____ (Date).

**Rating Scale**

| Inadequate | Needs Improvement | Meets Expectations | Exceeds Expectations | Superior |
|:---:|:---:|:---:|:---:|:---:|
| 1 | 2 | 3 | 4 | 5 |

Note: Any rating below a "3" (Meets Expectations) requires a "comment" by the supervisor. Any rating of "3" and above, a "comment" is encouraged.

## I. CUSTOMER/CLIENT SERVICE

A. The extent to which the employee is attentive to communication skills and customer service while interacting with the customer (students, staff, faculty, parents, alumni). Consider the attention given to customers, listening skills, eye contact and positive feedback.

    1 ☐    2 ☐    3 ☐    4 ☒    5 ☐

Comments: Dr. Tyndall has good communication skills as evidenced by the positive feedback he receives on our University Park Health Center Patient Comment Forms.

B. The extent to which the employee is attentive to communication skills and customer service with co-workers in the office and at the university.

    1 ☐    2 ☐    3 ☒    4 ☐    5 ☐

Comments: Dr. Tyndall has good rapport with suport staff

C. The extent to which the employee follows through on promises made to customers and co-workers.

    1 ☐    2 ☐    3 ☒    4 ☐    5 ☐

Comments: Dr. Tyndall is generally organized and follows up on complicated and difficult cases. There was a failure to notify a student about an abnormal Chlamydia result. This is unacceptable. Improvement to the University

Park Health Center standard will be expected in the next year.

## II. DEPENDABILITY

The extent to which the employee can be depended upon to be available for work and to fulfill position responsibilities.  Consider the degree to which the employee is reliable, trustworthy, and persistent.

|  | Inadequate<br>1 ☐ | Needs<br>Improvement<br>2 ☒ | Meets<br>Expectations<br>3 ☐ | Exceeds<br>Expectations<br>4 ☐ | Superior<br>5 ☐ |
|---|---|---|---|---|---|

Comments:  Dr. Tyndall worked no evening clinics, Saturday clinics nor provided any after hours call coverage in the last year. Dr. Tyndall did not help out the clinic during the Meningitis crisis last Fall. Assisting the clinic with the staffing of unpoppular shifts when the need arises will be a goal for next year.

## III. JUDGMENT

The extent to which the employee makes sound job-related decisions.  Consider how well the employee develops alternate solutions and recommends or selects a proper course of action.

| 1 ☐ | 2 ☐ | 3 ☒ | 4 ☐ | 5 ☐ |
|---|---|---|---|---|

Comments:  Dr. Tyndall is able to develop an appropriate gynecologic differential diagnosis and treatment plan. His requests for diagnostic tests, laboratory work, and radiological studies for gynecology patients are appropriate and cost effective as evidenced at our most recent Peer Review session. His referrals for out side gynecology care are justifiable based upon utilization review. Dr. Tyndall's primary care skills need improvement to the point where he is comfortable managing challenging and difficult cases.

## IV.  PLANNING AND ORGANIZATIONAL EFFECTIVENESS

The extent to which the employee effectively plans, organizes, and implements tasks or programs.  Consider the employee's effectiveness in the management of time, money, materials, equipment, and other resources.  Consider the degree to which the employee meets deadlines, handles emergencies, and appropriately establishes goals and priorities.

| 1 ☐ | 2 ☐ | 3 ☐ | 4 ☐ | 5 ☒ |
|---|---|---|---|---|

Comments:  Dr. Tyndall returns his monthly attendance calendars and preference requests by the stated deadline. Dr. Tyndall adheres to the Health Center standard when making requests. Dr. Tyndall's role does not involve the management of money, materials, equipment or other resources.

## V. QUALITY OF ACCOMPLISHMENTS

The demonstration of accuracy, thoroughness and reliability of results.  Consider organization, presentation, completeness, follow-through on projects and appearance of work.

| 1 ☐ | 2 ☒ | 3 ☐ | 4 ☐ | 5 ☐ |
|---|---|---|---|---|

Comments:   Dr. Tyndall serves on no Health Center Committees and is not involved in
any University sponsored extracurricular projects.  An area of growth will
be for Dr. Tyndall to become more involved in Health Center and
University sponsored activities..

## VI.  WRITTEN COMMUNICATION

The extent to which the employee effectively conveys ideas, information and directions
to others.  Consider the clarity of written communication within the context of the
employee's responsibilities.

