# EXHIBIT 4

# Tab 43

**From:**        Theresa Colmenares
**To:**          wleavitt@usc.edu
**Sent:**        2/25/2004 10:50:33 PM
**Subject:**     Mtg re concern


```
<x-flowed>
I need to talk to both of you sometime regarding Dr. Tyndall and pelvic
exam chaperones.
I don't believe this problem has been resolved.
Thanks,
Terri


Terri Colmenares R.N.
Director of Clinical Nursing
USC University Park Health Center
(213)821-2573
burdette@usc.edu

</x-flowed>
```

| | |
|---|---|
| **From:** | Larry Neinstein |
| **To:** | burdette@usc.edu; wleavitt@usc.edu |
| **Sent:** | 2/26/2004 8:17:17 PM |
| **Subject:** | Dr. Tyndalls office |

```
<x-flowed>
as per our discussion today, because of continued concerns from MAs about
working behind a curtain, I have asked Sheila to do two things:

1) get estimate from Michelle for moving current curtain from middle of
office to curving around door.

2) estimate on new file cabinet that would be more flat against the wall
and could be moved closer to door so that tray could be moved closer to
foot of exam table.

thanks
larry

Bill you might want to mention to George about the issue of the monitor and
also that we are exploring making the room more ergonomic and alleviate the
curtain problems.
thanks,
larry

</x-flowed>
```

# Tab 44

| From: | William Leavitt |
|---|---|
| To: | Larry Neinstein |
| Sent: | 2/27/2004 3:17:06 PM |
| Subject: | Re: Dr. Tyndalls office |

Dear Larry:

FYI: After you left Dr. Tyndal's office Terri and I looked in his bathroom where we found his LCD Monitor on the floor as Susan had previously stated Eric had discovered. We also fount 3 Toshiba Televisions in there original shipping crates stacked on the floor. My guess is that George is running a durable goods business on the side and using the Health Centers resources: computer and Storage Space, to accomplish this.

Bill

William Leavitt, MD, FAAP
Lead Physician
University Park Health Center
University of Southern California
849 West 34th Street #216
Los Angeles, California 90089-0311
(213) 740-9355 Office
(213) 821-2781 Fax
wleavitt@.usc.edu E-Mail
as per our discussion today, because of continued concerns from MAs about working behind a curtain, I have asked Sheila to do two things:

1) get estimate from Michelle for moving current curtain from middle of office to curving around door.

2) estimate on new file cabinet that would be more flat against the wall and could be moved closer to door so that tray could be moved closer to foot of exam table.

thanks
larry

Bill you might want to mention to George about the issue of the monitor and also that we are exploring making the room more ergonomic and alleviate the curtain problems.
thanks,
larry

# Tab 45

**From:**            george tyndall
**To:**              Larry Neinstein
**CC:**              wleavitt@usc.edu
**Sent:**            3/2/2004 5:06:51 PM
**Subject:**         Re: Changes to the layout of Room 217A


I have already set up the room in the way that I can work the most
ergonomically efficiently, that is to say, in such a way that my patients can
be examined in the absolute minimum amount of time.

Although you and Bill may not be aware of it, one of the reasons I have had a
thriving practice in adolescent gynecology over the past 14 years, despite the
fact that I am a male clinician, is that, according to my patients, I am very
fast at completing their exams. As any of the MAs can verify, I regularly hear
the comment "you are already done? That was fast."

I am, of course, always open to suggestions regarding how to further improve
my practice. I will be happy to discuss methods of improvement with you and/or
Bill at any time. But at this point I would like to say this: Over the past 14
years I have had only an insignificant number of complaints about the way I
practice.
You seem very concerned about the recent complaint that we discussed, however,
as the MAs have confirmed for you, they cannot recall a single instance when a
patient expressed dissatisfaction in their presence, nor can they recall any
reason for a patient to be dissatisfied.

