# EXHIBIT 5

# Tab 52

**UNIVERSITY PARK HEALTH CENTER**
**PATIENT CONCERN/COMPLAINT/SUGGESTION/COMPLIMENT**
**2005 LOG**



| 2/17/05 | ███████████ | ███████████ | Our daughter, ████ came to the clinic on 2/17/05 with severely swollen tonsils and a fever.  The clinic doctor, Dr. Tyndall told ████ that her throat was very red and that one of her tonsils was swollen and had puss on it.  She explained how she had a severe case of strep throat over winter break and one last August. ████ requested a strep test but the doctor only dismissed her request saying that he was only wrong once in diagnosing strep and that she didn't have strep.  Upon her insistence he took a culture and sent her and the culture to the lab, only giving her some over the counter Tylenol/flu meds.  He refused to give her a rapid strep test.  Also Dr. Tyndall complained to ████ about America's consumer culture | 1 | 2/18/05 email from Dr. Neinstein Thank you for writing to our comment section and giving us feedback.  It is always welcome and appreciated.  I would be happy to discuss with your daughter her experience. I am sorry if your daughter felt that she did not receive adequate care.  I have asked our lead physician to discuss your comments with the physician involved.  I removed your daughters name from what I sent him. Few comments: Regarding strep infection. |

| | | | saying that the gloves worn by the clinicians shouldn't be thrown away. I think this was very unprofessional of Dr. Tyndall.<br><br>We are aware that ████ has to make a formal complain and she will. However, my husband and I are very upset and angry about the care given to our daughter at USC shc.  We felt it our responsibility to let it be known to the shc staff in charge. | The national "white paper" from the American College of Physicians which is the national organization for Internal Medicine has a couple of strong sentiments about upper respiratory infections<br>1.  Antibiotics are rarely necessary and significantly overused in the United States.<br>2.  Clinical judgement is as accurate or as good a method to proceed as either rapid tests or culturing everyone.<br>I am actually not a big fan of the rapid tests and have not used them.  When we compared our rapid tests to our cultures, they only were about 50% accurate or as sensitive.  I tend to go with clinical judgement and do some cultures when I suspect an infection.  The major reason to treat strep is to prevent rheumatic fever which is rare in California but also can wait for a |

| | | | | culture result. However, I cannot second guess your daughter's symptoms or the exam.<br>Gloves: I am confused on this one. We absolutely NEVER reuse disposable supplies including gloves and would never recommend that. We take great pride in our professional and quality of care and clean environment. So as mentioned, I will have our lead physician discuss this issue with the physician involved.<br>In general student have been very happy with their care and I feel we are an excellent resource for students. Our satisfaction surveys have shown that in contrast to 6-8 years ago, in the past 5 years, satisfaction levels with the shc have been at 96-97% of students who have used the health center. However, there is always room to improve our services. |

| | | | | I also recommend to all our students, that they find one clinician that they like and feel comfortable with and try and stay with that clinican.  They will always get better ccare with continuity of care.  I would be happy to recommend clinicians that might be good match for your daughter.  Also I am very happy to talk with her.  If I can be of any other help, please let me know.  I again thank you for your honest feedback and we will absolutely follow up.  Referred to COI. |

