# EXHIBIT 6

# Tab 62

**Lawrence Neinstein**

| | |
|---|---|
| **From:** | USCweb Visitor [webfoot@usc.edu] |
| **Sent:** | Friday, April 30, 2010 10:50 AM |
| **To:** | uphcweb@usc.edu |
| **Subject:** | (Health Center Comment Form) Something you should know |

--------------------------------------------------------

Comments: Hi - I was a student/patient there from 2003 - 2005.  I came to the clinic once to speak with my doctor as I had some sexual issues that were bothering me.  I was unable to orgasm.  This doctor was a man.  I don't remember his name but I remember what he looked like.  He told me of kegel exercises and told me to lay down and he would show me.

He put an ungloved finger in my vagina and told me to squeeze.  No nurse was in the room and he was not wearing a glove.

Now older and wiser I see that this was horribly wrong and a blatant case of abuse.

I think you should open my file up, find out which doctors I saw and report this to the person in charge in case this man is still working there. He may be doing worse things to other girls.

If someone in charge is interested in looking into this they can contact me and I will give them my full name.



**Lawrence Neinstein**

| | |
|---|---|
| **From:** | ████████████ |
| **Sent:** | Saturday, May 01, 2010 6:58 PM |
| **To:** | Lawrence Neinstein |
| **Subject:** | Re: email |

oops.  I suppose my number would be a good idea.

████████████   ████████

████

On May 1, 2010, at 5:05 PM, Lawrence Neinstein wrote:

████

We take student concerns very very seriously.  I would very much like to review your medical record and be able to contact you.  Could you send me your full name.  If you are willing could you also send me a contact phone number.

Thank you for coming forward and expressing your concern.
Larry Neinstein MD

Lawrence S. Neinstein MD
Professor of Pediatrics and Medicine
Keck School of Medicine
University of Southern California
Executive Director, University Park Health Center Chief, Division of College Health Senior
Associate Dean Of Student Affairs

1

Complicated issue regarding long standing Md/gynecologist hired 20-25 years ago.

There have been "concerns" expressed by students at times, staff at times, fellows MDs at times.

Interventions and discussions have taken place,

There continue to recently be more heightened concerns from some clinicians, nursing staff and occasional students.

Background: GT is trained in ob/gyn and has done ob and primary care for the entire time he has been at UPHC/USC.  He has tendency to write 3-20 pages of concerns when he has disagreement.  This has decreased immensely as he is now very supportive of senior administration.

Recent Student Concern:

**April 26, 2013**

Angry student met with one of our staff to review a formal complaint:  Tammie Akiyoshi nursing director met with student in a private office.  She identified herself to me and gave me her USC ID number; however requested not to have her name in the formal complaint. Student began by stating she was "hesitant to come back" after her visit last year.  When asked why, she stated she felt "very uncomfortable" and "not listened to" during her appointment with Dr. Tyndall.  She went on to say that he "didn't actually do anything to me, but it was his tone and the way he was looking at me" that made her question if "maybe I imagined it?" and hence "that's why it took so long" to return.  The student presented for UTI symptoms and after she was given the plan for treatment, she was told that she "shouldn't leave" and there was a few more minutes left in her appointment time.  The student told Dr. Tyndall that she was late for an appointment and he responded "what is more important than your health?"  He went on to state "are you sure you don't need a PAP smear?" and that he could "get (her) started at USC".  The student replied that she had a PAP smear 2 months prior.

He then discussed his "beautiful wife" who is a "Filapina", and that he did an "internship at Kaiser" and he finds "women so attractive" and he "really liked his job because he liked to help women".  The student said these statements gave her the "sceevies" and I "never want to see him again."

**Friday 4/30/2010 email to comments on web site:**

Comments: Hi - I was a student/patient there from 2003 - 2005.  I came to the clinic once to speak with my doctor as I had some sexual issues that were bothering me.  I was unable to orgasm.  This doctor was a man.  I don't remember his name but I remember what he looked like.  He told me of kegel exercises and told me to lay down and he would show me.

He put an ungloved finger in my vagina and told me to squeeze.  No nurse was in the room and he was not wearing a glove.

Now older and wiser I see that this was horribly wrong and a blatant case of abuse.

I think you should open my file up, find out which doctors I saw and report this to the person in charge in case this man is still working there. He may be doing worse things to other girls.

If someone in charge is interested in looking into this they can contact me and I will give them my full name.





Email back to ▮▮ on 5.1.2010

▮▮

We take student concerns very very seriously.  I would very much like to review your medical record and be able to contact you.  Could you send me your full name.  If you are willing could you also send me a contact phone number.

Thank you for coming forward and expressing your concern.

Larry Neinstein MD

Tuesday 5.4.2010

Talked with student: ███████ and confirmed this was Dr. tyndall, In chart he was the only male to do a gyn exam. I discussed with ███ that since 2004 we have required a female chaperon in the room with all female patients for any sensitive exam. I discussed that the physician involved did document her concern, i.e. sexual dysfunction and his approach to teach her kegel exercises and what he was doing. I told her I would also express her concern to the physician but not use her name. she felt this was appropriate and she was relieved with our approach.

Same day I reviewed chart and the chart clearly indicated her concern, clearly reviewed what he was doing, i.e. discussion and teaching her via photos and text Kegel exercises and demonstrating that the muscles that were involved.

Same day I read the concern to the physician. He indicated he never would do this exam without a female in the room as chaperone and he would never do an exam with an ungloved hand.

