# EXHIBIT 8

# Tab 69

---

| | |
|---|---|
| **From:** | William Leavitt |
| **To:** | Lawrence Neinstein |
| **Sent:** | 6/16/2013 1:50:39 AM |
| **Subject:** | Re: Dr. Tyndalls office |

<html>
Dear Larry:<br><br>
FYI: After you left Dr. Tyndal's office Terri and I looked in his bathroom where we found his LCD Monitor on the floor as Susan had previously stated Eric had discovered. We also fount 3 Toshiba Televisions in there original shipping crates stacked on the floor. My guess is that George is running a durable goods business on the side and using the Health Centers resources: computer and Storage Space, to accomplish this. <br><br>
Bill<br><br>
William Leavitt, MD, FAAP<br>
Lead Physician<br>
University Park Health Center<br>
University of Southern California<br>
849 West 34th Street #216<br>
Los Angeles, California 90089-0311<br>
(213) 740-9355 Office<br>
(213) 821-2781 Fax<br>
<font color="#0000FF">wleavitt@.usc.edu</font> E-Mail<br>
<blockquote type=cite class=cite cite>as per our discussion today, because of continued concerns from MAs about working behind a curtain, I have asked Sheila to do two things:<br><br>
1) get estimate from Michelle for moving current curtain from middle of office to curving around door.<br><br>
2) estimate on new file cabinet that would be more flat against the wall and could be moved closer to door so that tray could be moved closer to foot of exam table.<br><br>
thanks<br>
larry<br><br>
Bill you might want to mention to George about the issue of the monitor and also that we are exploring making the room more ergonomic and alleviate the curtain problems.<br>
thanks,<br>
larry<br>
</blockquote></html>

# Tab 70

July 1, 2013
From: George Raymond Tyndall, M.D., Staff Physician and Gynecologist
To: Larry Neinstein, M.D., Executive Director Engemann Student Health Center
Re: The hostile work environment that I am experiencing at Engemann
Good morning Larry,

Here are my concerns about our 1-hour meeting on June 18:

Although I was the one who requested the meeting—and your emailed reply stated that its purpose was to address my agenda plus "a couple of questions" that you had—the reality is that nearly the entire one hour was devoted to you making, in a castigating voice, a series of allegations to which I was not given the opportunity to respond. I do believe that, if you intended an agenda other than the one we had agreed, you should have indicated that in advance of the actual meeting—and then provided me with an advance copy of all the allegations so that I would have had the opportunity to present my responses to you and Dr. Leavitt then and there at that meeting. If you had done so, I do believe you would immediately have recognized that **each and every one of the allegations is readily-explainable and of no significant consequence.**

For example, after noticing a photo of my wife in the Room 215 consultation office, a patient asked,

"Is that your wife?"

"Yes."

"She's beautiful."

"Yes, she is. Thank you."

Obviously, there is absolutely nothing whatsoever awry or inappropriate about that conversation; nevertheless, here is what you said in an accusatory voice to me at the meeting:

"As a male gynecologist you do not ever refer to women as pretty or use the word pretty when talking to patients."

The implication is that I told a patient that she was pretty when, in fact, nothing of the sort has ever occurred, during the nearly 24 years that I have been in practice here at USC.

The most amazing part of our meeting was that—despite failing to give me the opportunity to respond to each of them—you seemed to accept as **facts** all the allegations that you read in rapid-fire sequence and which appear to have originated from the nursing department. Apparently—because you had already made up your mind that the allegations were true—you then proceeded to ask whether I would be willing to talk with, if memory serves, the Center for Women and Men (CWM).

This is to advise you that, **before** I have a discussion with the CWM, I would need to have in my possession a copy of **all** the allegations that you mentioned. The reason for my request is that, **before** this matter goes outside Engemann, I need time to clarify each and every one of the allegations with you and Dr. Leavitt, Lead Physician. One important reason for my request is that, if you provide adequate time for me to defend myself, you and Dr. Leavitt may conclude that all the allegations consist of words taken out of context, like the one about using the word "pretty."

By the way, I have long been quite aware that, as a male practitioner of women's health, I need to be **especially circumspect** with regard to what I say to patients. Is there evidence that I have been accomplishing that goal over the past nearly 24 years?

