UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:18-cv-04258-SVW-GJS | Date | January 6, 2020 |
| Title | Lucy Chi v. University of Southern California et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Katherine Stride | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Christopher Pitoun | Shon Morgan |
| Jonathan Shub | Marina Lov |
| Jonathan Selbin | Denise Taylor |
| Daniel Girard | Cherie Lieurance |
| Elizabeth Kramer | |
| Annika Martin | |
| Steve Berman | |

**Proceedings:** FINAL APPROVAL HEARING
[140] MOTION to Appoint Special Master PLAINTIFFS' RENEWED NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF SPECIAL MASTER filed by Plaintiffs
[155] MOTION for Settlement Approval PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT filed by Plaintiffs
[157] MOTION for Order for Directing Curative Notice and Production of Information from Third Party Samuel A. Wong filed by Plaintiffs

Hearing held. The Court is inclined to approve the settlement and appoint Irma Gonzalez as the Special Master.

The parties are instructed to revise the agreement in accordance with the Court's instructions at the hearing, and provide the Court with a mutually-agreed list of candidates for the committee. Parties are given a deadline of one week from the date of this proceeding to advise the Court whether an agreement has been reached as to the format with no appeal.

| | : | 12 |
|---|---|---|
| | Initials of Preparer | PMC |