Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel.: (206) 623-7292
Email: steve@hbsslaw.com

Jonathan D. Selbin
Annika K. Martin
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Tel.: (212) 355-9500
Email: jselbin@lchb.com
Email: akmartin@lchb.com

Daniel C. Girard
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, California 94108
Tel.: (415) 981-4800
Email: dgirard@girardsharp.com

*Class Counsel and Plaintiffs' Executive Committee*
*[Additional Counsel Listed on Signature Page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE USC STUDENT HEALTH CENTER LITIGATION | No. 2:18-cv-04258-SVW<br><br>[Consolidated with:<br>No. 2:18-cv-04940- SVW-GJS,<br>No. 2:18-cv-05010-SVW-GJS,<br>No. 2:18-cv-05125-SVW-GJS, and<br>No. 2:18-cv-06115-SVW-GJS]<br><br>**JOINT STATUS REPORT** |

# JOINT STATUS REPORT

On February 25, 2020, the Court entered an Order granting final approval to this class action Settlement. Dkt. 172. As the Parties reported in their previous Joint Status Report, Dkt. 175, Class Counsel, USC, the Special Master, and the various experts and administrators have all been working to implement the terms of the Settlement, which includes compensation to Class Members and the implementation of policy and practice reforms at USC consistent with USC's commitment to prevent conduct like this from happening again.

Tier 1 checks to 16,017 Class Members issued on April 6, 2020, shortly after the Court entered final approval. Since that time, the Special Master and her Panel of experts have been diligently working to review and evaluate Class Member submissions for Tier 2 and Tier 3 claims, including conducting and analyzing interviews from more than 1,300 Tier 3 claimants. Today, the Parties are pleased to report that the Panel has completed its analysis of Class Member submissions and interviews and have allocated the Settlement Fund to compensate Class Member claims. As a result, additional payments to 1,606 Tier 2 and 1,319 Tier 3 Class Members will occur imminently. An approximately 17% pro rata upward adjustment will also be applied to eligible payment amounts for Tier 2 and Tier 3 Class Members, as required by the terms of the Settlement Agreement.

The Panel and the Claims Administrator (JND) have prepared final reports to update the Court regarding the settlement and allocation process. Those reports are attached to this submission as Exhibit A (Panel Report) and Exhibit B (Claims Administrator Report).

| | |
|---|---|
| By: */s/ Annika K. Martin*<br>Date:  March 24, 2021 | By: */s/ Shon Morgan*<br>Date:  March 24, 2021 |
| **LIEFF CABRASER HEIMANN & BERNSTEIN LLP**<br>Jonathan D. Selbin<br>Annika K. Martin<br>Evan J. Ballan<br>275 Battery Street 29th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000<br>Fax: (415) 956-1008 | **QUINN EMANUEL URQUHART & SULLIVAN LLP**<br><br>Shon Morgan<br>865 South Figueroa Street 10th Floor<br>Los Angeles, CA 90017-2543<br>Telephone: (213) 443-3000<br>Fax: (213) 443-3100<br><br>*Counsel for Defendant University of Southern California and Board of Trustees for the University of Southern California* |
| **HAGENS BERMAN SOBOL SHAPIRO LLP**<br>Steve W. Berman<br>Shelby R. Smith<br>1301 Second Avenue, Ste. 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Fax: (206) 623-0594 | |
| Whitney K. Siehl<br>455 N. Cityfront Plaza Dr., Ste. 2410<br>Chicago, IL 60611<br>Telephone: (708) 628-4949<br>Fax: (708) 628-4950 | |
| Christopher Pitoun<br>301 North Lake Ave.<br>Suite 920<br>Pasadena, CA 91101<br>Phone: (213) 330-7150<br>Fax: (213) 330-7152 | |

| | |
|---|---|
| 1 | **GIRARD SHARP LLP** |
| 2 | Daniel C. Girard |
|   | Jordan Elias |
| 3 | 601 California Street, Suite 1400 |
| 4 | San Francisco, CA 94108 |
|   | Telephone: (415) 981-4800 |
| 5 | Fax: (415) 981-4846 |
| 6 | |
|   | *Plaintiffs' Co-Lead Class Counsel* |
| 7 | |
| 8 | **SAUDER SCHELKOPF LLC** |
|   | Joseph G. Sauder |
| 9 | 555 Lancaster Avenue |
| 10 | Berwyn, PA 19312 |
|    | Telephone: (888) 711-9975 |
| 11 | Fax: (610) 421-1326 |
| 12 | |
|    | **KOHN SWIFT & GRAF, P.C.** |
| 13 | Jonathan Shub |
| 14 | 1600 Market St #2500 |
|    | Philadelphia, PA 19103 |
| 15 | Telephone: (215) 238-1700 |
| 16 | Fax: (215) 238-1700 |
| 17 | |
|    | *Plaintiffs' Additional Class Counsel* |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

## Certificate of Service

I hereby certify that on March 24, 2021, I served the foregoing to all counsel in this matter via ECF notification:

/s/ *Annika K. Martin*

Annika K. Martin