1 ☐          2 ☐          3 ☐          4 ☒          5 ☐

Comments:       Dr. Tyndall's documentation of gynecologic history and physical exam
is thorough and complete. He has met the goal of completing the medical
record at the time of patient disposition. He has met the Health Center
expectation of legibility through use of the dictation system.

## VII.  JOB KNOWLEDGE

The demonstration of technical, administrative, managerial, supervisory, or other specialized knowledge required to perform the job.  Consider degree of job knowledge relative to length of time in the current position.

|  | Inadequate<br>1 ☐ | Needs<br>Improvement<br>2 ☐ | Meets<br>Expectations<br>3 ☒ | Exceeds<br>Expectations<br>4 ☐ | Superior<br>5 ☐ |
|---|---|---|---|---|---|

Comments:   Dr. Tyndall demonstrates excellent knowledge for his role as a Gynecologist.  Dr. Tyndall is available for consultation to the Primary Care Physicians and the Physician Assistants, assisting in the management of Gynecology cases. The role of the Primary Care Provider has changed as the patients have become more complex. Dr. Tyndall needs to update his primary care knowledge base so that he is comfortable managing complex or challanging cases.

## VIII.  SUPERVISORY SKILLS (if applicable)

To what extent is the employee successful in guiding people so that they work together toward a common goal?  Consider evidence of demonstrated skill in eliciting interest and enthusiasm in subordinates rather than solely relying on authority to get the job done.

1 ☐        2 ☐        3 ☐        4 ☐        5 ☐

Comments:   Not Applicable

A.  To what extent does the employee train and develop personnel so that they are effective in their assignments?

1 ☐        2 ☐        3 ☐        4 ☐        5 ☐

Comments:   Not Applicable

B.  To what extent is the employee effective in selecting personnel?  Consider success in implementation of affirmative action goals.

1 ☐        2 ☐        3 ☐        4 ☐        5 ☐

Comments:   Not Applicable

**PERFORMANCE CHECKLIST** (Check one)
NOTE:  A "comment" is required for "Not Satisfactory" mark.

|  | Satisfactory | Not Satisfactory |
|---|---|---|
| 1.  Observation of working hours | ☒ | ☐ |
| 2.  Attendance | ☐ | ☒ |
| 3.  Observation of policies | ☒ | ☐ |
| 4.  Attire appropriate to job function | ☒ | ☐ |
| 5.  Employee health requirement met | ☒ | ☐ |
| 6.  Environment of care (e.g., safety, hazardous waste) | ☐ | ☒ |

**SUMMARY**
SUPERVISOR'S COMMENTS:     Dr. Tyndall works in Gynecology and in Primary Care performing all duties with enthusiasm. Dr. Tyndall is one of two staff Gynecologists and runs a Colposcopy Clinic for further work up and treatment of gynecological problems.  This provides a usefull service to the Health Center.

In the past year Dr. Tyndall requested a significant amount of time off during the Fall and Spring semesters. This is a deviation from his past behavior where he took virtually all of his time off when the majority of students were not present (summer & winter breaks). Excessive absence during the semester has a negative impact on the clinic and on Dr. Tyndall's peers who have to cover for him. A goal in the next year will be for Dr. Tyndall to limit the amount of time off taken during the semester

The Environment of Care in-service was given on a day that Dr. Tyndall was absent. Adaquate provision of a make-up in a timely manner was not provided. Dr. Tyndall will meet this requirement by the next performance review.

An area of professional growth and development will be for Dr. Tyndall to update his knowledge in Primary Care. Overall Dr. Tyndall's performance meets most expectations.

Goals for Professional Growth and Development in the next Academic Year:
• Continue to encourage and support teamwork.
• Continue to provide quality patient care.
• Continue to serve as a role model both professionally and clinically.