In short, as of the present time I see no reason whatsoever to change what has
been a very successful practice for well over a decade.

----- Original Message -----
From: Larry Neinstein <neinstei@usc.edu>
Date: Monday, March 1, 2004 5:06 pm
Subject: Re: Changes to the layout of Room 217A

> We are trying to make the work area more ergonomic and Bill was going to
> talk with you when you got back from vacation. You were not here last
> week. Sheila is just checking what is involved.
> thanks,
> larry
>
> At 04:59 PM 3/1/2004 -0800, you wrote:
> >I was just informed by Sheila that on Wednesday she will be coming to Room
> >217A to make changes to its layout, including the file cabinet and the
> >curtain.
> >
> >I have read all my email and there is nothing from you regarding this.
> >
> >Are you intending to make changes to the office in which I practice without
> >consulting me first?
>
>

# Tab 46



UNIVERSITY
OF SOUTHERN
CALIFORNIA

April 13, 2004

Dear Dr. Tyndall,

The purpose of this memo is to describe the events that have occurred over the past two weeks, which have resulted in the need for disciplinary action, and to inform you of the conduct required on your part for continued employment with the University.

**USC-University Park Health Center**

**Student Health and Counseling Services**

On March 29, 2004 you telephoned the health center and indicated you would not be in due to illness. This was a day you had requested off, the request was approved, and then subsequently returned and cancelled by you, stating that you did not need the day off anymore. On April 5, 2004 and then again on April 6, 2004 you phoned the Health Center and indicated you would not be in due to illness. On April 7, 2004 you again called the Health Center and stated: "This is Dr. Tyndall calling again to be sure you didn't miss the message. I will be out today, April 7 due to illness and the rest of the week". You were on approved vacation from March 30, 2004 through April 2, 2004 and therefore called in sick immediately before and after your scheduled vacation.  It is also concerning that you had previously requested all of these above stated sick days as vacation time, that you did not have enough time accrued to cover the time away and that you subsequently cancelled the request; then you called in sick. Upon your return to work April 12, 2004 you stated that you were, in fact not sick, and that you were out due to illness for a family member (your wife).  This would constitute leave covered under the Family Medical Leave Act. Under University Policy you are required to report Family Leave at the start of the illness. You did not comply with this requirement and instead stated that you personally were sick.

As you are aware, scheduling in the health center during holiday periods can be problematic. Often employees' requests are turned down due to staffing shortages. When you cancelled your vacation, I scheduled other clinicians to have the time off. As a result of your sick call, we were short handed in the clinic.

As you know, I have discussed taking sick time before and after scheduled vacation with you on two prior occasions when you did this before. I also indicated to you in August, 2003 that your attendance when scheduled is important to the clinic function. You also received a memo from me dated November 1, 2002 in which you were reminded of the importance of attendance during peak busy periods (such as the current spring semester).

University of
Southern California
849 West 34th Street
Los Angeles,
California  90089-0311
Tel: 213 740 9355

*Accredited by Accreditation Association for Ambulatory Health Care, Inc.*

This recent event has resulted in the culmination of a growing concern that I have experienced over the past several years relative to your overall performance.  Any further incidents observed that are contrary to acceptable standards will be grounds for further disciplinary action, which will lead to termination. I hope that your acknowledgment of the seriousness of this situation will have a positive result on your future at USC.

Sincerely,


William Leavitt, M.D.



I have received a copy of this document.