# Tab 53

| | |
|---|---|
| **From:** | ██████████ |
| **To:** | neinstei@usc.edu |
| **Sent:** | 2/18/2005 4:58:19 PM |
| **Subject:** | Fwd: (Health Center Comment Form) ██████████ |

```
forwarded message
Sincerely,
```



```
----------------------------------------------------------
Comments: Feb 17-2005
Our daughter, ████████████, came to the clinic on 2/17/05 with severly swollen tonsils
and a fever.
The clinc doctor, Dr. Tyndall, told ██████ that her throat was very red and that one of her
tonsils was swollen and had puss on it. She explained how she had a sever case of strep
throat over winter break and one last August. ██████ requested a strep test, but the doctor
only dismissed her request saying that he was only wrong once in diagnosing strep and that
she didn't have strep. Upon her insistence, he took a culture and sent her and the culture
to the lab, only giving her some over the counter tylenol/flu meds. He refused to give her
a rapid strep test.
Also, Dr. Tyndall complained to ██████ about America's consumer culture saying that the
gloves worn by the clinicians shouldn't be thrown away. I think this was very
unprofessional of Dr. Tyndall.
We are aware that ██████ has to make a formal complaint and she will. However, my husband
and I are very upset and angry about the care given to our daughter at USC's Health Center.
We felt it our responsibility to let it be known to the Center's staff in charge.


FH_Email: ██████████████
FH_Name: ████████████
████████████████████████████████████
FH_Recipients: uphcweb@usc.edu
FH_Subject: ██████████████
FH_Topic: Health Center Comment Form
submit: Submit
----------------------------------------------------------
```

**From:**       neinstei@usc.edu on behalf of larry neinstein
**To:**         wleavitt@usc.edu
**Sent:**       2/18/2005 9:42:03 PM
**Subject:**    parents/student comment

```
<x-flowed>
regarding the comment i sent you,
i can understand issues of not wanting to use a rapid strep which many of
us do not use and not clear that it is very good test. However, it is hard
to imagine saying that "I have only been wrong once in my career regarding
strep infection" (that might make George the national gold standard for
strep testing) and also saying that we should not throw our gloves away
after using them. I would have some concerns if i were a patient and the
staff wanted to reuse gloves after examinations. but one never knows what
was actually said or heard.
thanks
larry

Comments: Feb 17-2005
"but the doctor only dismissed her request saying that he was only wrong
once in diagnosing strep and that she didn't have strep.

"Also, Dr. Tyndall complained to xxx about America's consumer culture
saying that the gloves worn by the clinicians shouldn't be thrown away. I
think this was very unprofessional of Dr. Tyndall"

larry


</x-flowed>
```

# Tab 54

## 2005 Nursing Survey
## February – March 2005
## Student Feedback Comments



- "More than the nurses, I feel USC should be concerned with the Doctors.  I have been made extremely uncomfortable by a male gynecologist at USC who made comments about my sexual past and my sexual orientation.  The comments were completely irrelevant to my appointment and made me feel uncomfortable."

# Tab 55

**Student Feedback Comments**
7/31/2006-8/29/2006
**CONFIDENTIAL**



**Patient Info:**

July 2006

Dear USC Health Center:

I am writing this letter to express a great concern in regards to the USC health center's services. I will document an estimated timeline of how the events occurred that have resulted in complete dissatisfaction of the health center's medical services. I ended up receiving a couple diagnosis until I went outside of the USC Health Center. My diagnoses are as follows; had a hemorrhaging ovarian cyst that ruptured and healed on its own (caused by the use of the Minipill). I don't complain in regards to the prescription of the Minipill but rather the ignorance in monitoring and acknowledging warning signs to serious side effects), a fibroid on my uterine wall the size of a thumb, and possible magnesium and potassium deficiency:

Fall 2005:

Sought a Gynecologist to prescribe refills for the minipill as an oral contraceptive. This minipill was recommended by Planned Parenthood prior to attending USC. I used it for about two months by the time I arrived at USC. This was my first time ever using contraceptives and I was not too aware of side effects. Planned Parenthood had recommended the Minipill because it does not contain estrogen which is a risk to consume if one has migraines (I have had migraines for several years). Therefore, I

[PAGE ]

### Student Feedback Comments
7/31/2006-8/29/2006
**CONFIDENTIAL**

needed a refill and was given an appointment with Dr. Tindell. Dr. Tindell had told me that the combined pill was not an issue for the women with migraines. He recommended that I could take it without any worries about my migraine. I felt that the inconsistency of information was strange but I followed the doctor's recommendations.