Same day I also reviewed the above with Claudia Borzutzky and that I felt that at this point that this particular event was closed but would be documented in case there were any further instances.


**11.11.2009**

Received concern from student regarding in march GT commented to exam about her pubic hair and the nice laser procedure. She was upset with this but took months to sent something in.

I spoke with George and recommended that if he was going to talk about pubic hair and find out was the student not having hair from medical issue or laser or other method to do this when students were dressed. And if he found someone who might have a good procedure that could be recommended to other students he would phrase it this way.

He understood

| | | |
|---|---|---|
| gt | 6.2.2002 | ████: student positive CT 3/2002 and not treated but chart and lab signed off, treated later |
| gt | 6.6.2002 | cannot ready lab signature or dictation signature |
| gt | 9.10.2003 | brought up that once again GT not allowing Mas to be behind curtain when chaperoning md during pelvic exams, told once before, bill will document and tell once again |
| GT | 12.10.2003 | student complained about GT and how fast he is and that exam hurt, he was not going to see her even though she was on time she was feeling very negative about exam and his skill,s mentioned that MA was moved behind curtain |

| gt | 12/12/2003 | discussed with gt about the student above, he did not remember student also went over his room and explained that curtain needs to be open enough<br>that there is no perception by student or MA that it it closed.<br>he understood. |
| gt | 12/1/2004 | student emailed bernadette since GT talked with other patients while patient<br>in room.  This included discussions of their name and dx.  Student mentioned<br>that their were two patients that this occurred with<br>BL spoke with GT who said he does not remember doing this and during a refill would not mention on speakerphone a dx or name and that usually Mas do not put calls through. |
| gt | 3/25/2005 | discussed with BL and GT that we could not accommodate during the semesters fall/spring unpaid leave arranged more than one month in advance.  Visits have increased and this would be unfair to other clinicians.  GT stated he understood and is not taking unmpaid leave and would submit his vacation requests.<br>in addition he was upset about the way BL discussed some of these issues with him in hall way.  We discussed that briefly together and I discussed that with BL |

**Lawrence Neinstein**

**From:**
**Sent:** Saturday, May 01, 2010 4:25 PM
**To:** Lawrence Neinstein
**Subject:** Re: email

Thank you for getting back to me.

My name is ▮▮▮▮▮▮▮▮▮ and I was a student there from 2003-2005.

I can be reached at my work phone number mon - fri 8-5 my time (which is 7-4 for you as you are an hour behind now).  I am giving you this land line number as personally I only have a cell and since I use a cochlear implant the cell phone is not the best way to talk. :)

▮▮▮▮

On May 1, 2010, at 5:05 PM, Lawrence Neinstein wrote:

▮▮▮

We take student concerns very very seriously.  I would very much like to review your medical record and be able to contact you.  Could you send me your full name.  If you are willing could you also send me a contact phone number.

Thank you for coming forward and expressing your concern.
Larry Neinstein MD

Lawrence S. Neinstein MD
Professor of Pediatrics and Medicine
Keck School of Medicine
University of Southern California
Executive Director, University Park Health Center Chief, Division of College Health Senior
Associate Dean Of Student Affairs

1

# Tab 63

① <u>No witnesses</u> —

② <u>No Glove</u>

③ ONLYS MEDICAL

ⓐ — VERY CONCERNIING - we will look in
very seriously

ⓑ a) POLICY have A'ED Pelvic Exams have Chaperone

b) NOT CONTACT ON

Nothing
Too Long — <u>No witness</u>

a) CONDUCT NOT HAPPEN

b) MEDICAL BOARD NOT SUGGESTON

WHAT I DID

c) GT NOT Discipline
NOT GOOD IDEA

# Tab 64

#6 November 4, 2010 CQI
(October Comments)

Picked up 10/13/10 @ 8:00 AM from
front reception comment box

The University Park Health Center (UPHC) is interested in providing you with the best possible medical care during your years at USC. The following questionnaire will help us identify what you think we are doing well and where we need to improve your care.

1. Overall, how satisfied were you with your visit at the University Park Health Center?
   ( ) Very Satisfied        ( ) Satisfied        (X) Dissatisfied

2. How satisfied were you with the appointment system?
   ( ) Very Satisfied        (X) Satisfied        ( ) Dissatisfied

3. How satisfied were you with the sign-in process?
   ( ) Very Satisfied        (X) Satisfied        ( ) Dissatisfied

4. How satisfied were you with your encounter with the medical assistants?
   ( ) Very Satisfied        ( ) Satisfied        (X) Dissatisfied

5. How satisfied were you with your encounter with the nurses RN's, LVN's?
   ( ) Very Satisfied        ( ) Satisfied        ( ) Dissatisfied

6. How satisfied were you with your encounter with the Laboratory?
   ( ) Very Satisfied        ( ) Satisfied        ( ) Dissatisfied

7. How satisfied were you with your encounter with the X-Ray Department?
   ( ) Very Satisfied        ( ) Satisfied        ( ) Dissatisfied

8. How satisfied were you with your encounter with Physical Therapy?
   ( ) Very Satisfied        ( ) Satisfied        ( ) Dissatisfied

9. How satisfied were you with your encounter with the Cashier?
   ( ) Very Satisfied        ( ) Satisfied        ( ) Dissatisfied

10. How satisfied were you with your encounter with the medical practitioner M.D., P.A.C?
    ( ) Very Satisfied        ( ) Satisfied        ( ) Dissatisfied

11. Did the practitioner:

    Introduce himself / herself?                    (X) Yes        ( ) No
    Pay attention to your concerns and worries?     ( ) Yes        ( ) No
    Inform you about your problem and disease?      ( ) Yes        (X) No
    Explain procedures and treatment?               ( ) Yes        ( ) No
    Instruct you about your continuing care?        ( ) Yes        ( ) No

Thank you for taking the time to evaluate our performance. If you would like to further describe your experiences with us, would you please do so below. If you have special concerns you would like to discuss, please leave your name, telephone number, date and time of your visit and the best time to contact you.