Yes, there is, and here it is: Over the past nearly 24 years I have provided care for **tens of thousands** of USC women—yet during all that time I have received only one (1)—repeat **one—**

written complaint—and that was from a woman whom I had cared for, you informed me, some 7 years prior to her filing of the complaint!

Given this exemplary record, I am **astonished** at how readily you accepted the allegations that you read to me as fact. In addition, you read them to me in an accusatory manner that seemed to me to demonstrate a failure to adhere to a number of the **core values** of our student health center, including **communication** and **respect**. All the allegations that you read without giving me the opportunity to respond appear to have originated with the nursing department, not from patients, and as I shall discuss further below, the reason for the allegations appears to be that one or more members of that department does not like my style as a male gynecologist. It may even be the case that one or more of them believes that there is no place for the male gender in women's health care.

If you insist on referring me out to the CWM without first allowing me to present to you and Dr. Leavitt my responses to each and every one of the various allegations that have apparently been made by one or more individuals in the nursing department, then this is to advise you that, in addition to a list of **all** the allegations, I will also need **the names of the specific individual(s) who made each of them,** for the following reason: I intend to ask the Office of Equity and Diversity (OED) to investigate the possibility that one or more OED-respondents in the nursing department is conspiring to intentionally create for me a **hostile work environment** because of my gender (I am the only male gynecologist). What's more, the underlying motivation for the allegations may be the respondent's or respondents' notion that there is no place for the male gender in women's health care, no matter how many his achievements in that field of endeavor (see P.S. below)

Before this matter gets out of hand, my suggestion, Larry, is that we **try our very best to attempt to address the various allegations within Engemann.** If, after reviewing each of them one by one, you and Dr. Leavitt conclude that I have not satisfactorily explained any of them by putting them in context, then I would not only agree but **eagerly anticipate** the opportunity to receive counseling outside Engemann

Thank you
George

P.S. I'm aware that you are at present exceedingly busy, and I do sincerely apologize for suggesting that you add this matter to your busy schedule, but I also know that you can understand why I have no choice but to proceed exceedingly carefully. This is the first time in my entire professional life that I have been accused of either unprofessionalism or a lack of integrity.

One or more individuals within Engemann is attacking an individual whose integrity is so beyond reproach that in the U.S. Navy he was selected from 1500 recruits to receive the American Spirit Honor Medal and to lead the entire graduating class.

Subsequently, I was assigned to the U.S. Naval Security Group, which trained me at the Presidio of Monterey here in California to be a Vietnamese crypto linguist with a top-secret COMINT security clearance. Subsequently, I did a stint at the National Security Agency (NSA), the big black building that has been in the news of late. Only individuals with the highest level of security clearance are allowed into that building.

Page | 3

About the time of my Honorable Discharge from the Navy in 1971, I received a personal—not a group— letter of commendation from Admiral R. S. Salzer, Commander U.S. Naval Forces Vietnam, for "outstanding performance of duty" that "reflected the highest traditions of the U. S. Naval Service."

After the navy, during my years of duty with the U.S. Customs Service at LAX, I received a "superior performance" award.

With regard to my qualifications as a clinician, I am reportedly the only student in the history of the Woman's Medical College of Pennsylvania (where as a male I was in a minority group) ever to be elected to the *Alpha Omega Alpha* Honor Medical Society following a transfer from an international medical school (the University of the East in Manila).

Following graduation from medical school in 1985, I was selected to be the only male in a class of 5 for the 4-year Ob-Gyn residency at Kaiser on Sunset Boulevard which, according to the residency director, that year received applications from over 500 U.S. graduates for those 5 positions. (Kaiser's is reportedly, by far, the single most competitive Ob-Gyn residency in the entire United States.)

With regard to my performance at Kaiser, you stated in the past that you did review my personnel file here at USC, including the many glowing letters of recommendation from my mentors at Kaiser that I submitted when I applied in 1989 to the University Park Health Center.

**In short, my record shows that I have always maintained the highest level of professional conduct and integrity and as a result enjoyed the highest level of trust.** If you will find the time to allow me to respond to each and every one of the allegations that you read to me, I'm quite sure that you and Dr. Leavitt will agree that they are mostly, if not totally, **much ado about nothing** and therefore merely a **poorly-concealed attempt to smear my professional reputation** in the hope that I will resign my position under fire.