• Continue to support management in changes within the University Park Health Center.
• Continue to share concerns and comments about patient care with management.
• Continue to work collaboratively with peers, ancillary staff, and management.
• Continue to educate and assist in the training of medical students.
• Continue to document legibly on patient charts and complete the medical record at the time of the patient's disposition.
• Continue to communicate concerns and suggestions about patient care with management.
• Consistently follow University Park Health Center policies and procedures.
• Continue to participate in peer review, staff meetings and continuing medical education.
• Continue to adhere to University Park Health Center standards of attendance, punctuality, and professional attire.
• Continue to utilize time effectively during slow periods by engaging in health center related tasks.
•      Continue to assist in the supervision of Physician Assistants'

Supervisor's Signature: _____   Date:   March 4, 2003

Department:   Medicine

Title:   Lead Physician

EMPLOYEE COMMENTS ( If you disagree with any part of this appraisal or wish to make specific comments on it, please do so here):

*Please see attached document (9 pages) dated 030703*

I certify that this report has been discussed with me.

Employee's Signature: _____   Date: 030703

t:\data\template\apprais1.dot          Student Affairs Payroll Office          3/19/96
                                                    Page 7

# Tab 32

| | |
|---|---|
| **From:** | Larry Neinstein <neinstei@usc.edu> |
| **Sent:** | Tuesday, March 11, 2003 1:01 AM |
| **To:** | george tyndall |
| **Subject:** | Re: Oral Contraceptives |

<x-flowed>
Think you are still missing my point.
yes information for students is good.
however suggesting that going on OCPs without an indication including:

    dysmenorrhea
    contraception in sexually active or soon to be sexually active woman
    hirsutism/PCOS
    acne
    Hypoestrogenic state.
is not standard of practice.
It is not standard of practice to inform patients that this is a medication that will reduce their incidence of ovarian cancer so it is recommended or should be considered in women without the above indications but will control their menses or chose their period time structure. I think you are suggesting for them to make an informed decision to go on OCPs to either prevent ovarian cancer or change their menses. You are providing them a structure to chose OCPs without one of the above indications but for prevention of diseases. This is not currently to my knowledge standard of practice in the United States or recommended by any medical group. What I am trying to say is, that currently prevention of ovarian cancer or uterine cancer is not an indication to go on OCPs in women without some other indication for OCPS.
It may be in the future but not in 2003. If you have literature that suggests this is an indication or any books on contraceptive technology that recommends woman going on OCPs for just chosing their periods etc, please let me know.
thanks,
larry

Here are the indications as listed in contraceptive technology
Indications:
Contraception in women with:
heavy, painful menses
recurrent ovarian cysts
PMS
family history of ovarian (note that even here it is listed in women needing contraception) desire for reversible contraception recent delivery endometriosis and not ready to get pregnant post TAB acne, hirsutism or chronic anovulation past experience using OCs correctly Need for emergency contraception

1

thanks,
larry

At 03:04 PM 3/10/2003 -0800, you wrote:
>Whatever their complaint, it has never been my practice to make
>decisions for patients. To the contrary, I insist that patients make
>their own decisions. My role, as I see it, is to inform them of the
>current status of the medical/surgical literature with regard to their particular issue.
>
>Regardless of the presenting complaint, and whether my patient is male
>or female, I have instructed my MAs that I need a current history form
>on their charts so that I may have the opportunity to address issues
>other than than the one (or sometimes two, or three or more) that brought them in.
>
>In the case of female patients who are not taking any hormone therapy,
>I almost try to find the time to inform them that no other medication
>has been as intensively studied as the conmbined oral contraceptive,
>then I go on to describe to them some of the diseases that are markedly
>less common in women who have taken the medication for at least 10
>years, including ovarian and uterine cancer, plus a variety of other
>less serious diseases, including acne and dysmenorrhea. In addition, I
>also advise them that it has become acceptable medical practice for a
>woman to use the combined oral contraceptive to control when she will have her withdrawal bleed.
>
>I always conclude the discussion with oneor another variation of the
>following statement: "I have reviewed your history, and I have found no
>reason that you cannot take either the pill or the patch if ever you
>become so inclined. Further, I do not require that you undergo a pelvic
>exam if you wish to take the medication." I then give the patient my
>card and ask her to make another appointment once she has given the
>issue some thought. (My dictations in such cases always end with the
>statement, "I advised the patient to make a follow-up appointment for
>further discussion if she is so inclined.")
>
>I completely agree that it is very important that the patients
>understand that it is not the current standardof care to advise all
>women without contradictions that they should take hormonal therapy,
>and that is why I have never done that. As I said, my role as a primary
>care clinician, as I see it, is to provide patients with the