_____

George Tyndall, M.D.                              Date



C: employee file
    Lawrence Neinstein, MD

# Tab 47

| | |
|---|---|
| **From:** | Larry Neinstein |
| **To:** | mjackson@usc.edu |
| **Sent:** | 4/16/2004 6:48:14 PM |
| **Subject:** | confidential |

```
<x-flowed>
michael,
thanks regarding nursing issue, hopefully we will be able to recruit those
individuals.

please do not forward this email below.
as mentioned we are having some problems with Dr. Tyndall.
I have also sent Dr. tyndalls email to Sharon Haymond.

I am increasingly concerned about the tone of his correspondence. I
believe that his issues below are from the following.

USC asked us to eliminate all future "comp time" kept on the time recording
system for exempt employees. That was when we moved to flex the coverage
for evenings, instead of having recorded comp time, where George worked all
evenings and took off the whole summer. I was told that keeping of comp
time should not be done. George was upset with that decision.
Bill has also expressed concerns that as Dr. tyndall is gynecology trained,
that evening coverage, as our student's illnesses have become more
complicated, is best performed by someone trained in a primary care
specialty of either peds/internal medicine/family medicine etc.

when we put in a new alarm system and could eliminate keys and allow for
individual access based on allowed hours, our management team decided that
except for those needing emergency access that access would not be 24/7 in
the health center and we gave George and other physicians access from about
5 or 6 am to about 10 or 11 pm and reasonable hours on saturday i
believe. He wanted to be allowed access 24/7 everyday of the
year. Management did not feel that line staff should have unlimited access
at all hours to a health facility.

monitor: we have standard monitors, lcd screens that are picked by our IS
department for all staff. They are 15 inch for most staff and a few
department heads by nature have 17 inch. I have refused several department
heads this semester who requested 19 inch monitors. Dr. Tyndall has in his
office a 21 inch or larger non LCD monitor that he brought in that is
probably about over 100 pounds and is not ordered by USC and our IS
department. We have tried to keep our equipment standard. When we replace
departmentalal computers we evaluate the computer needs, monitor needs and
printer needs and change the standards when this assessment is done. We
are on a three year replacement cycle.

Dr. Tyndall feels that as his ability to accrue "comp" time was "taken
away" that I, Bill and USC have taken away his income and his internet
access and he deserves access to work at the health center 24/7, 365
days/and with a monitor of his choosing. As far as I know he has no
publications or on going research that is sanctioned as USC research. I am
actually a bit unclear as to what he does for the hours and hours that he
spends in evenings and weekends during his employement at USC here. I do
think he occasionally looks up things for his professional development, but
do not think that this is the majority of the time.

As I also mentioned to you, Dr. tyndall in recent years used the
pattern of either taking sick days at the beginning and end of vacation or
planning vacation days, cancelling some and then calling in sick when he
originally had scheduled vacation days. He has also informed us that
during those times he was not actually sick but they were related to family
issues.

I am concerned that we have an employee who is very disgruntled and is now
```

either blaming Dr. Leavitt, myself (in this letter), or USC for everything that is occurring in his life. He also is putting personal blame for his car problems, his eating, his nightlife on me. I have heard from Dr. Leavitt that he is personally concerned about his safety, if Dr. Tyndall were terminated from employement. After reading this last letter, I am also concerned about safety issues. While, I have not personally seen any threatening behavior or violent behavior from Dr. Tyndall, I believe that he was in an employment position before he went into medical school that was in an enforcement agency position that included possessing a gun.