In about a month of taking the combined pill, I felt tingling and numbness in both my arms. I sought an appointment to follow up with these symptoms and was given an appointment with Ms. Kumai. Ms. Kumai was excellent in checking my symptoms and ordered that I stop taking the combined pill immediately. She disagreed with me taking a combined pill due to my migraine issue. She recommended that I see Dr. Walker to discuss my birth control options with more precaution. After this visit, I felt frustrated with the inconsistent messages on birth control. It had me question who was "right?" Who has the information that I could trust? It made me question the health center's knowledge on birth control as a whole. It confused me in making a healthy choice on something so important and that involves a large part of my life (for my health, marriage, etc.)

I made an appointment with Dr. Walker and she had recommended a few options of birth control. A few, like the Depo shot, were not of interest to me. I thought of just using barrier methods but considering where I was at in my life, I felt that I could not afford an "accidental" pregnancy and, therefore, wanted a more secure option. Dr. Walker had stated that the Minipill was the safer route to go than the combined pill. She did say that a few other patients with migraines use the combined pill but those patients are at higher risk for health concerns. I decided to use the Minipill. What did worry me and I found it a little odd compared to my experience at Planned Parenthood was that Dr. Walker constantly referred to a book to understand more information about the Minipill. She kept researching what would be a better option for me in the choices of the Minipill. This became the first clue of the lack of familiarity with the Minipill and its side effects. The other uncomfortable moment in this doctor visit was that I had explained to Dr. Walker about the tingling and numbness of my arms while on the combined pill and she had assured me that it was not related to the combined pill. Funny enough when I stopped taking the Minipill, my circulation had greatly improved. I don't recall any other change in my lifestyle. So if it wasn't the combined pill, what was it? Who knows, never got a clear answer like all the other visits that would follow at the health center...

Winter/Spring 2006

So I began taking the Minipill consistently. I was following the doctor's orders to use a backup barrier method in conjunction with my Minipill.

By the end of February or beginning of March, I began to feel chest pain. Also, since August of 2005, I had developed chronic constipation. Not knowing what was causing it, I would take Fibercon thinking that it was a lack of fiber in my diet. In my previous visits, I would mention my chronic constipation and that I was taking up to four Fibercon pills a day and still would not completely alleviate my discomfort. Nothing was ever

**Student Feedback Comments**
7/31/2006-8/29/2006
**CONFIDENTIAL**

followed up on about that nor was my diet questioned at all to see what was causing the constipation. In regards to my constipation, I figured that there was nothing else I can do but eat healthier and put up with it. The doctors never told me otherwise. As for my chest pain, I called the advice nurse after a couple days of it being consistent. The pain was present throughout my entire day.

The advice nurse had me go to the ER version of the health center, I believe it is called the ACC unit or something similar. I went three times to this unit by recommendations of the advice nurses.

The first time: Dr. Levitt. He had me take a "cocktail" to numb my esophagus to see if it was related to heartburn, such as GERD. I felt the numbness but the chest pain remained. He had me do an EKG. It came out negative of any concerns. I had told him about my constipation and so his theory was that since the pain was not numbed, then the heartburn could be coming from my constipation issue and not GERD. He recommended that I take a laxative to clean out my system and then start taking Colace with one Fibercon (rather than four!). This did help my constipation(not completely, but helped). After following this treatment, my chest pain continued, as well as my discomfort in my pelvic region which was attributed to my constipation.

The second time: my chest pain continued with an addition of slight pain in my left arm and shortness of breadth. I was not necessarily constipated anymore, but I had discomfort in my pelvic region and it was difficult to pass bowel movement. This time I saw Dr. Milgram. He was pretty good. He did a chest x-ray and found nothing but at least he did more tests of some kind. I believe he either recommended me Prilosec or Dr. Levitt did but I was told to continue Prilosec and to take two a day. Again, no diagnosis, no follow-ups were recommended, once again left wondering what was wrong with me. It was considered heartburn and constipation, but no cause was identified. No major treatment was recommended.