I came here on Friday with a sore throat, tired limbs and a headache. I have issues opening my mouth wide because I dislocated my jaw — the doctor I saw didn't even bother getting a flashlight or one of those sticks in order to get a better look — instead he just said it was a viral infection + that the only medication is advil. Three days later the pain continued getting worse + I ended up going to urgent care + finding out I have tonsillitis. Not only could my pain + recovery process been shortened if the doctor had given me a correct examination, but also tonsillitis is

Last _____ First _____ M.I. _____

Telephone Number: (___) _____ Time to call: _____

Email address: _____

Date & Time of your visit: Friday morning _____ (AM/PM)
Please fold and insert completed surveys into the designated "Suggestions / Comments" boxes on the walls.

very contagious, living in close quarters with others, this could spread very fast. There should be closer attention paid to people who come in not only for their health + well-being but for the community as well

10/12/10     t/c     J/M. please return call.

10/25/10.  Y/M - please return call ▬▬▬▬

10/25/10    t/c   received from ▬▬▬▬▬▬▬▬▬▬
Stated she felt the dr. she saw did not care
about her complaints - He said open your
mouth. She did. He said WIDER " I can't
It is very painful - Well take some motrin
or tylenol - it's just viral

    Next day feeling worse - went to Urgent Care
Center out of town - Not much better
    made appt ō her PCP - states he diagnosed
her with mono, tonsilitis


"Extra two Dr. visits could have been avoided had
    dr. Tydall listened to her and
    did appropriate assessment and treatment"
requested have her M.D. fax visit here. Stated
    she would request the visit.
Pt doing fine now - appreciated the
    opportunity to give feedback.

# Tab 65

Hi Larry:

These are the four patients that Jane has sent me to review that she felt were inappropriately managed.  My comments are in red.  She spoke again with the MA that had talked to her, but that MA has not been willing to come forward to speak any further with anyone.

I am waiting to hear back from Donna about whether or not she has any cases she would like us to review.



████████████ – came in for irregular bleeding, and GT referred to JD without doing any further evaluation/treatment, because he felt pelvic exam was indicated (?), and pt requested female provider for exam; but, when JD saw her, no pelvic exam was done anyway – bloodwork was ordered, and medication rx'd

████████████ I found this patient to have a LGSIL Pap and possibly with a higher grade lesion on 6/6/13.  I informed her that she needed colpo.  I left soon afterwards for the summer.  The patient scheduled an appointment with Dr. Tyndall for July 2012 while I was away.  She was scheduled for colpo with GT, but he did not perform the colpo -- recommended that I evaluate her when I returned.

████████████ Patient seen by Dr. Tyndall 12/17/10 and Pap not done. – but per his note, exam was deferred at patient's request

████████████ – pt seen for planned pregnancy, had pre-existing RLQ pain, GT ordered sequential bHCGs that were thought to be unnecessary by Dr Davis, ie should just have been referred for routine prenatal care

# Tab 66

April 26, 2013

Requested by Corinne Ash to speak with an angry student who wanted to submit a complaint. Met with student in a private office. She identified herself to me and gave me her USC ID number; however requested not to have her name in the formal complaint.

Student began by stating she was "hesitant to come back" after her visit last year. When asked why, she stated she felt "very uncomfortable" and "not listened to" during her appointment with Dr. Tyndall. She went on to say that he "didn't actually do anything to me, but it was his tone and the way he was looking at me" that made her question if "maybe I imagined it?" and hence "that's why it took so long" to return. The student presented for UTI symptoms and after she was given the plan for treatment, she was told that she "shouldn't leave" and there was a few more minutes left in her appointment time. The student told Dr. Tyndall that she was late for an appointment and he responded "what is more important than your health?" He went on to state "are you sure you don't need a PAP smear?" and that he could "get (her) started at USC". The student replied that she had a PAP smear 2 months prior.

He then discussed his "beautiful wife" who is a "Filapina", and that he did an "internship at Kaiser" and he finds "women so attractive" and he "really liked his job because he liked to help women". The student said these statements gave her the "sceevies" and I "never want to see him again."

The student presented today for an appointment she made on line. She was called back by the health center to change her appointment from a regular appointment to a women's health appointment. When given the time options, she took the latter of the three choices and informed the person that she would be late. They replied that they were aware and to arrive as soon as she could.

As she was driving, she called to say she was 20 minutes away. (her appointment was in 10 minutes). The person who answered the phone informed the student to continue and she would be seen. When she arrived at the health center, the receptionist told her she was late and Ms Adachi "scolded" her for being late. Ms. Adachi went on to explain that when one patient is late, then it backs up all the other patients and she was not informed that the patient called and was going to be late. Ms. Adachi later apologized after the student asked if she could just receive treatment for her symptoms and she will see Donna Beard for an exam. The student did not want to submit a complaint regarding Ms. Adachi for she felt they reconciled after the apology.

The student interjected that "Donna Beard rocks".