P.P.S. If ever you have time, I still would like to discuss with you and Dr. Leavitt my important agenda, which is the one that I thought we were going to discuss on June 18.

Cc: William, Leavitt, M.D., Lead Physician (who was also present at our 1-hour June 18 meeting)

# Tab 71

**Illeana Brothers**

| | |
|---|---|
| **From:** | Karen Nutter <knutter@usc.edu> |
| **Sent:** | Thursday, June 20, 2013 4:52 PM |
| **To:** | torress@usc.edu; brothers@usc.edu |
| **Subject:** | new case |

Dr. Larry Neinstein, the director of the student health center, called today to report concerns that had been reported to him about staff physician George Tyndall.  Sexual harassment and national origin harassment.

Karen Nutter
Senior Complaint Investigator
Office of Equity & Diversity
213.740.5086 (telephone)
213.740.5090 (fax)

1

Nursing Dept. Interviews
6.2013

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Name | Title | Extension | e-mail | Comment |
| 2 | Cindy Gilbert | RN | x08007 | cgilbert@usc.edu | Have had students refer to Dr. X as strange, creepy. "The door is always locked when he is with the patient in the office.  If the student is late, he calls them from across the hall."   During the group meeting her meeting minutes stated " it is requested that we (the nursing staff) not talk to the patient while the doctor is in the process or in preparation so he can be the only one giving instructions.  After he leaves the room, we can converse with them" |
| 3 | Donna Beard | NP | x00471 | dbeard@usc.edu | Women's health collegue.  Was not interviewed; however, has verbalized issues in the past.  The student who originated the investigation has discussed her interaction with Ms. Beard.  Ms. Beard has subsequently asked if "something is being addressed with her complaint" |
| 4 | Elizabeth Rangel | Medical Assistant | x08315 | rangele@usc.edu | Dr. X stated out of the blue: " how do you feel if I say you look nice today?"  Heard the Dr. ask 2 patients. |
| 5 | Irene Martinez | LVN | x08318 | irinea@usc.edu | Dr X "called the exam room from his office across the hall".  "I wouldn't want my daughter to see him" |
| 6 | Jane Davis | MD | x00455 | janedavi@usc.edu | Women's health collegue.  Was not interviewed; however, has verbalized issues in the past.  Currently on furlow until August 19th |
| 7 | Jeri Kosydar | RN | x08318 | jkosydar@usc.edu | As the triage nurse she has had "female students who were uncomfortable with Dr. X.  He is too familiar and asks too many personal questions."  She recalls 3 students decline to see him again.  As she assists him, she states he "asks a lot of questions". |

6-20-13  Leny Weinstein                    ①

LH referred me to you.
Been going on 11-12 years.

After 15 nursing staff, clinicians, women's health, another med. ass't
came to Nursing Director, said that PMs 3x

"Midwives are taking over + it's going to be a recognistic" - Physician

I Disagreex
He's m/ of 34 clinicians. He's been here for more than 18 years.
Strange, weird.
In 2002, wouldn't allow MAs behind curtain when doing pelvic.
RNs, 1 LVN, MAs. Lowest level.                    Tindell
George. We laid down gauntlet - stopped.

In 2009 - he commented on her pubic hair and what a nice
            Lasik job she had. We spoke to him - can't do that.

May 2010 - Student I talked to ███ about. It took her 7 years to come
forward. Not abuse, she needed to do Kegels, did exam w/ ungloved
hand. I discussed w/ him, nothing else happened.
April 2013 - angry student  met w/ Nursing Director - torn + weary
looking at me. She presented UTI, given treatment plan, he asked
if she needed pap smear. He did internship at Kaiser, talked
about his beautiful Philipino wife, lives works w/ f. "Skeevies."
Asked all RNs, LVN, MAs about women's health on her. All comments
about Tindell. Several students - strange/creepy. Uncomfortable - too many
Qs. MAs reported students uncomfortable. Asked, "How would you feel if
I told you you look nice? Feel like sexual harassment?" Several uncomfortd

Compared to other Gumas he worked w/, he doesn't want them to talk to patients.

(2)

Door locking - pattern. When He locks down when you go into his room. office.

Then in exam room, MA told not to talk to patient.

MAs say he passes out surveys to student. Can't do that — needs to be approved.