2

>information that they need to make their own decisions.
>
>I hope clarifies the issue.
>
>
>----- Original Message -----
>From: Larry Neinstein <neinstei@usc.edu>
>Date: Monday, March 10, 2003 12:44 pm
>Subject: Oral Contraceptives
>
> > hi,
> > We have received over the past couple of years, several students who
> > have been concerned and written to us about getting advised about
> > taking oral contraceptives regardless if they have ever been
> > sexually active or not.  In other words, that the pill would be of
> > benefit to their overall health.
> >
> > Few comments:
> > 1) History:  You obviously know I am committed to getting a good
> > psychosocial history on students.  This may include drug history,
> > sexual history etc.
> > 2) Hormones in non sexually active individuals:  I believe, and the
> > literature supports, that there are many non contraceptive benefits
> > to birth control pills.  Far too often these are ignored the the
> > press and by the lay public.  There are also many non contraceptive
> > reasons for going on the pill including acne, menstrual control,
> > bone density issues, etc.  However, at present, I have not found any
> > major medical organizations that in their preventative health
> > recommendations, advice women to go on birth control pills as a
> > health prevention measure.  The data for this is not out there and I
> > am unfamiliar with any randomized studies that have addressed this
> > question.  I have asked recently our speaker who is a worlds expert
> > on contraception and she did not feel that this was advisable yet.
> > I do believe that in 10 years there will be changes in our pill
> > prescribing methods including 3 on 1 off to less off time and
> > including consideration of use for preventing certain health
> > problems.  However, I do not believe this is community standard yet.
> > I also believe that if we advised a student with
> >      no medical indication for the pill

3

> >     not sexually active
> >     not requesting to go on pill as they might become sexually
> > active
> soon
> > and the student had a medical complication of the pill, we would
> > have trouble in a malpractice case.
> >
> > I know you feel strongly about the pros of OCPs and I do not
> > disagree with the many pros of the pill.  However, I do not think we
> > should be advising women who have no current indication to go on the
> > pill for health prevention reasons.
> >
> > thanks
> > larry
> >
> >

</x-flowed>

4

# Tab 33

| Staff | Date | Issue |
|-------|------|-------|
| gt | 6.2.2002 | ▉▉▉ student positive CT 3/2002 and not treated but chart and lab signed off, treated later |
| gt | 6.6.2002 | cannot ready lab signature or dictation signature |
| gt | 9.10.2003 | brought up that once again GT not allowing Mas to be behind curtain when chaperoning md during pelvic exams, told once before, bill will document and tell once again |
| GT | 12.10.2003 | student complained about GT and how fast he is and that exam hurt, he was not going to see her even though she was on time she was feeling very negative about exam and his skill,s mentioned that MA was moved behind curtain |
| gt | 12/12/2003 | discussed with gt about the student above, he did not remember student also went over his room and explained that curtain needs to be open enoug that there is no perception by student or MA that it it closed. he understood. |
| gt | 12/1/2004 | student emailed bernadette since GT talked with other patients while patien in room.  This included discussions of their name and dx.  Student mentione that their were two patients that this occurred with BL spoke with GT who said he does not remember doing this and during a refill would not mention on speakerphone a dx or name and that usually Mas do not put calls through. |

# Tab 34

| | |
|---|---|
| **From:** | Theresa Colmenares |
| **To:** | wleavitt@usc.edu |
| **CC:** | neinstei@usc.edu |
| **Sent:** | 9/11/2003 11:39:27 PM |
| **Subject:** | Gyne chaperones |

```
<x-flowed>
```
Dr. Leavitt,

It has come to my attention that Dr. Tyndall is doing Gyn exams with the MA
standing behind the curtain. I have instructed the MA's that in order to
chaperone Dr. Tyndall they are required to stand with him while he does his
exam, not behind the curtain.

Please can you speak to Dr. Tyndall regarding this issue.