below is his email.
larry

>Date: Thu, 15 Apr 2004 16:55:40 -0700
>From: george tyndall <tyndall@usc.edu>
>Subject: Re: monitor
>To: Larry Neinstein <neinstei@usc.edu>
>Cc: wleavitt@usc.edu
>X-Mailer: Sun ONE Messenger Express 6.0 HotFix 1.01 (built Mar 15 2004)
>X-Accept-Language: en
>Priority: normal
>
>Hi also,
>
>Larry, I am very concerned about this email. You are taking still another
>adverse action against me for no apparent reason. At the beginning of the
>fall
>semester 2002, you terminated a longstanding relationship between me and the
>UPHC in which I worked during the busy time of the year in return for time
>off
>during the slow time of the year. That adverse action forced me to begin
>taking UNPAID leave in order to honor the commitment that I made to my wife
>when we married. Because of the loss of PAID leave, I experienced an abrupt
>and drastic decline in my disposable income—so drastic that I was forced to
>give up, among other things (see below), the costly broadband internet
>connection that I had once enjoyed in my home. It was as that point in time
>that I moved my 20-inch monitor into Room 217A so that by coming in early in
>the morning, prior to the beginning of the regular workday, I could continue
>my online research and study. But not long after I began doing so, you
>abruptly limited my access to Room 217A by terminating the 24/7 access to the
>UPHC that I had enjoyed for some 13 years. When you took this second adverse
>action against me I responded that I needed access immediately restored so
>that I could continue my online research and study. I sent you a number of
>emails in which I all but begged you to restore that access ASAP but you
>refused to do so, instead making me wait many weeks (if not months) before
>you
>decided that I could have LIMITED access outside of normal business hours.
>Now, in still another proposed adverse action, you are telling me that I may
>no longer use the 20-inch monitor that is essential to my research and study.
>
>The details follow.
>
>A. Just prior to the academic year that began in the fall of 2002, YOU (not
>Human Resources as you then informed me) took an extremely adverse action
>against me and my wife--an action that prevents me from earning PAID time off
>but that instead forces me to take UNPAID leave if I wish to continue to have
>the essential time off from the UPHC that I need for personal reasons (and
>that I explained in detail in the comments that I added to my recent annual
>performance evaluation).
>
>Here are some of the changes that my wife and I have had to make in our
>lifestyle as a result of your extremely adverse (but undeserved) action
>against in the fall of 2002:
>
>1) we continue to use an automobile that is approaching 20 years old
>and that
>is in severe need of repainting
>2) we no longer can afford to go out to a restaurant

>3) we no longer can afford such modest pleasures as a night out for a
>movie
>together4} I have been forced, as stated, to give up the costly
>broadband
>internet connection that I once had in my home and that I once used for
>online
>research and study (I long ago presented this justification to you as part of
>my request that you restore access to Room 217A outside of normal business
>hours after you severely limited it last year--see below)
>
>My wife and I have been forced by you to make these adjustments in our
>lifestyle so that we can continue to afford to purchase plane tickets for our
>frequent trips to the Philippines with the reduced income which results from
>having to take UNPAID as opposed to PAID leave.
>
>B. Subsequent to that adverse action against me and my wife in the fall of
>2002, you took another very adverse (but also undeserved) action against me,
>namely, you terminated my 24/7 access to my workspace within the UPHC·Â¬Â¬--
>access that I had enjoyed for some 13 years. You took this adverse action
>against me despite the fact that you had only recently put into place at the
>UPHC a security system that keeps an electronic record not only of who is in
>the building but also of what time s/he entered/departed.
>
>At the time of your decision to limit my access to the building, I had been
>coming to the UPHC (Room 217A) on a regular basis at about 5am every morning
>to use the UPHC computer in my workspace, plus the 20-inch personal monitor
>that I transferred from there from my home office, to perform the online
>research and study that I was no longer able to afford to perform at home
>(for
>the reasons stated above). Both you and Dr. Leavitt knew that I was coming in
>very early every morning to use the work space, nevertheless, you abruptly
>terminated my 24//7 access to Room 217A. I sent you a number of emails which
>explained to you that I needed access restored ASAP so that I would not get
>behind on my online research and study. However, despite emails that all but
>begged you to immediately restore the 24/7 access that I had enjoyed for over
>a decade, you chose to take many, many WEEKS to decide that you would restore
>only LIMITED access to my workspace outside of normal business hours.
>
>C. Now, you are taking still another adverse action against me, specifically,
>you are telling me that I may no longer utilize my personal 20-inch monitor,
>in conjunction with the UPHCâ€™s computer, to perform online research and
>study.
>
>Larry, I need a monitor that is larger than the 14â€ monitor you have
>provided
>for the clinicians for the same reason that you, plus certain other
>members of
>the UPHC staff, already have larger monitors installed in their
>workspaces: It
>is extremely inconvenient, when performing online research and study, to be
>forced to continuously scroll up and down the pages(s) that one is
>viewingâ€"and
>it is impossible to view more than one page simultaneously. If you are going
>to force me to remove my monitor, then you are severely limiting my
>ability to
>perform essential online research and study. Given the fact that I am working
>at one of the top research institutions in the country, why would you wish to
>do so?
>
>As I stated at the outset, I am very concerned about the series of adverse
>actions that you have taken, and continue to take, against me. To the best of
>my knowledge, I have done nothing to deserve this unfair and undeserved
>treatment.
>Specifically:
>
>Given the fact that I regularly, for over a decade, enjoyed annual
>performance
>evaluations with grades of 4 (exceeds expectations) and 5 (superior), there