The third time: my chest pain continued as well as all the other symptoms that were mentioned in my second visit to the ACC unit. This time I saw a doctor that I do not recall her name. She was  (description of physical features). She was the worst of all the doctors that I have visited at the health center. The whole visit centered around my need to not be stressed out and to lose weight. That was it. My symptoms are caused purely because I was overweight (I am 5'5" and weigh 166 lbs.) and because I am stressed out. Unfortunately, I believed her. I went home even more discouraged and frustrated that I did not (know) what was wrong with me. Again no follow up, no diagnosis, and this time; no further tests of any sort. After this visit, I was embarrassed to continue to go to the health center and discuss my symptoms. I felt judged and unattended to. After this visit, I thought *I was causing my health issues by allowing myself to be overweight and stressed out (while I was recently married and attending Grad school!!)*

It was about April/May 2006.:

[PAGE  ]

### Student Feedback Comments
7/31/2006-8/29/2006
### CONFIDENTIAL

I was taking Prilosec twice a day, Colace and Fibercon once a day, trying (to) watch my
diet, and still my symptoms remained and began to worsen. After my last visit, I didn
notice that I was gaining a lot of weight in my stomach region. In the past, I have gained
weight, but I don't tend to gain weight in my stomach. I constantly felt bloated and
heaviness in my stomach and pelvic region. I began to feel lightheaded for days in the
row. I constantly felt tired. What worried me most was that I began to feel palpitations
and my heart raced during times that I was doing very minimal exertion, like standing up.
I got worried once again. Also I started to menstruate twice a month for three consecutive
months (the first time that happened, I saw Ms. Kumai and she check for STDs and
pregnancy. Both came out negative and she attributed it to my Minipill. She
recommended that I take more close to the same time everyday.)

I tried to follow up with these symptoms to make an appointment with Dr. Walker (I was
trying to remain consistent with the hope that if I go to the same person, I will have more
follow up and further tests). Well, Dr. Walker was out. So I saw Ms. Kumai again. She
was great during this visit. She ordered several blood tests. I was relieved at this idea.
After all the tests were in, I set up an appointment with Dr. Walker because Ms. Kumai
was out the following week. All my tests were negative. Nothing was found. Again no
answer was found. Dr. Walker had suggested heartburn and to continue the Prilosec. I
had told her in this visit that I had felt a large lump in my pelvic region as well (I had
discovered this lump a few days prior to the visit). At this point, I felt great discomfort in
my pelvic region. I had even called her a few days before the appointment worrying that
it was ecoptic pregnancy that is a side effect of the Minipill.

Dr. Walker, as well as Ms. Kumai in the previous visit(s), felt my pelvic region. I stated
that it hurt and no follow ups were given. I guess they figured I was constipated. I didn't
understand my constipation because I had bowel movements, but yet this same lump
remained there everyday. Dr. Walker had recommended a CT scan to "ease me" but she
assured me that I was constipated. As for my heart palpitations, I kept advocating for
myself that they continued. She assured me that it was my esophagus that was having
spasms. I told her that I felt light headed when I would feel them. So, FINALLY, she
referred me to a cardiologist. It took my own advocating and my own familiarity to my
body to know that something is wrong. I constantly felt as if I was seen as overreacting to
my symptoms.