*TA/MA's* ⊙ how he would *inprove*

Complaint:

When taking her specimens to the lab, she approached the area and the "2 ladies were on the phone". The patient signed in and "waited for 10 minutes for them to finish their conversations". After the phone conversations, they began to speak in Spanish how "frustrated (the cashier) was not to have a break". The student could hear the cashier on the phone stating that there was no one to cover her and there was a patient present. The cashier response was "ok, I guess I have to take care of this student/patient". The student felt that she was a "bother" to the cashier.

Additionally, when the lab personnel took her specimen, she opened the bag and viewed the specimen and replied "oh..., oh......, ok...... " while making a face. The student stated that this was the same lab personnel that after her last visit, she went to the lab and the employee was instructing her how to give a urine sample. The area was very congested with lots of students waiting for lab tests. When the student asked if the lab employee could ask the students to stand back, the employee replied "they don't speak English anyways".

The student stated "this is crappy customer service" and wanted to know what will be done. She would be "returning in a week" and doesn't "want to be treated like this again".

I informed her that we take her complaints seriously and they would be addressed.

Respectfully submitted,

Tammie Akiyoshi

Tammy Akiyoshi – Director of Clinical Operations

X 00233

Who complained (names)
When
How connect student?

6/25/13  msg  10:41

I was with LN when interviewed.

2 MA complained both

Calls into office, talks to them, then exam room.
No MA in office + locks the door.
History of saying "When does it say I have to?"
"Where does it say I have to let them speak?"

Student complained to me – Philippine wife.
   – I will contact her.
She was hesitant to come back. Didn't want to do Pap Smear
bec 2 months prior. Told her not to leave b/c still a few
minutes left. He didn't listen to her. He was looking at mam-
gram one skeeries. "I find women so attractive." Want
to help women. Wife is beautiful Philippine. She said let
for appointment, he asked what more important than your
health?"

I don't think fabricating.
April 26 — She met w/ [redacted] me.
            Had come to meet w/ someone else.
Her appt was on 8/20/12.  Only one w/ him.

Pretty consistent from MAs — tells [redacted] a lot
and xeroxes Xerox's a lot.

No other particular students.

His colleagues have thoughts.

Will send me names.

6/27/13    Tammie A.

Won't give me her name.

student's

███████████ – Student

Philipina   Skeevy   What's more imp. than
health.

Explain office                          Student?
Take seriously                          What year?
All interactions of Dr Tyndall
When?
Complain to?

███████████

6/27/13  Why anonymous? I've been at jobs, when I'm a
social worker, I've said something re. HIPAA violations –
co-workers – made a situation. Don't want it to
follow me.
May 17, 2013 – MS graduated.

Just in. Rigley left Aug/Sep 2012. Kids getting shots.

Never seen him b4.
UTI – went in.

6/27/13

First of all, walked in. I expected him to ask me Qs.
Should've been in w/ him 20 min max.

He asked me about weight. I told him I was
starting to exercise. Asked about diabetes - yes
mother has - OK let's talk about that.
I said I had to go — he said stay a few
minutes. UTI. Had one b4? Yes. OK.
"Have you thought about birth control?
Relationship w/ g. Think you should consider —
it prevents cancer. I said no. He kept
at it. Fine fine took a prescription.
Cool I can leave. But then he said
pap smear? I said I just had one recently.
No, the advantage of th! & I started to feel
uncomfortable. Felt like I couldn't leave!
Senses from me - he was in profile. His office
had exam table in it — the msg was that he
wanted to do any pap smear. I felt like I
~~put a pap~~ had to be direct/abrupt.
~~Half~~ BTW ~~has~~ I want you to come back in a week
& make sure UTI clean up. I didn't want to
see him again. Just really uncomfortable — alarm bells
going off.
I told Donna — I wouldn't keep using USC services
if had to see him.

He talked about his wife. She's very very pretty, he likes beautiful women, "there's nothing wrong w/ that, right?" Wondering why we talking about that. *Thai or Philipino*

45 minutes almost an hour

Just out of the ordinary.

~~Across~~ I was catty-corner to him. He was looking at me, not at exam table. Jovial, nice guy. Funny feeling.

When I made appt, I called and ~~was~~ asked for a ♀. I said last person was a man and don't want to see him. She asked w/ GT? Not the first young ♀ to complain.

Deanna Beard - I told her ~~that guy~~ he gave me creepy feeling. She was very concerned. I told her. She encouraged me to report if I felt that strongly. I didn't right away. Then follow-up appt. [Lab problems]
I was so frustrated. I needed to complain. ~~They~~ They got me ♀ w/ long blond hair. Talked to her, then said I need you to talk to TA.
She wrote down everything Right b4 graduation.
DB - first time around March.

No. Feel silly. Feel weird. He didn't do anything, just so uncomfortable. Don't ever want to see again.

Lizeth Espaza

7/11  He's amazing — love working for him.
Reconquista — Latinos taking over.
First time I heard it — taken aback. A little racist?
A couple more X.

He called me into office, he thinks I complained.
Examining Latina
Pretty soon Latinos will take over. Her face changed
from smiling to straight — maybe we will whether
He remembers that.       people like it or not.
If I offended you in any way — I apologize.
He's quoting a study. I like learning about
dif. cultures.

Other than that, great doctor.
About 3x.
2x he said it at nurses station, but had a patient
w/ him.
We take vitals, then they go into his
office, then they come back.

Since Jan 31. Great, like working for him.

One of my coworkers told him — sounds kind racist.
I think that's just him. He does ask int'l students
a lot about their culture.



Did feel intimidated, he was basically accusing L.
He did apologize for comments.

↳ Caught me off guard.