We have a late policy — need to be seen if come w/in 20 minutes.

"I would never refer my daughter to Dr Tindell."

♀ ♂ — gyn and nurse, really bothered.

Fear of retribution.

I have 2 comments — student uncomfortable w/ wife/Philipines Mexicans are taking over
        — MA said she was present 3X.
        — med in front of student, student upset

Survey — Tammy — clinical nursing director.
One-by-one questions. w/ LN & Tammy.
Late last week.       7-8 people who do women's health.

Only comment was about nurse practioner.
"C" practitioner, maybe Dr F on rapport.

He writes 25-page grievances.
He used to be immigration officer? Maybe. Think he has guns.
Maybe partial Aspergers? Misses social cues.

③

From when I was really the brunt of
Now he's one of my biggest supporters.

MAs - likely maybe amenable to talking to OED.

I'm going to have conversation w/ lead physician.

Tammy Akiyoshi
        - Director of Clinical Operations
        - great resource

Office til noon
Mtg 12-1:30
Office 1:30- y03158

████████  ████

6/20/13  Start w/ Tammy for MAs
Tammy talked to student / beautiful wife
Race comment - newer MA

Will talk to GT - will let us know if decide to bring up
sex / N.O. issues. Will discuss proficiency/behavioral
issues. Recommend w/F/L.

Nursing Dept. Interviews
6.2013

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 8 | Lizett Esparza | Medical Assistant | x08981 | esparzal@usc.edu | Stated she heard Dr. X state to a patient as well as to the medical assistants on 2 occasions "The Latinos are taking over.  Pretty soon it will be like the Reconquista". |
| 9 | Morlina Pinney | Medical Assistant | x08315 | pinney@usc.edu | Dr. X always talks to the patient about what they are doing.  One student commented that she "doesn't want to talk" |

# Tab 72

CaseTrack - Neinstein (reporting)

**Home**   **Documents and Lists**   **Create**   **Site Settings**   **Help**

Equity and Diversity
# CaseTrack: Neinstein (reporting)

New Item  |  Edit Item  |  ✖ Delete Item  |  Alert Me  |  Go Back to List

| | |
|---|---|
| Complainant Last Name: | Neinstein (reporting) |
| Complainant First Name: | Larry |
| Complainant Middle Name: | |
| Complainant ID: | 0159483 |
| Complainant Category: | Faculty |
| Respondent(s) Name: | Tyndall, George R. |
| Respondent(s) ID: | 0018650 |
| Respondent Category: | Faculty |
| Departments: | University Park Health Center |
| Basis: | National Origin; Sex |
| Complaint Nature: | Sexual harassment |
| Initial Investigation Date: | 6/21/2013 |
| Agency Cases: | |
| Closed Date: | 7/26/2013 |
| Closure Details: | E-mail will be sent to Dr. Neinstein, referred back to dept. |
| Case Status: | Case closed |
| Staff: | |
| Assigned Staff: | Karen Nutter |
| Closure Results: | |
| Date Referred to Counsel: | |
| Attachment Date: | |

Created at 6/21/2013 9:20 AM by Illeana Brothers
Last modified at 7/26/2013 11:17 AM by Stephanie Torres

12/20/2013 11:37 AM

CaseTrack - Neinstein (reporting)



Home   Documents and Lists   Create   Site Settings   Help

Equity and Diversity
## CaseTrack: Neinstein (reporting)

New Item | Edit Item | X Delete Item | Alert Me | Go Back to List

| | |
|---|---|
| Complainant Last Name: | Neinstein (reporting) |
| Complainant First Name: | Larry |
| Complainant Middle Name: | |
| Complainant ID: | 0159483 |
| Complainant Category: | Faculty |
| Respondent(s) Name: | Tyndall, George R. |
| Respondent(s) ID: | 0018650 |
| Respondent Category: | Faculty |
| Departments: | University Park Health Center |
| Basis: | National Origin; Sex |
| Complaint Nature: | Sexual harassment |
| Initial Investigation Date: | 6/21/2013 |
| Agency Cases: | |
| Closed Date: | |
| Closure Details: | |
| Case Status: | |
| Staff: | |
| Assigned Staff: | Karen Nutter |
| Closure Results: | |
| Date Referred to Counsel: | |
| Attachment Date: | |

Created at 6/21/2013 9:20 AM by Illeana Brothers
Last modified at 6/21/2013 9:20 AM by Illeana Brothers

6/21/2013 9:20 AM

**From:** Karen Nutter
**To:** 'Lawrence Neinstein, M.D.'
**Sent:** 6/21/2013 5:10:43 PM
**Subject:** RE: statement

Thank you, Larry.