Thanks,
Terri

```
</x-flowed>
```

# Tab 35

**UNIVERSITY PARK HEALTH CENTER**
**PATIENT CONCERN/COMPLAINT/SUGGESTION/COMPLIMENT**
**2003 LOG**

| Date Received | Patient Name | SS#/ID# or Telephone # | Description of (1) Concern (2) Complaint (3) Suggestion (4) Compliment | # | Review & Action Plan |
|---|---|---|---|---|---|
| | | | | | |

| 9/24/03 | Anonymous | | The lack of privacy and respect to the patient is appalling.  I was in the middle of a gynecological exam when an assistant walked in.  The doctor was callous doing the procedure and the office was dirty with trash overflowing | 2 | No response. |

# Tab 36

2003



**COMMENT**
Date: Wed, 12 Nov 2003 23:31:40 -0800 (PST)
From: USCweb Visitor <webfoot@usc.edu>
Subject: (Health Center Comment Form) feedback
To: uphcweb@usc.edu
Reply-to:
Original-recipient: rfc822;uphcweb@email.usc.edu

-----------------------------------------------

Comments: hi,



2003

I had an appontment with a doctor(sorry I forgot his name) on wednesday the 12th of november at 10:20am. I went to the university park health center. I had a wierd experience. The discussion with the doctor was like filling out a questionare. The doctor read questions from the computer and once I answered, he was busy typing my response. I would wait for a couple of minutes for the next question. The doctor seemed to be more interested in filling the form than in my problem. At the end, he did not suggest any specific medication. The visit to the health center was disappointing. I just learnt that my friend had the exact same experience.

my contact information
email id : ▮▮▮▮▮▮▮▮▮
cell-phone - ▮▮▮▮▮▮▮▮

**RESPONSE**

Date: Thu, 13 Nov 2003 17:18:27 -0800
From: Larry Neinstein <neinstei@usc.edu>
Subject: Re: Fwd: (Health Center Comment Form) feedback
X-Sender: neinstei@email.usc.edu
To: ▮▮▮▮▮▮▮
X-Mailer: QUALCOMM Windows Eudora Version 5.1

first let me thank you for sending us your feedback and I am sorry that you had a disappointing visit.  We take this feedback very seriously.

First, I have given feedback to the clinician involved but without your name used.  He is a very conscientious and caring clinician and took this feedback very seriously.  I gave him some suggestions and I think he will follow through.

Second:  We have many clinicians at the health center, both physicians and physician assistants.  Their backgrounds and interests are all listed on our web site.  I would encourage you to find a clinician that you like and make sure you make an appointment with that individual.

Our total feedback has shown student satisfaction ratings going from the 70% level six years ago to 96.5% this past year and over 95% the past several years.  However, all patient-clinician encounters are not perfect.  I will also present your concerns at the quality assurance meeting we have monthly.  Again, your feedback will be anonymous both in regards to you and the clinician.

Thank you for your feedback.  If there is anything else we can do, please let me know.
Sincerely,
Dr. Lawrence Neinstein

# Tab 37

**Student Services Survey**
**Front Desk**
**November 19-26, 2003**
**CONFIDENTIAL**



- Have hours for individual sections and posted. I had one of my worst experiences with Dr. Tyndall today. He was too quick to do my pap smear: it was <u>very</u> unpleasant. Never do it again at USC.

1                                    Department of Quality Management
                                                        November 2003

# Tab 38

| From: | Larry Neinstein |
| --- | --- |
| To: | tyndall@usc.edu |
| CC: | wleavitt@usc.edu |
| Sent: | 11/21/2003 6:00:43 PM |
| Subject: | student feedback |

```
<x-flowed>
I will discuss this with the student involved and find out their particular
concerns, but this was recent feedback from a student you saw.
larry

"Please advise me, to whom could I write about my bad experience today at
the gynecologist? It was quite an unpleasant appointment today as my
physician acted without any care. Therefore, I would prefer to withdraw
from being treated and insured at USC."

</x-flowed>
```

| | |
|---|---|
| **From:** | george tyndall |
| **To:** | Larry Neinstein |
| **CC:** | wleavitt@usc.edu |
| **Sent:** | 11/25/2003 12:46:53 AM |
| **Subject:** | Re: student feedback |

If the complainant is who I think she is, then I am not the least bit surprised that she is still complaining.

By the way, you CCd Dr. Leavitt, who does my annual performance evaluations, with this complaint but I do not see that you similarly CCd him with the highly laudatory email that you forwarded to me on November 4. Am I correct?