>was no logical reason in the fall of 2002 for you to take an adverse action
>that severely limits my ability to earn PAID leave.
>
>Given the fact that you have had installed a security system that is far more
>secure than had existed in the past, there was no logical reason a year ago
>for you to take an adverse action that limited, and continues to limit, my
>access to Room 217A.
>
>Now, you are telling me, despite the fact that certain other members of the
>UPHC staff already have larger monitors THAT WERE PAID FOR WITH UNIVERSITY
>FUNDS, I can no longer use for my online research and study a monitor THAT
>COST THE UNIVERSITY NOTHING. What is the problem with this? I am most curious
>to know: Do you have any plausible reason and/or justification for taking
>this
>particular adverse action against me?
>
>Thanks,
>
>George
>
>
>----- Original Message -----
>From: Larry Neinstein <neinstei@usc.edu>
>Date: Monday, April 12, 2004 6:12 pm
>Subject: monitor
>
> > Hi George,
> > I understand you still had some questions about monitors. We have a USC
> > ordered monitor for every computer at the UPHC that is ordered and
> > supported through our IS department. We review appropriate sizes of
> > monitors when we reorder monitors for computers. We do not have computer
> > equipment at the UPHC that is not USC equipment. Thus, as Bill mentioned,
> > you will need to have your computer monitor replaced with our USC
> > purchased
> > LCD monitor this week. Please let Bill know when there is an appropriate
> > time so we can get staff to help remove the heavy monitor you brought in
> > and have IS put in our monitor.
> >
> > If you need help resizing the monitor display/fonts so they are easier to
> > read, we can certainly have IS help you with that. I resize the display
> > size on all the monitors i use so I can read the fonts easily. Thus, even
> > the 14 inch monitor i use at home, I can see easily with the change in
> > display size and fonts.
> >
> > However, if you need a special accomodation, please bring in a physician's
> > note explaining your disability and needed accomodation and that can be
> > reviewed by the appropriate USC staff to see what appropriate accomodation
> > can be made.
> >
> > Please be aware that the use of the monitor and its function are to
> > accomodate USC related work.
> >
> > Thanks for your understanding,
> > Larry
> > Lawrence Neinstein M.D.
> > Executive Director
> > USC University Park Health Center
> > Professor of Pediatrics and Medicine
> > USC Keck School of Medicine
> > Associate Dean of Student Affairs
> >
> >


</x-flowed>

# Tab 48

### UNIVERSITY PARK HEALTH CENTER
### PATIENT CONCERN/COMPLAINT/SUGGESTION/COMPLIMENT
### 2004 LOG

| Date Received | Patient Name | SS#/ID# or Telephone # | Description of (1) Concern (2) Complaint (3) Suggestion (4) Compliment | # | Review & Action Plan |
|---|---|---|---|---|---|



| 9/5/04 | ████ | ████ | I would like to offer some feedback about service that I received at the health center about a year ago. I've procrastinated sending this message because (1) it's not an urgent issue and (2) it's not positive. Nevertheless, I would like to get it off my chest. | 2 | 9/7/04 email from Dr. Neinstien |
|--------|------|------|---|---|---|

I would like to offer some feedback about service that I received at the health center about a year ago. I've procrastinated sending this message because (1) it's not an urgent issue and (2) it's not positive. Nevertheless, I would like to get it off my chest.