Finally, one answer to my health issues came about shortly after this last visit with Dr.
Walker. This was due to having a LARGE hemorrhaging cyst on my ovary. It ruptured
and my body felt an indescribable pain. I couldn't breathe, talk, cough, or anything
without feeling immense pain. I went to the ER thanks to the recommendation of the
advice nurse. I was given narcotics and vicadin and the pain would not numb. Even the
awful Good Samaritan Hospital thought I was constipated. Again, they did not think the
issue was in my pelvic region and ordered only a stomach ultrasound. I again advocated
for myself and BEGGED them to do a pelvic ultrasound. So they did and found the cyst.
They are not a good hospital to partner with. They sent me home with the pain and with
the risk of internal bleeding the day before the 4th of July. They referred me to a

[PAGE  ]

**Student Feedback Comments**
7/31/2006-8/29/2006
**CONFIDENTIAL**

gynecologist until Wednesday and the gynecologist and many others were not taking patients for the day. Finally when I found one from the recommendation of a close personal friend, she let me know that my cyst had ruptured and I was bleeding internally. After a long two weeks of pain and internal bleeding, my body seemed to recover from it on its own without much help from a doctor. By then, my new gynecologist found a fibroid as well. I was not at all happy with the diagnoses of such health problems, but at least I had a diagnosis. I believe the fibroid may be contributing to my pelvic discomfort and constipation. I am waiting to see a gastrointestinal doctor to see what he thinks.

I was sad to know that I could have been forewarned about the cyst and fibroid. My fibroid is the size of a thumb. Maybe its growth could have been controlled. The cyst's growth could have been prevented by simply stopping the Minipill probably because that is what caused it. Funny enough with the cyst rupturing and my body healing, my bloating has decreased tremendously, my stomach has lost A LOT of weight, my pelvic discomfort has been reduced as well. Unfortunately, my chest pain, palpitations, heartburn, and difficult passing bowel movement have not gone away.

I am going to take care of these symptoms by seeing a gastrointestinal specialist as well as a cardiologist. I have already seen the cardiologist who seemed to listen really well and seemed to be able to connect so many of the symptoms and distinguish which are separate and need to be seen by another specialist. The cardiologist has me schedule for exams that appear to help me finally rule out a scary diagnosis (that I have been worried about for several months, such as possible heart problems) and she already has a theoretical diagnosis of magnesium deficiency. Next, I have my appointment with the gastrointestinal specialist as well.

It is of great frustration that I have seen new "outside" doctors in the period of a month and I am coming up with more relief, understanding, and leads to what has been wrong with my body for several months. In comparison to the USC health center, where I was seeing my doctors about once or twice a month and came up with no diagnosis, treatment, or follow ups to have me feel better. The scariest part of this experience was the hemorrhaging cyst. I felt that the USC health center was inconsistent in their messages from one doctor to another in regards to birth control risks and options. If this is the case, specialists in birth control should be identified at the health center and those should be the only health professionals that one should be allowed to see in regards to birth control. They should also be more knowledgeable of detecting birth control side effect symptoms. They should know what to look for especially with something as dangerous as a hemorrhaging cyst. Funny enough, my new gynecologist and cardiologist were on the same page in recommending me to try the Nuva ring. Something that was never offered at the health center but the health center doctors weren't even able to go on the same page that women with migraines should or shouldn't not use the combined pill.

Overall, I felt that my symptoms were minimized for too long. I was constantly told that I was so young so it can't be my heart. Turns out that I may have an irregular heart rhythm because I may be deficient in magnesium. They kept saying it was the heartburn or the

[PAGE  ]

**<u>Student Feedback Comments</u>**
7/31/2006-8/29/2006
**CONFIDENTIAL**

stress or whatever else. Just because they see students who are stressed out and young,
they should not attribute all their health concerns to that alone. It is unfortunate that my
option in seeing a health center that is affordable while I attend USC and convenient in
visiting while I am in school, is not an option for me any longer. I prefer to pay the copay
somehow and see health professionals that will answer my questions, use preventative
care, assure their theories with tests and follow-ups, and be knowledgeable of what they
prescribe me, especially side effects. Thank you for your time in reading this. If you have
any further questions or need clarification in some of the issues mentioned, please contact
me."