No, not afraid to be candid.
He has no control over my employment.

No, no other students complained. Staff members
have wondered — what are they doing in office
after exam? Then he makes a bunch of copies
: give some to students & keeps some.

AE?                    No uncomfortable comments.
No.

Cindy Gilbert — supervisor.

7/11/13   Cindy Gilbert

When I first started, I did triage. When front desk didn't know. A few X, get students who needed to see women's health clinician, ÷ they refused to see him, not b/c man, but 2 used word "creepy", 1 said, refused, didn't explain.

*needed to see someone relatively quickly.* I was relatively new, didn't know him, I didn't inquire too much, just wanted be more comfortable. I comforted her found her another option.

4 years ago. Probably 2-3 years ago. I'm nurse mgr, in charge of 2nd floor, ♀/♂. Not triage anymore.

Since I've been upstairs, I work w/ more closely. I haven't heard students being unhappy. One of the other ♀'s health clinicians has referred to it.

*♀ health {* Donna Beard — NP
Dr Davis
Dr Tyndall



I've been in w/ him when doing exams — nothing inappropriate. He seems a little rough — doesn't like you do talk you do talk to them.

→ physically.
just preforms exams.

Wouldn't want daughter to see him.
When he talks to students — nothing inappropriate.
He take students into office to talk, he locks the door. That would creep me out. I don't know if students notice.
No, exam rooms never locked. Privacy screen. Maybe habit.

He's "different" but not in a negative way.
He won't open doorknob w/ his hand — uses washcloth in his pocket. Won't shake people's hands.
Gives students a lot of literature. Usually it's approved — everyone doing the same thing. He prints out own material. Maybe nice, I don't see.
He brings roller bag to work.

Other docs don't bring them in the offices nearly as much. He finds more private.

EARLY Has asked MAs not to talk to patients.
It wouldn't bother me unless student felt
uncomfortable.

I feel comfortable working w/ him. Don't like
the door locking. When I think of it as
matter or professional...
No harm to me or students...
Maybe just different.

AE?

He does dif. things than other clinicians. If student
late, he'll talk to student on phone in exam room.
He doesn't perform exam. Orders labs or whatever —
then has him come back.

Since I've been up there, no student complaints
to me. You'd hope I'd know. Not necessarily

All RNs triage. LVNs don't.
M-W it's Bernie Degner → triage    Degener
         Jeri Kouydi
ACC acute care. We all do it. I do mostly phone,
b/c I'm not downstairs.

Donna Beard

7/11/13 I'm in 7ᵗʰ year here.
I never see him interacting w/ patients
He were only gyn at time. Kaiser said they'd hold
job open for me.
I seriously considered leaving life didn't want him to
to my mentoring physician. So different.
That's OK, but I start over when I see one of
his patients.

My daughter ▮▮▮▮▮▮ Graduated in 2009
"Her best friend saw him — I'll never see that
creepy gynecologist ▮▮▮▮ again." She couldn't articulate.

In old facility, he'd take young women into office
alone. Apparently not using chaperon for a long
time.
Odd, creepy — repeated over 7 years.
I'm not going to see that creepy guy again.
my partner
This summer, Jan Davis, who is board certified,
he is not. He has no filters. Just says
whatever. He needs to be reined in — goes off on tangent.
I've heard that he says inappropriate things to
students, I've never heard to students or me.

M to F — patient not happy, came to me. Don't
▮▮▮ remember what issue was.

social work articulate

of grad student last semester - she went on & on
about him - Tammie A. took a complaint I think.
I don't remember the details.
I put a reminder on computer to follow up.

I will tell people to take complaints to admin
Students don't complain about him.

Patient asked said he poured liquid nitrogen
on floor - "watch this!" Thought it was weird.

Told patient she was so pretty she should be a model.
MA heard? Don't remember where I heard.
We don't worry about savvy S.C. population,
worry about Asians.

Maybe 15-20x? A few a year have said creeper.

Jane: I have noticed - he'll see a patient & not an
exam. And they'll then be back in a month.
2 appts for 1 problem so not good use of med.
Pap smears.

No other complaints about him. Treats MAs appropriately.

He'll get off-track at mtgs. Sometimes he'll go viral
on computers. He'll send 10 emails about one statement or
policy. I don't read anymore.

When we had Enzemann gurning — he took a bunch of photos, made video, made weird comments — very very strange. He sent it as email. Then it disappeared. Very bizarre. I felt it was offensive. No protected class issues. Did say something about Tammi, good looking husband.

AE?

I've been worried about this from day 1. Apparently there's a "thick file" about him. We think he must have something or someone.

I know more about some aspect of practice than he does.

Receptionists used to make appts.

I'm full this summer bc they want women. He's not full.

I quit going to him early on. When we're out for an extended period, I want him told him to stay away from my stuff unless bladder infection or STD.

When I first came here, no good system for tracking abnormal Paps. Now we have wonderful system. I review all abnormal paps to make sure students follow up. They need a colposcopy, maybe

Davis ÷ Tyndall both do.

↓
biopsies          ↳ mom.
80-90%

2010          I took that to administration.
              They investigated — found OK.

"Creepy" comments — may have passed on.

Experience w/ Tyndall
How long triage nurse?
Students complain?
Who report to?   Who else would report to? You do
          anything w/ complaints?

7/15/13    Bernie Degener   ████████

16 years here — urgent care triage

Acuity of issue, if not clearly defined at front desk.

do set up appts w/ doctors, NPs, PAs.
and vice versa. know had people say "can I have
this person?"
Maybe 20% want female. Don't usually give option.