**From:** Lawrence Neinstein, M.D. [mailto:neinstei@engemann.usc.edu]
**Sent:** Friday, June 21, 2013 5:56 AM
**To:** Karen Nutter
**Subject:** statement

Karen,
This is the direct quote that Tammie sent me from the MA:

"I met with Lizett to clarify Dr. Tyndall's comment.  She said he said it twice at Nursing Station A and once while she was with the patient.  His statement was "The Latinos are taking over, pretty soon it will be like the Reconquista".  Lizett said that Ignacio replied to Dr. Tyndall that it was a racist statement and Dr. Tyndall did not respond.  I asked Ignacio if he recalled a statement about Latinos and Reconquista and he could not recall."

Larry


Lawrence Neinstein MD
Professor of Pediatrics and Medicine
Keck School of Medicine of USC
Executive Director, Engemann Student Health Center
Head, Division of College Health
Senior Assoicate Dean of Student Affairs

# Tab 73

File date 6/27/13

Discuss with all Mas, LVN and Rns: june 12, 2013

Two RNs including triage and second floor lead

Long time experience LVN

Mas: 8 including the lead

All clinicians that do women's health, what is your comfort level during visits and your perception of student comfort.  We likely look at many areas but starting with the sensitive area of women's health.  Met one on one with Tammie Akiyoshi Rn and myself

**Cindy RN**

**Triage:** Several students 3 in about 3 years said they don't want to see back GT because of his strangeness or his creepiness.  She did not pursue the specifics.  During same time two students did not want to see Donna Beard back as they felt she did not appear to care or was flippant.

What about their history and exam during your work with this clinician?

Finds that he does not talk them through what he is doing or acknowledge their feelings, talks about schools/trips etc.

Always locks the door when he goes into his office with a patient to talk with them.

She is not clear or aware of any survey or material he zeroxes and passes out

**Concern:** He has his own policy of late, if they come late, not over 20 minutes, and any patient must have their forms filled out, he sometimes will not see them and talks to them over the phone and not in person despite the fact that they are there.

**Jeri RN: triage nurse:**

Only one not sere back is Tyndall: He seems like he wants to be too familiar and asks personal questions;

She is not sure what they are.  Not had any other students requesting this.

Assisted him: nothing unusual, no personal questions in exams. But she wonders about his vision as he seemed to go to incorrect area when she asked if something was in one particular anatomic area (rectum).  He asked Jeri if she saw anything

She has had three requests in three years not to see him back.

**Lizert Esparanza: MA**

no real issue: in old building students had generic privacy issues, not here.

**Elizabeth Rangel MA**

No real issues but one student did not want to return.  She said he has passed out some surveys and not sure what they are.

She did get two students who were uncomfortable about being asked "how would you feel if I asked you today if you looked nice" would you think that is sexual harassment?

One said: not offended, one said yes a slippery slope and thought this was very odd.

**Irene LVN**

I would never refer my daughter to Dr. Tyndall.  Find him not sensitive as other male gynecologists.

Seems to do surveys

Student was late (not 20 minutes) anxious about being STD tested as partner was being tested for STD.  He did not see her and talked with her on phone even though she was in exam room, ordered a test and scheduled back.

Hygiene: broke off sample vaginal swab with bare hands to put in jar.  Other clinicians use a glove.

**Ignacio:**

No complaints, nothing uncomfortable.  Does not work much with GT as they are both males.

Came back and asked to we do handouts on all the options for pregnancies.  We have program and they get all options and we are cautious about printed material as they usually have an "agenda" depending on the organization that writes them.

**Cece: Lead MA**

Comfortable with all of them.

GT: see a lot of international students, and tried to speak a bit of Chinese and Korean

Better here as there are clean rooms and his office/exam was a disaster at old health center

Always someone in room with GT and some international students want to see him through word of mouth.

**Morlena P. MA**

With donna and jane: they ask MA to hold the students hand if they are anxious and are sensitive to that.