----- Original Message -----
From: Larry Neinstein <neinstei@usc.edu>
Date: Friday, November 21, 2003 10:00 am
Subject: student feedback

> I will discuss this with the student involved and find out their
> particular
> concerns, but this was recent feedback from a student you saw.
> larry
>
> "Please advise me, to whom could I write about my bad experience today at
> the gynecologist? It was quite an unpleasant appointment today as my
> physician acted without any care. Therefore, I would prefer to withdraw
> from being treated and insured at USC."
>
>

# Tab 39

---

**From:** ▮▮▮▮▮▮▮▮▮
**To:** larry neinstein
**Sent:** 11/27/2003 7:03:56 AM
**Subject:** USC

Dear Mr. Neinstein,

I am so sorry not to get back to you since the end of the last week. Earlier this month, I wanted to make an appointment with a gynecologist. There was no available time with anyone for the following two weeks. Hence, I wanted to make an appointment for the third week, but there was no schedule yet made for that week. Anyway, I called later, and wanted to have the first available appointment. Later, the lady who assisted me in finding an appointment asked me if it was ok for me to go to a male doctor. "Certainly", I said. This is why I did not go back to the same physician as before.

It is not in my personality to complain and cause trouble for anyone, but my experience with Dr. Tyndall made me do so, just for the good of his future patients.
I had an appoinment at 2:15 on the 20th of November, and I arrived at the Health Center at 2:05pm. I got in his office after 3 o'clock, and he right away told me to set another appointment, because of me being late. I told him that I wasn't late and to, if possible, do the test (according to the fact of how hard it is to get an appoinment, especially with the holidays and the end of the semester). So he did the test, but unfortunatelly he did it fast, with whatsoever no care and patience.

This kind of exam should not hurt at all, I had many in my life with many professional and gentle doctors. Indeed, even when I was making it apparetnly obvious to him that the procedure hurt -I tried to "climb up" on the bed I was lying on - he did not seem to care too much and did it anyway in the same way. The pap smear test does not last for a few seconds. It lasts approximately 2 minutes. I find this too long to be so unpleasant.

After the test, I was very upset and felt unrespected as a patient and as a woman for the whole afternoon. Unfortunately, I did not have a chance to complain right away and, frankly, really wanted to leave the building of the Health Center as soon as possible.

Thank you, sincerely yours,

▮▮▮▮▮▮▮▮

# Tab 40

| 12/1/03 | Anonymous | | I had an appointment at __ on the __ of November and I arrived at the health center at __. I got into his office one hour later, and he right away told me to set another appointment, because of me being late.  I told him that I wasn't late and to, if possible, do the test (according to the fact of how hard it is to get an appointment, especially with the holidays and the end of semester).  So he did the test, but unfortunately he did it fast, with whatsoever no care and patience.<br>This kind of exam should not hurt at all; I had many in my life with many professionals and gentle doctors.  Indeed, even when I was making it apparently obvious to him that the procedure hurt – I tried to "climb up" on the bed I was lying on- he did not seem to care too much and did it anyway in the same way.  The pap smear test does not last for a few seconds.  It lasts approximately 2 minutes.  I find this too long to be so unpleasant.<br>After the test, I was very upset and felt unrespected as a patient and as a woman for the whole afternoon.  Unfortunately, I did not have a chance to complain right away and frankly wanted to leave the building of the health center as soon as possible. | 2 | Referred to CQI. Referred to clinician involved. |

Redacted

Tuesday 5.4.2010

Talked with student: ████████████ and confirmed this was Dr. tyndall, In chart he was the only male
to do a gyn exam. I discussed with ████ that since 2004 we have required a female chaperon in the
room with all female patients for any sensitive exam. I discussed that the physician involved did
document her concern, i.e. sexual dysfunction and his approach to teach her kegel exercises and what
he was doing. I told her I would also express her concern to the physician but not use her name. she
felt this was appropriate and she was relieved with our approach.

Same day I reviewed chart and the chart clearly indicated her concern, clearly reviewed what he was
doing, i.e. discussion and teaching her via photos and text Kegel exercises and demonstrating that the
muscles that were involved.

Same day I read the concern to the physician. He indicated he never would do this exam without a
female in the room as chaperone and he would never do an exam with an ungloved hand.

Same day I also reviewed the above with Claudia Borzutzky and that I felt that at this point that this
particular event was closed but would be documented in case there were any further instances.


**11.11.2009**

Received concern from student regarding in march GT commented to exam about her pubic hair and the
nice laser procedure. She was upset with this but took months to sent something in.

I spoke with George and recommended that if he was going to talk about pubic hair and find out was the
student not having hair from medical issue or laser or other method to do this when students was
dressed. And if he found someone who might have a good procedure that could be recommended to
other students he would phrase it this way.