When I first started graduate school in fall 2003, I made appointments for both a gynecological exam and a physical. Both doctors knew that it had been approximately six years since I had received any sort of medical exam because I previously didn't have access to health insurance.

Dr. Price, the gynecologist was very professional. She was patient with my questions and her kind manner eased some worries that I had.

The doctor who I saw for my physical however, was disappointing. In short I feel that I paid $25 for not much more than a rushed chat. After sitting down, he read over the issues I had listed on my forms, but in my view, showed no serious interest in understanding them further. They may not have been big problems, but at least to me they were concerns that he could have questioned a little further and on which he could have offered advice or explanations.

At no point did I indicate to him that I was interested in birth control yet he spent a considerable amount of time telling me that after recently attending a conference, he was convinced that all women should take the pill. I see no point in spending time during my long overdue physical exam explaining my position on an issue that I'm not at all interested in.

My health issues (allergies, sinus problems, itching skin, loose bowel movements) are minor but still persist. I am not enrolled at USC this term (and therefore don't have health insurance) and I'm not writing to seek another visit with a different doctor. I simply want that doctor to know that at least one patient was dissatisfied and I want to bring it to your attention.

That said, I would like to mention that all other professionals I've encountered at the health center have been great, from the receptionists to the nurses to the lab workers. I had a second gynecological exam this August and again the doctor was very professional and informative. I hope that this feedback contributes to a better health center for everyone.

9/7/04 email from Dr. Neinstien
Thank you for your feedback both positive and negative. I am sorry about your experience with one of our clinicians. I am glad your other experiences were positive. I always encourage all of our students to try and find a clinician that they connect with and stay with that clinician. I have found that different people relate better to different staff. I have passed on your feedback to our lead physician and our director of quality assurance. I have passed on your specific feedback to the physician involved without identifying information as well as your positive feedback to the other physician involved. If there is any other way I can help, let me know.

# Tab 49

| From: | Larry Neinstein |
|-------|-----------------|
| To: | tyndall@usc.edu |
| CC: | wleavitt@usc.edu |
| Sent: | 9/7/2004 4:18:43 PM |
| Subject: | student feedback |

&lt;x-flowed&gt;
George,

Welcome back,
Sorry about starting the year this way, but this email arrived on my email
yesterday from a student.
I am forwarding it to you. I confirmed in pyramed that you saw the student
for this physical exam in
2003,
thanks,
larry


Dear Dr. Neinstein,

I would like to offer some feedback about service that I received at the
Health Center about one year ago. I've procrastinated sending this message
because (1) it's not an urgent issue and (2) it's not positive.
Nevertheless, I would like to get it off my chest.

When I first started graduate school in fall 2003, I made appointments for
both a gynecological exam and a physical. Both doctors knew that it had
been approximately six years since I had received any sort of medical exam
because I previously didn't have access to health insurance.

Dr. XXXXX, was very professional. She was patient with my questions and her
kind manner eased some worries that I had.

The doctor who I saw for my physical, however, was disappointing. In short,
I feel that I paid $25 for not much more than a rushed chat. After sitting
down, he read over the issues I had listed on my forms, but, in my view,
showed no serious interest in understanding them further. They may not have
been big problems, but at least to me they were concerns that he could have
questioned a little further and on which he could have offered advice or
explanations.

At no point did I indicate to him that I was interested in birth control
yet he spent a considerable amount of time telling me that, after recently
attending a conference, he was convinced that all women should take the
pill. I see no point in spending time during my long overdue physical exam
explaining my position on an issue that I'm not at all interested in.