# Tab 56

**CONFIDENTIAL**
**Student Feedback Comments**
**10/24/2006-10/31/06**



**Patient Info:**
Anonymous

"Practitioner repeatedly insinuated that I was promiscuous. Felt that he did not believe
my symptoms and treated me it a patronizing manner. Overall I would not want to return
here since the practitioner greatly upset me and made me feel like a horrible person."



# Tab 57

| | |
|---|---|
| **From:** | akiyoshi@usc.edu on behalf of Tammie Akiyoshi |
| **To:** | Teresa Tockstein; defrance@usc.edu |
| **CC:** | akiyoshi@usc.edu |
| **Sent:** | 10/14/2007 8:53:02 PM |
| **Subject:** | Re: unfinished business |

Cathy,

I attached an update of the punch list.  Additionally:

Lucy and Leah were here since 7 am.  They took a load of fans to storage and got locked in because they said we did not pay our bill.
Your office is filled with everyone's excess.

1. Bernadette's room is a mess.  Things on the floor etc. etc.
2. Quentin has files all over the dressing room and on the floor in the actual x-ray room.  Too many to move.
3. Tyndalls room in also a mess.  We did not touch it.  I poured bleach in the toilet, but was gagging the entire time.
4. Figatner has a rolling cart that does not lock.  It has sharps in it, but it's too large to hide, the closet does not lock
5. HPPS has an emergency bag on the bathroom floor, there are no more pallets.

At 10:07 PM 10/12/2007, you wrote:
Hi Tammie,
    I got home around 8:30pm, but I didn't quite finish everything.  Here is a list if you go this weekend.
1.  Supplies in your office and in IMM, did not fit downstairs.  Not all, but most of them are from Dr. Figatner's.We moved everything out.

2.  Still need to go through Dr. Tyndall's room.  It is almost as bad as Figatner's.  His closet is no longer locked, and smells horrible.  Take a peek.This is your call.  I didn't clean it out.  I poured bleach in the toilet.

3.  Room 110 in ACC, has syringes in the bottom left two drawers in the cabinet.  The inspector saw those and we need to rid of them.  I was unable to find a key to fit that lock, unless you know where it might be.We moved the syringes under the cabinet.  There are many syringes in the file cabinet.  I do not have the key.

4.  If Lucy is there with you, take her the Policy Books from ACC (Nursing and Triage), please.Done

5.  I forgot to check Dr. Leavitt's exam room and Dr. Kwak's room. Done

6.  There is a scale and colcoscope machine in that closet upstairs (the one with the shower) They are still there, but Leah killed and removed the cockroach from the shower.

 I put some stuff under my desk in my office. (Angiocaths from ACC, Scalpels from clinicians upstairs, and some of Dr. Kelly's stuff)\
Let me know what doesn't get done, so if I have to come in early on Monday.I would suggest you come in and go through the rooms.  I didn't go through each drawer and counter tops for expirations, open containers, sharps that are not locked or looking for things that should not be there.  The food is back in the ACC nursing area, though I'm told it will be gone.  We focused on getting things off the floor and cleaning up the place.

Thanks Tammie and thank you again for lunch.

Teresa Tockstein, RN
Clinical Nursing Director
University Park Health Center
University of Southern California
213 821-1584
ttockste@usc.edu Attachment Converted: "\\cluster-vol5-server\vol5\usr\shc\akiyoshi\mail\attach\State visit
update 10-071.doc"

# Tab 58

| | |
|---|---|
| **From:** | George R Tyndall |
| **To:** | Lawrence Neinstein |
| **CC:** | William A. Leavitt |
| **Sent:** | 9/24/2009 9:35:32 PM |
| **Subject:** | Re: late patients |

\<x-flowed\>
Until this moment, I had no idea there was a problem with that
patient. My reply follows.

During the 19 or so years that I worked here prior to the advent of
PnC, I NEVER asked a patient to reschedule (the receptionists can
confirm this).