No haven't had student say they don't want him.
I've known him since I started.
He's very accommodating.
Very pleasant experience working w/ him.
I don't see him every day.   I don't see him
in office.

Never heard about anyone being uncomfortable
around him.

just want
to get
thru

If student wants to see another doc, I don't go into
particulars. Could just be female over male.
Also don't have time. Unless they volunteer.

Have had it w others, not Tyndale.
Not often. In 16 years, days where inundated.
They'll also ask for particular doctor.
I'll offer appt. based on avlty. Maybe front desk,
would know.

A E?

Always found time to be accommodating.
Never had him turn me down. Helps flow
of patients. Not every clinician is like that.

How long MA?

How often w/ Dr. Tyndall?

Experience?

Student experience?

Anyone complain? Or seem to feel uncomfortable?

Elizabeth Rangel
started

7/16/13   Dec 2012 her at Health Center as MA

We working all clinicians.

Yes assist Tyndall.

- have had OK experience.

- not at all last week, maybe today 2x.

At beginning, one of the few who did pay me a compliment! He's been nice.

Students?

- generally pretty good. Some incidents when he might ask px if, and they seem uncomfortable. When in stirrups. So Only I can see face. Not exact words. Asked several time 2x — would you feel uncomfortable if man compliment you on legs or dress. One said no, one said maybe. Maybe something he read. One up in stirrups. A little puzzled.

No other clinicians is male that I would chaperon, so don't know conversation.

No student ever mentioned.

Colleagues? One nurse has mentioned she thinks is creepy. He asked students a lot of qus and does surveys. I haven't seen surveys. But she said — don't you notice him making copies? She said he's not supposed do.

I did think it was odd he does surveys, if not OK'd by admin.

→ Irene Martinez. LVN.

She could probably give more input — her a long time.

Surprising? A little surprised.
B/c I didn't know that about.

<u>AE?</u>
Not at this moment.

2 months ago. No ill will, however, at nurses station, right next to weight station. Me & Ignacio & Loyette then, he came over and looked at us and said "Latinos are taking over." I was with patient. Nurse mentioned he said 2nd time.
I cringed, pt standing right there, she gave me answer.
↳ B/c said in front of everyone. Cindy's office right then. Maybe he thinks it's not offensive.

After you. We're not all Latinos. Cant say it of AA.
Ignacio told him that people could perceive as
racist. Dont know how GT responded.
No other comments or behavior.
Student just gave me awkward look.

7/16/13    Ireni Martinez  LVN

How long?    18-19 years
Work of him? Yes,
Own experience?
Students uncomfortable or complain?

↘ Since May, I've been in acute care.
Feb → Apr I worked near him, or chaperone, or
injection.

Experience? Women's health. I used to work of him
a MA. Haven't seen anything inappropriate.
Some students feel comfortable of him. Some int'l
seem awkward, language skills poor, explain
to them who I am ∴ I'll be chaperoning.
Everyone feels uncomfortable of Pap, plus int'l
angle. No student ever expressed discomfort.

Never heard anyone say "creepy." I've never seen
him not wear gloves.

I don't do triage or antibiotics. Wound care, oral medication,
after-care instructions. Don't make follow up
appointments.

Surprised someone would think creepy?
I have a daughter, I wouldn't send to him.
He always uses gloves, but a lot of clutter in
his room in old building, just certain things —
not in a bad way, he'd do a little survey,
for himself — I brought it up to TA. I
think then MA also shad up TA.
This past semester, I assisted a few times.
He copies papers for them, we don't know what.
I asked MA — does he do that a lot?
Don't know if approved by admin.

↳ I've worked w/ a lot of docs, 8:9, he took
sample of finger into vial. He has his own way.
Always wears gloves.

MAs work w/ him daily.
I'm a patient advocate.
If There was a px, I talked to CG. Why px
not seen? B/c she was a minute late,
Put her on phone.                    in process of
GT — told her others I would        filling out form.
see her before. prob be            Appt was set already
                                    in room.
I tell him She's int'l, for STD.
He was annoyed w/ me. Hasn't asked me to assist
                                    sim.

Px's here for treatment.

1 student, 6 clinicians

Wouldn't "let" her leave. Gave her creepy feeling.
Lock office.
Gives them literature/surveys
"I'd never see creepy gynocologist again" – but years ago
    and couldn't articulate.
Some think completely fine
Asks px too many qs.
Not send daughter to him (2) but couldn't articulate.
Won't see px if a minute late.

  × O3158   call at 11:10

9/19/13 Conferred w/ Neinstein – no "there" there. Reviewed comments.
LN says he doesn't lock door anymore and doesn't
give out literature/surveys that hasn't been approved.
Will keep me in loop if other things arise.
Stressed I had not spoken of Tyndall.



File date
7/8/13

**Memo:**

George this is summary of the meeting you had with Dr. Leavitt and me on 6.27.2013.I indicated that Bill and I needed to review some issues that have come up from comments of students and nursing staff. I explained that these are in context of the prior concern listed here as well.

IN 2003 we spoke about you not allowing medical assistants to be on the examining side of the curtain during an exam as well as a couple of other concerns from students. I explained that we deal with a highly vulnerable population, adolescents and young adults, and that women's health can be a particularly sensitive area.

In April 2010 we had discussed a student who was concerned about you examining them with ungloved finger. You indicated then and now that this did not occur.

In Apri, 2013 who filed a formal complaint and she was particularly concerned about her feeling that you discussed your "beautiful wife" who is "Filapina" and that you find "women so attractive". The student felt very uncomfortable with these comments. I know that you felt you did not say any of these comments.