Tyndall talks a lot to them about school etc and does not ask to have them hold their hand so she just does sometimes

Feels some students would prefer he talk less.

Some don't want a male but afraid to say that or ask about that.

**Patty Rincon MA**

Comfortable in general.

Some students may prefer female but unclear that some know how to do that in record or on phone.

Is first name on appointment list online.

Has a concern that he might not see them if they are late.

**Juana Garcia: MA**

MA comfortable

Patients: not sure if they know how to request male MD. Has not had someone not wanting to see someone. She supports GT.

**Linda B:  MAs**

Uncomfortable, Yes one in particular: GT, rough during exam and some seem in pain, he uses different technique that others.

Curtain not an issue

She feels things should be set up in advance rather than if you need them.

# Tab 74

George Tyndall    Larry Neinstein 6/28/13

Bill Levin

- background re; what mtg about
- reviewed 2010 complaint - unfounded hand
- reviewed recent complaint - Philipina wife
- process just check out women's health —
  comfort level: that all feedback re;
  him. Locking doors, Latinos/recongnists
- and that had to discuss w/ OED
- he wasn't angry - shocked. Felt that
  he tried the best to make everyone
  comfortable. 10 page side effects for oral
  contraceptives. Not our policy, to make
  sign off for consent form
- Told him I'd write it all down and
  advised coaching at WFL. He'd be OK.
  I'm going to talk to ▮▮▮▮ on Monday.
- Seems to me - as medical profession
  in U setting - to be talking about racial groups,
  seems to cross a line.

- May be that he just doesn't get it.
- Maybe no intent, don't know.

- 4-5 inch personnel file.

 and another women's health clinician

Meeting with Dr. George Tyndall with Dr. Larry Neinstein and Dr. Bill Leavitt (lead Physician)

I mentioned to Dr. Tyndall that I needed to review some issues that affect patient comfort and some were difficult areas.  I explained that this comes in context also of prior issues from 2003 about not allowing medical assistants to be on the examining side of the curtain during an exam as well as a couple of other concerns from students.  I explained that we deal with a vulnerable population, adolescents and young adults and that women's health can be a particularly sensitive area.

I started with reviewing some past issues and reports including:

**11.11.2009**

Received concern from student regarding in march GT commented to exam about her pubic hair and the nice laser procedure.  She was upset with this but took months to sent something in.

I spoke with George and recommended that if he was going to talk about pubic hair and find out was the student not having hair from medical issue or laser or other method to do this when students was dressed.  And if he found someone who might have a good procedure that could be recommended to other students he would phrase it this way.

He understood

Then reviewed this case:

**Friday 4/30/2010 email to comments on web site:**

Comments: Hi - I was a student/patient there from 2003 - 2005.  I came to the clinic once to speak with my doctor as I had some sexual issues that were bothering me.  I was unable to orgasm.  This doctor was a man.  I don't remember his name but I remember what he looked like.  He told me of kegel exercises and told me to lay down and he would show me.

He put an ungloved finger in my vagina and told me to squeeze.  No nurse was in the room and he was not wearing a glove.

Now older and wiser I see that this was horribly wrong and a blatant case of abuse.

I think you should open my file up, find out which doctors I saw and report this to the person in charge in case this man is still working there. He may be doing worse things to other girls.

If someone in charge is interested in looking into this they can contact me and I will give them my full name.

6.27.2013: George remembered this case as we discussed before and mentioned that this did not happen.  I explained the process I went through in discussion with equity and diversity and that because

this was reported seven years after the fact and without a witness or similar complaints that there
would not be an action on this.

**I then reviewed the case below**

**April 26, 2013**

Angry student met with one of our staff to review a formal complaint: Tammie Akiyoshi nursing director
met with student in a private office.  She identified herself to me and gave me her USC ID number;
however requested not to have her name in the formal complaint. Student began by stating she was
"hesitant to come back" after her visit last year.  When asked why, she stated she felt "very
uncomfortable" and "not listened to" during her appointment with Dr. Tyndall.  She went on to say that
he "didn't actually do anything to me, but it was his tone and the way he was looking at me" that made
her question if "maybe I imagined it?" and hence "that's why it took so long" to return.  The student
presented for UTI symptoms and after she was given the plan for treatment, she was told that she
"shouldn't leave" and there was a few more minutes left in her appointment time.  The student told Dr.
Tyndall that she was late for an appointment and he responded "what is more important than your
health?"  He went on to state "are you sure you don't need a PAP smear?" and that he could "get (her)
started at USC".  The student replied that she had a PAP smear 2 months prior.