He understood

| | | |
|---|---|---|
| gt | 6.2.2002 | ████████ student positive CT 3/2002 and not treated but chart and lab signed off, treated later |
| gt | 6.6.2002 | cannot ready lab signature or dictation signature |
| gt | 9.10.2003 | brought up that once again GT not allowing Mas to be behind curtain when chaperoning md during pelvic exams, told once before, bill will document and tell once again |
| GT | 12.10.2003 | student complained about GT and how fast he is and that exam hurt, he was not going to see her even though she was on time she was feeling very negative about exam and his skill,s mentioned that MA was moved behind curtain |

| | | |
|---|---|---|
| gt | 12/12/2003 | discussed with gt about the student above, he did not remember student also went over his room and explained that curtain needs to be open enough<br>that there is no perception by student or MA that it it closed.<br>he understood. |
| gt | 12/1/2004 | student emailed bernadette since GT talked with other patients while patient<br>in room.  This included discussions of their name and dx.  Student mentioned<br>that their were two patients that this occurred with<br>BL spoke with GT who said he does not remember doing this and during a refill would not mention on speakerphone a dx or name and that usually Mas do not put calls through. |
| gt | 3/25/2005 | discussed with BL and GT that we could not accommodate during the semesters fall/spring unpaid leave arranged more than one month in advance.  Visits have increased and this would be unfair to other clinicians.  GT stated he understood and is not taking unmpaid leave and would submit his vacation requests.<br>in addition he was upset about the way BL discussed some of these issues with him in hall way.  We discussed that briefly together and I discussed that with BL |

Comments:  Dear Sir, or Madame,

Please advise me, to whom could I write about my bad experience today at the gynaecologist? It was quite an unpleasant appointment today as my physician acted without any care. Therefore, I would prefer to withdraw from being treated and insured at USC.
Thank you,
Yours sincerely,
████████████

I am so sorry not to get back to you since the end of the last week. Earlier this month, I wanted to make an appointment with a gynecologist. There was no available time with anyone for the following two weeks. Hence,  I wanted to make an appointment for the third week, but there was no schedule yet made for that week. Anyway, I called later, and wanted to have the first available appointment. Later, the lady who assisted me in finding an appointment asked me if it was ok for me to go to a male doctor. "Certainly",  I said.  This is why I did not go back to the same physician as before.

It is not in my personality to complain and cause trouble for anyone, but my experience with Dr. Tyndall made me do so, just for the good of his future patients.
I had an appoinment at 2:15 on the 20th of November, and I arrived at the Health Center at 2:05pm. I got in his office after 3 o'clock, and he right away told me to set another appointment, because of me being late. I told him that I wasn't late and to, if possible, do the test (according to the fact of  how hard it is to get an appoinment, especially with the holidays and the end of the semester). So he did the test, but unfortunatelly he did it fast, with whatsoever no care and patience.

This kind of exam should not hurt at all, I had many in my life with many professional and gentle doctors.  Indeed, even when I was making it apparetnly obvious to him that the procedure hurt  -I tried to "climb up" on the bed I was lying on - he did not seem to care too much and did it anyway in the same way. The pap smear test does not last for a few seconds. It lasts approximately 2 minutes. I find this too long to be so unpleasant.

After the test, I was very upset and felt unrespected as a patient and as a woman for the whole afternoon. Unfortunately, I did not have a chance to complain right away and, frankly, really wanted to leave the building of the Health Center as soon as possible.

# Tab 41

File date
12/12/03

Comments:  Dear Sir, or Madame,

Please advise me, to whom could I write about my bad experience today at the gynaecologist? It was quite an unpleasant appointment today as my physician acted without any care. Therefore, I would prefer to withdraw from being treated and insured at USC.
Thank you,
Yours sincerely,
████████████

I am so sorry not to get back to you since the end of the last week.
Earlier this month, I wanted to make an appointment with a gynecologist. There was no available time with anyone for the following two weeks. Hence, I wanted to make an appointment for the third week, but there was no schedule yet made for that week.
Anyway, I called later, and wanted to have the first available appointment. Later, the lady who assisted me in finding an appointment asked me if it was ok for me to go to a male doctor. "Certainly", I said.  This is why I did not go back to the same physician as before.