My health issues (allergies, sinus problems, itching skin, loose bowel
movements) are minor but still persist. I am not enrolled at USC this term
(and therefore don't have health insurance) and I'm not writing to seek
another visit with a different doctor. I simply want that doctor to know
that at least one patient was dissatisfied and I want to bring it to your
attention.

That said, I would like to mention that all other professionals I've
encountered at the health center have been great, from the receptionists,
to the nurses, to the lab workers. I had a second gynecological exam this
August and again, the doctor was very professional and informative.
I hope that this feedback contributes to a better health center for everyone.

Sincerely,
`

&lt;/x-flowed&gt;

| From: | george tyndall |
|---|---|
| To: | Larry Neinstein |
| Sent: | 9/7/2004 5:29:18 PM |
| Subject: | Re: student feedback |

"After sitting down, he read over the issues I had listed on my forms, but, in my view, showed no serious interest in understanding them further. They may not have been big problems, but at least to me they were concerns that he could have questioned a little further and on which he could have offered advice or explanations."

As you know, I've also gotten praise from students for precisely the opposite reason, specifically, for having been exceedingly thorough in discussing and attempting to address all the issues on their history form. If I did not go into detail with her, it may have been because she indicated that none was a current problem.

"At no point did I indicate to him that I was interested in birth control yet he spent a considerable amount of time telling me that, after recently attending a conference, he was convinced that all women should take the pill. I see no point in spending time during my long overdue physical exam explaining my position on an issue that I'm not at all interested in."

As I said in a previous email, based on the discussion at the conference she mentioned, I am nowadays recommending hormonal therapy only to nulliparous women who have reached the age of 30. Please inform me of this patient's age.

Also, it is very difficult for me to understand why this patient waited over a year to complain.

Finally, please continue to send me all comments that you receive, whether positive or negative.

Thanks!


----- Original Message -----
From: Larry Neinstein <neinstei@usc.edu>
Date: Tuesday, September 7, 2004 9:18 am
Subject: student feedback

> George,
>
> Welcome back,
> Sorry about starting the year this way, but this email arrived on my email
> yesterday from a student.
> I am forwarding it to you. I confirmed in pyramed that you saw the
> student
> for this physical exam in
> 2003,
> thanks,
> larry
>
>
> Dear Dr. Neinstein,
>
> I would like to offer some feedback about service that I received at the
> Health Center about one year ago. I've procrastinated sending this message
> because (1) it's not an urgent issue and (2) it's not positive.
> Nevertheless, I would like to get it off my chest.
>
> When I first started graduate school in fall 2003, I made appointments for
> both a gynecological exam and a physical. Both doctors knew that it had
> been approximately six years since I had received any sort of medical exam
> because I previously didn't have access to health insurance.
>

```
> Dr. XXXXX, was very professional. She was patient with my questions and
> her
> kind manner eased some worries that I had.
>
> The doctor who I saw for my physical, however, was disappointing. In
> short,
> I feel that I paid $25 for not much more than a rushed chat. After sitting
> down, he read over the issues I had listed on my forms, but, in my view,
> showed no serious interest in understanding them further. They may not
> have
> been big problems, but at least to me they were concerns that he could
> have
> questioned a little further and on which he could have offered advice or
> explanations.
>
> At no point did I indicate to him that I was interested in birth control
> yet he spent a considerable amount of time telling me that, after recently
> attending a conference, he was convinced that all women should take the
> pill. I see no point in spending time during my long overdue physical exam
> explaining my position on an issue that I'm not at all interested in.
>
> My health issues (allergies, sinus problems, itching skin, loose bowel
> movements) are minor but still persist. I am not enrolled at USC this term
> (and therefore don't have health insurance) and I'm not writing to seek
> another visit with a different doctor. I simply want that doctor to know
> that at least one patient was dissatisfied and I want to bring it to your
> attention.
>
> That said, I would like to mention that all other professionals I've
> encountered at the health center have been great, from the receptionists,
> to the nurses, to the lab workers. I had a second gynecological exam this
> August and again, the doctor was very professional and informative.
> I hope that this feedback contributes to a better health center for everyone.
>
> Sincerely,
> `
>
>
>
```