With the advent of PnC, it sometimes happens that I can barely keep
up with the flow even when the patients are on time. As a result,
when I get a call that a patient is late, I look at my schedule to
determine whether I have an opening either the same or the next day.

If I do have an opening either the same or the next day AND the
problem is non-urgent, I ask the receptionist to ask the patient
whether it is convenient for her to reschedule. Oftentimes, I ask the
receptionist to let me speak to the patient myself, so I can
personally can determine the urgency.

When I got the call from Lynda that my patient was late for a
"menstrual problem" and I saw that there were three openings on my
schedule tomorrow, I requested that she ask the receptionist to
inquire whether the patient could reschedule for one of tomorrow's
openings, and she said she would do so.

No one called me back to inform me that the patient refused to
re-schedule or that she was insisting on being seen today or that she
was upset, etc, so I assumed all was well.

Clearly, there was a failure to communicate. As a result, henceforth,
whenever there is a late patient and no matter what the complaint, I
will ask the receptionist to allow me to personally speak to her. You
and Bill can rest assured that I will ask a patient to reschedule
only if she is in full agreement.

Thank you for bringing this unfortunate situation to my attention.

At 11:33 AM 9/24/2009, you wrote:
\>George,
\>As you are aware we don't just send a student a way as they are a
\>few minutes late. To have the patient rescheduled for a few minutes
\>late is now taking multiple peoples time and creating a very upset
\>student. Our expectation would be to start with patient and
\>probably could be handled in 15 minutes and then if more time is
\>needed or a pelvic she could be rescheduled. Now someone else will
\>just have to see the patient today and that is unfortunate.
\>
\>If you were 5 -10 minutes late to your physician and were told you
\>would not be seen and you would have to come back,
\>what would your response be?
\>This creates angry, upset students, complaints from students and
\>parents and really lowers students impression with our services and our staff.
\>
\>thanks for your understanding,
\>Larry and Bill
\>

>
>
>


</x-flowed>

# Tab 59



October 14, 2009

Lawrence Neinstein, M.D.
University Park Health Center
849 West 34th Street
Los Angeles, CA 90089

Dr. Neinstein,

I would like to make you aware of an uncomfortable encounter I had with Dr. George Tyndall during a gynecology appointment last semester.

I saw Dr. Tyndall in order to diagnose the cause of my vaginal discomfort in March since my regular doctor, Jane Davis, was unavailable. I had never been seen by a male gynecologist, but initially felt comfortable with the situation as a nurse was called into the room during my exam. Shortly after I was on the examination table, however, with my feet in the stirrups, Dr. Tyndall commented on the way I manicured my pubic hair.

From between my legs, he said, "This is nice. Laser hair removal?"
I felt embarrassed and angry and could not understand why the nurse said nothing.

The aforementioned appointment took place seven months ago, but I have been too uncomfortable to report the inappropriate comment despite my frustration. I'm telling you now because it is my belief that other female students have been in similar disturbing situations and I know that change cannot take place without awareness.

This is a very unpleasant letter to write and I thank you for taking my grievance seriously. In all other areas, the University Park Health Center has been a safe place for me to obtain medical advice and services.

Sincerely,

# Tab 60

**11.11.2009**
Received concern from student regarding in march GT commented to exam about her pubic hair
and the nice laser procedure.  She was upset with this but took months to sent something in.
I spoke with George and recommended that if he was going to talk about pubic hair and find out
was the student not having hair from medical issue or laser or other method to do this when
students was dressed.  And if he found someone who might have a good procedure that could be
recommended to other students he would phrase it this way.
He understood

# Tab 61

**CONFIDENTIAL Comments**

Dr. Tyndall was not sensitive to women's issues. He made me feel extremely awkward in an already uncomfortable exam. He used the term, "hunting" when describing what he was looking for. He might need sensitivity training for female issues. It was the worse pep smear experience I've ever had. There were also flies in the exam room, which makes it appear extremely unsanitary.