I then explained that our nursing director and I met individually with nursing staff about our women's health program in general and any feedback about things that made them comfortable or uncomfortable and we requested feedback on what things made the students comfortable or uncomfortable. I indicated to you that almost all of the concerns were about things you did during the women's health visits.

I reviewed the following concerns regarding areas needing improvement:

**1) Support:** Whereas other women's health providers here and elsewhere want the MA to hold students hand and support the student through their anxiety, their understanding is that you do not want them to talk do the student during the exam or help them with their discomfort unless asked to.

**2) Door locking:** Nursing staff and students expressed discomfort about being locked in your office. I indicated that this is not good practice and should be stopped immediately. It is fine to lock your door when you leave the room on break or lunch etc.

**3) Too personal:** I mentioned that several students don't want to see you back as they felt you are too personal and they were uncomfortable with you.

**4) Racially sensitive Comment:** I mentioned that of great concern was the comment below stated by a nursing staff that you said on three occasions.

"Latinos are taking over and its going to be a recognista (take over)
Once to group of Mas one who said: isn't that racist"
Once with MA and student: student said she was stunned and felt uncomfortable In exam room:

You indicated this was in context of a student statement about race and I mentioned, we cannot be saying racial statements like this in the workplace PERIOD.

5) Other statement: I reviewed the comment by a couple of students who were uncomfortable about being asked "how would you feel if I asked you today if you looked nice" would you think that is sexual harassment? One said: not offended, one said yes a slippery slope and thought this was very odd. I indicated that this was potentially crossing a sensitivity line and is inappropriate. He should always avoid discussing a student looking nice especially in the context of a women's health visit or other medical appointment.

6) Survey passed out:

Nurses felt you passed out surveys. You denied this and I mentioned that any surveys passed out need approval of Executive Committee.

7) Patient handouts:

Nurses felt you passed out and zeroxed extensive handouts. You showed an example which was an extensive long page handout with consent signatures for OCPs. I indicated that we don't require consent but all forms like this need approval of our form committee and the same is true of patient education material

8) Late policy: Nurses were concerned that you would not see a patient in person if they were within the 20 minutes of their appointment. You indicated you always talked with them. I indicated that making a phone call from across the hallway was not acceptable and you should be meeting with them one on one.

I explained to you that we would review these items again at the end of the summer. I suggested that getting some coaching in these areas from Center for Work and Family Life would be a good thing. You were willing to do this. I indicated for a couple of these comments, I had to let Equity and Diversity be aware and they proceed with their normal procedure.

In summary: I hope that you understand that these concerns arose from both students and staff. We value your contributions and hope that you can avoid these perceptions from students and staff as well as a few other changes we recommended above. We will follow-up at the end of summer. If you decide to get coaching to help avoid misinterpretation of your comments from staff or students, you can call the Center for Work and Family Life and ask to talk with for John Gaspari. Note that any coaching is voluntary and the goals are set by you and any communication to me is up to you and not mandatory. Please be aware that failure to make changes in job performance in these areas in our patient care environment   could result in disciplinary action. I am confident that you can improve your performance in these areas.

File date  7/17/13

Meeting with Dr. George Tyndall with Dr. Larry Neinstein and Dr. Bill Leavitt (lead Physician)

I mentioned to Dr. Tyndall that I needed to review some issues that affect patient comfort and some were difficult areas.  I explained that this comes in context also of prior issues from 2003 about not allowing medical assistants to be on the examining side of the curtain during an exam as well as a couple of other concerns from students.  I explained that we deal with a vulnerable population, adolescents and young adults and that women's health can be a particularly sensitive area.

I started with reviewing some past issues and reports including:

**11.11.2009**

Received concern from student regarding in march GT commented to exam about her pubic hair and the nice laser procedure.  She was upset with this but took months to sent something in.

I spoke with George and recommended that if he was going to talk about pubic hair and find out was the student not having hair from medical issue or laser or other method to do this when students was dressed.  And if he found someone who might have a good procedure that could be recommended to other students he would phrase it this way.

He understood

Then reviewed this case:

Friday 4/30/2010 email to comments on web site:

Comments: Hi - I was a student/patient there from 2003 - 2005.  I came to the clinic once to speak with my doctor as I had some sexual issues that were bothering me.  I was unable to orgasm.  This doctor was a man.  I don't remember his name but I remember what he looked like.  He told me of kegel exercises and told me to lay down and he would show me.

He put an ungloved finger in my vagina and told me to squeeze.  No nurse was in the room and he was not wearing a glove.

Now older and wiser I see that this was horribly wrong and a blatant case of abuse.

I think you should open my file up, find out which doctors I saw and report this to the person in charge in case this man is still working there. He may be doing worse things to other girls.

If someone in charge is interested in looking into this they can contact me and I will give them my full name.

████████████████████████████

6.27.2013: George remembered this case as we discussed before and mentioned that this did not happen.  I explained the process I went through in discussion with equity and diversity and that because

this was reported seven years after the fact and without a witness or similar complaints that there would not be an action on this.