He then discussed his "beautiful wife" who is a "Filipina", and that he did an "internship at Kaiser" and
he finds "women so attractive" and he "really liked his job because he liked to help women".  The
student said these statements gave her the "sceevies" and I "never want to see him again."

6.27.2103: Dr. Tyndall denied talking about his "beautiful wife".  I explained that this was the
observation of the student and mentioning issues of Race, looking nice, pubic hair etc in the context of a
women's health visit is potentially viewed as inappropriate and harassment by the student.  I adviced
him to avoid these areas.

On June 12, 2013 our clinical director of operations and myself interviewed all our nursing staff present
at that time from Mas, to LVN to RNs regarding their obsrevations of all our clinical staff in women's
health.  How are we doing?  What are they comfortable and uncomfortable with,  any issues students
had etc.  We asked this about the entire women's health program and all providers involved.  The feed
back was mainly about one individual, dr. Tyndall.  I reviewed this feed back with Dr. Tydall in the
context of improving appropriate comfort with the students and avoiding anything that could make
student uncomfortable and could be sexual or racial harassement.

The major areas discussed with Dr. Tyndall today were:

1) The comment about "beautiful wife" and "women are so attractive" listed above.

2) Other gynecologists here and elsewhere want me/MA to hold students hand and support the student through their anxiety,  Dr. requests that Mas do not talk with the patient or support the patients' feelings.

3) **Door locking:**  Nursing staff indicated that Dr. Tyndall locks the patients in his room during the office part of the exam.  I explained he should not be locking a door on a patient with him in room as that could make a patient feel very uncomfortable and vulnerable.  He can lock his door when he leaves the room on break or lunch etc.

**4)** I indicated that there were several students 3 in about 3 years said they don't want to see him back because of their being uncomfortable with him.  I indicated that some nursing staff found him too personal.   I mentioned of great concern was the comment below stated by one MA that happened three times:

**"Latinos are taking over and its going to be a recognista (take over)**
**Once to group of Mas one who said: isn't that racist"**
**Once with MA and student: student said she was stunned and felt uncomfortable In exam room:**

Dr. Tyndall felt he was stating something in the context of a student  making an observation.  I indicated that it is always inappropriate and potentially against USC policy to make a statement like this to any student/patient.

5) I reviewed the comment by a couple of students who were uncomfortable about being asked "how would you feel if I asked you today if you looked nice" would you think that is sexual harassment?  One said: not offended, one said yes a slippery slope and thought this was very odd.
I indicated that this was potentially crossing a line.  He should always avoid discussing a patient's pubic hair unless in medical context and their appearance, like you look nice, or is it ok to say that.
Better here as there are clean rooms and his office/exam was a disaster at old health center

**Survey passed out:**

Nurses felt he passed out surveys.  He denies this and I have not seen one.

**Patient handouts:**

Nurses felt he passed out and zeroxed extensive handouts.  Dr. Tyndall showed an example which was an extensive long page handout with consent signatures for OCPs.  I indicated that we don't require consent but all forms like this need approval of our form committee same as also patient education material

**Late policy:**  Nurses were concerned that he had his own late policy where he would talk to patient if they were late by phone across the hallway.  I indicated he needed to meet with the student in person.  I indicated that he could do the same thing more effectively with face to face contact.

6.27.2013: I reviewed these comments again today and indicated that he needs to change this behavior.
I indicated that for a couple of them I had to review the comment to Equity and Diversity for their
opinion and followup.

I indicated I would:

1) followup in by end of summer

2) expect change

3) review the consent issue on OCPs with women's health committee and MPS

I also advised him to go voluntarily for coaching on some of these issues with the USC Center for Work
and Family Life.

George was not understanding all the issues and felt perhaps he should just not talk to patients.  I
indicated that is not what I meant.  Talking and making someone comfortable is different that talking
about race issues, or gender issues or looking pretty.

He indicated that he would follow the recommendation on Center for Work and Family Life.