It is not in my personality to complain and cause trouble for anyone, but my experience with Dr. Tyndall made me do so, just for the good of his future patients.
I had an appoinment at 2:15 on the 20th of November, and I arrived at the Health Center at 2:05pm. I got in his office after 3 o'clock, and he right away told me to set another appointment, because of me being late. I told him that I wasn't late and to, if possible, do the test (according to the fact of how hard it is to get an appoinment, especially with the holidays and the end of the semester). So he did the test, but unfortunately he did it fast, with whatsoever no care and patience.

This kind of exam should not hurt at all, I had many in my life with many professional and gentle doctors.  Indeed, even when I was making it apparetnly obvious to him that the procedure hurt -I tried to "climb up" on the bed I was lying on - he did not seem to care too much and did it anyway in the same way. The pap smear test does not last for a few seconds. It lasts approximately 2 minutes. I find this too long to be so unpleasant.

After the test, I was very upset and felt unrespected as a patient and as a woman for the whole afternoon. Unfortunately, I did not have a chance to complain right away and, frankly, really wanted to leave the building of the Health Center as soon as possible.

# Tab 42

**Student Feedback Comments**
**January 28, 2004**
**CONFIDENTIAL**

- Dr. Tyndall is unprofessional about gynecological procedures.  Made me feel uncomfortable and violated!



The University Park Health Center (UPHC) is interested in providing you with the best possible medical care during your years at USC. The following questionnaire will help us identify what you think we are doing well and where we need to improve your care.

1.  Overall, how satisfied were you with your visit at the University Park Health Center?
    ( ) Very Satisfied    (✓) Satisfied    ( ) Dissatisfied

2.  How satisfied were you with the appointment system?
    ( ) Very Satisfied    ( ) Satisfied    (✓) Dissatisfied

3.  How satisfied were you with the sign-in process?
    ( ) Very Satisfied    (✓) Satisfied    ( ) Dissatisfied

4.  How satisfied were you with your encounter with the medical assistants?
    ( ) Very Satisfied    (✓) Satisfied    (✓) Dissatisfied

5.  How satisfied were you with your encounter with the nurses RN's, LVN's
    ( ) Very Satisfied    (✓) Satisfied    ( ) Dissatisfied

6.  How satisfied were you with your encounter with the Laboratory?
    ( ) Very Satisfied    (✓) Satisfied    ( ) Dissatisfied

7.  How satisfied were you with encounter with the X-Ray Department?
    ( ) Very Satisfied    (✓) Satisfied    ( ) Dissatisfied

8.  How satisfied were you with your encounter with Physical Therapy?
    ( ) Very Satisfied    (✓) Satisfied    ( ) Dissatisfied

9.  How satisfied were you with your encounter with the Cashier?
    ( ) Very Satisfied    (✓) Satisfied    ( ) Dissatisfied

10. How satisfied were you with your encounter with the medical practitioner M.D., PAC
    ( ) Very Satisfied    ( ) Satisfied    (✓) Dissatisfied

11. Did the practitioner:

    Pay attention to your concerns and worries?     (✓) Yes    ( ) No
    Inform you about your problem or disease?        (✓) Yes    ( ) No
    Explain procedures and treatment?                ( ) Yes    (✓) No
    Instruct you about your continuing care?         ( ) Yes    (✓) No
    Introduce him or herself?                        ( ) Yes    (✓) No

Thank you for taking the time to evaluate our performance. If you would like to further describe your experiences with us, would you please do so below. If you have special concerns you would like to discuss, please leave your name, telephone number, date and time of your visit and the best time to contact you.

_Dr. Tyndall is unprofessional absent_        CC: Leavitt, MD
_gynecological procedures. Made me feel_      CC: Neinstein
_uncomfortable and violated!_

Name (optional): _____
                 Last              First              M.I.
Telephone Number: ( ____ ) _____    Time to call: _____

E-mail address: _____

Date & Time of Your Visit: _____  (am/pm)  _____

Once completed, please fold and drop into the suggestion box located on the wall, next to the reception desk, in the main lobby of the University Park Health Center.

| | | | | Dr. Tyndall is unprofessional, abent gynecological procedures.  Made me feel uncomfortable and violated | 2 | Referred to lead physician and exec director. |
|---|---|---|---|---|---|---|
| 1/28/04 | Anonymous | | | | | |