# Tab 50

| From: | Paula Swinford |
|---|---|
| To: | neinstei@usc.edu; swinford@usc.edu |
| Sent: | 9/21/2004 11:07:46 PM |
| Subject: | Fwd: interaction today |

Larry,

Not that you need this today, but thought I would pass this on because you will probably  hear about it from Mark, or already have.

Daisye assured me she was very polite. Paula


Date: Tue, 21 Sep 2004 12:42:41 -0700
From: Daisye Orr <daisyeor@usc.edu>
Subject: interaction today
X-Sender: daisyeor@email.usc.edu
To: swinford@usc.edu
X-Mailer: QUALCOMM Windows Eudora Version 5.1
Original-recipient: rfc822;swinford@usc.edu


Paula,

As I suspect there might be ramifications from this, I am writing to document this incident.

George Tyndall and Mark Figatner spoke in the HPPS hallway about referring a patient. They then went into the copy room and proceeded to talk about the patient's medical diagnosis and treatment. Although never using names, I could hear them clearly when I was sitting at the front desk. There was also a student sitting on the bench filling out a HEC assessment as well as at least two PHEs in the Resource Room. I went in and told them (after apologizing for interrupting) that this probably isn't the best place to have this kind of conversation as there were students around. George said, "Even if we're not using names?" I said, "yes, people don't want to hear about other people's..." (I said warts under my breath - which is what they were talking about - but by that time they had already closed the door). They stayed in the copy room with the door close for about 5 minutes or so.

Daisye

Paula Lee Swinford, MS, MHA, CHES
Director, Health Promotion and Prevention Services
University Park Health Center
Division of Student Affairs
University of Southern California
849 West 34th Street
LA, CA 90089-0311
(213) 740-HPPS
www.usc.edu/hpps

Past President, American College Health Association
www.acha.org

Notice: This e-mail (including any attachments) may contain confidential, private, and/or privileged information. Our services consider all student communication, whether verbal, written, or electronic, as Protected Health

Information. If you are not the intended recipient, please be aware that any retention, dissemination, distribution, or copying of this communication is prohibited. Please reply to the sender that you have received this message in error, then delete it. Thank you for helping to maintain privacy.

# Tab 51

Date: Tue, 30 Nov 2004 16:09:22 -0800
From:
Subject: written complaint
To: kosterli@usc.edu
X-Mailer: Microsoft Outlook, Build 10.0.2627
Importance: Normal
Original-recipient: rfc822;kosterli@usc.edu

Hey Bernadette –

Basically the story is this:  I had a gynecology appoinment with Dr. Tyndell (whoever the male GYN doctor is) and it was just for a prescription refill.  I was in his office for a long time and we were talking about something completely off-topic, I think politics?  Anyways he had a series of phone calls from patients that he not only took, but took on *speakerphone* WHILE I was in the room, which I was completely shocked and horrified with

Luckily I didn't know any of the girls who were calling him but his secretary announced on the phone both the first and last names of these patients, probably unaware that I was in the room.  Both had to do with prescriptions, obviously confidential.  The second prescription was from a girl who he had a question about and he asked, are you the one with the diarrhea?  She replied, no I'm the one with the herpes.  Again, her first and last name were announced in my presence.

I have since told my parents, who as you can imagine, are very upset and actually they're the ones who urged me to file a complaint with the office.  I have also told all of my female friends, many of whom have had him before and we all swear we'll never go to him again for fear of an obvious violation of our privacy.

I would like this complaint to remain anonymous however if there are any more questions regarding my visit with him, or anything else, I'd be happy to answer them.

Thanks so much,