**I then reviewed the case below**

**April 26, 2013**

Angry student met with one of our staff to review a formal complaint:  Tammie Akiyoshi nursing director met with student in a private office.  She identified herself to me and gave me her USC ID number; however requested not to have her name in the formal complaint. Student began by stating she was "hesitant to come back" after her visit last year.  When asked why, she stated she felt "very uncomfortable" and "not listened to" during her appointment with Dr. Tyndall.  She went on to say that he "didn't actually do anything to me, but it was his tone and the way he was looking at me" that made her question if "maybe I imagined it?" and hence "that's why it took so long" to return. The student presented for UTI symptoms and after she was given the plan for treatment, she was told that she "shouldn't leave" and there was a few more minutes left in her appointment time.  The student told Dr. Tyndall that she was late for an appointment and he responded "what is more important than your health?"  He went on to state "are you sure you don't need a PAP smear?" and that he could "get (her) started at USC".  The student replied that she had a PAP smear 2 months prior.

He then discussed his "beautiful wife" who is a "Filapina", and that he did an "internship at Kaiser" and he finds "women so attractive" and he "really liked his job because he liked to help women".  The student said these statements gave her the "sceevies" and I "never want to see him again."

6.27.2103: Dr. Tyndall denied talking about his "beautiful wife".  I explained that this was the observation of the student and mentioning issues of Race, looking nice, pubic hair etc in the context of a women's health visit is potentially viewed as inappropriate and harassment by the student. I adviced him to avoid these areas.

On June 12, 2013 our clinical director of operations and myself interviewed all our nursing staff present at that time from Mas, to LVN to RNs regarding their obsrevations of all our clinical staff in women's health.  How are we doing?  What are they comfortable and uncomfortable with,  any issues students had etc.  We asked this about the entire women's health program and all providers involved.  The feed back was mainly about one individual, dr. Tyndall.  I reviewed this feed back with Dr. Tydall in the context of improving appropriate comfort with the students and avoiding anything that could make student uncomfortable and could be sexual or racial harassement.

The major areas discussed with Dr. Tyndall today were:

1) The comment about "beautiful wife" and "women are so attractive" listed above.

2) Other gynecologists here and elsewhere want me/MA to hold students hand and support the student through their anxiety, Dr. requests that Mas do not talk with the patient or support the patients' feelings.

3) **Door locking:** Nursing staff indicated that Dr. Tyndall locks the patients in his room during the office part of the exam. I explained he should not be locking a door on a patient with him in room as that could make a patient feel very uncomfortable and vulnerable. He can lock his door when he leaves the room on break or lunch etc.

4) I indicated that there were several students 3 in about 3 years said they don't want to see him back because of their being uncomfortable with him. I indicated that some nursing staff found him too personal. I mentioned of great concern was the comment below stated by one MA that happened three times:

**"Latinos are taking over and its going to be a recognista (take over)**
**Once to group of Mas one who said: isn't that racist"**
**Once with MA and student: student said she was stunned and felt uncomfortable In exam room:**

Dr. Tyndall felt he was stating something in the context of a student making an observation. I indicated that it is always inappropriate and potentially against USC policy to make a statement like this to any student/patient.

5) I reviewed the comment by a couple of students who were uncomfortable about being asked "how would you feel if I asked you today if you looked nice" would you think that is sexual harassment? One said: not offended, one said yes a slippery slope and thought this was very odd.
I indicated that this was potentially crossing a line. He should always avoid discussing a patient's pubic hair unless in medical context and their appearance, like you look nice, or is it ok to say that.
Better here as there are clean rooms and his office/exam was a disaster at old health center

**Survey passed out:**

Nurses felt he passed out surveys. He denies this and I have not seen one.

**Patient handouts:**

Nurses felt he passed out and zeroxed extensive handouts. Dr. Tyndall showed an example which was an extensive long page handout with consent signatures for OCPs. I indicated that we don't require consent but all forms like this need approval of our form committee same as also patient education material

**Late policy:** Nurses were concerned that he had his own late policy where he would talk to patient if they were late by phone across the hallway. I indicated he needed to meet with the student in person. I indicated that he could do the same thing more effectively with face to face contact.

6.27.2013: I reviewed these comments again today and indicated that he needs to change this behavior. I indicated that for a couple of them I had to review the comment to Equity and Diversity for their opinion and followup.

I indicated I would:

1) followup in by end of summer

2) expect change

3) review the consent issue on OCPs with women's health committee and MPS

I also advised him to go voluntarily for coaching on some of these issues with the USC Center for Work and Family Life.

George was not understanding all the issues and felt perhaps he should just not talk to patients. I indicated that is not what I meant. Talking and making someone comfortable is different that talking about race issues, or gender issues or looking pretty.

He indicated that he would follow the recommendation on Center for Work and Family Life.

Another meeting with GT and Bill on 7.17.2013

Reviewed once again all of the prior issues. Dr. Tyndall in most cases felt he was

1) Great caring clinician

2) these are isolated incidents and misunderstood.

I explained that there have been incidents over the years and that between the students and nursing staff there were concerns about his approach and language. I explained that he might connect with 90% or 95% of his patients, but there is a group that is concerned about his approach. I explained the seriousness of some of his statements. I explained that the equity and diversity issues would be dealt with by that department and that he is welcome to express any concerns he has to that office. He stated that he would comply with not locking his doors with patients, not having unapproved patient ed material or consent forms passed out. I explained that our conversations should be condential. I indicated that he should avoid all comments that could sound racist or sexist or potentially harassing. I indicated that while I advised him to get coaching in this area with Center for Work and family life, this was his choice. He decline. He indicated that my repeat review of these topics would suffice at moment and that we should revisit this in our discussed 2-3 months.

Following this meeting, he had requested another hour with me alone to discuss his concerns with the other women's health professionals. I listened and indicated that this was not the format, but I was moving to having some peer reviews focus within the providers that do womens health.